## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE HOWARD MARTINEZ | CASE NUMBER |
| | 5:20CV01796-JGB (KKx) |
| PLAINTIFF(S)/PETITIONER(S) | |
| v. | |
| GAVIN NEWSOM, et al | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)* :

The assigned judge is a member of the proposed class.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
- [x] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

September 4, 2020
Date

Jesus G. Bernal, U.S. District Judge
United States District Judge/Magistrate Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____ Dolly M. Gee _____ for all further proceedings.

- [ ] Pursuant to General Order 19-10, all discovery matters that are or may be referred to a magistrate judge are hereby reassigned from Magistrate Judge _____ to Program Magistrate Judge _____ .

On all documents subsequently filed in this case, please substitute the initials _____ DMG(KKx) _____ after the case number in place of the initials of the prior judge so that the case number will read 5:20-CV-01796-DMG(KKx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc:   [ ] *Previous Judge*   [ ] *Statistics Clerk*