AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| )<br>)<br>)<br>)<br>**Plaintiff(s)** )<br>v. )<br>)<br>)<br>)<br>)<br>**Defendant(s)** ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                    *Signature of Clerk or Deputy Clerk*

**ATTACHMENT 1 TO SUMMONS (Parties)**

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIELLE HOWARD MARTINEZ,** an individual and guardian ad litem, on behalf of **D.P.**, a minor, **K.P.**, a minor, and **T.W.**, a minor; **AMBER WOOD**, an individual; **LASHONDA HUBBARD**, an individual and guardian ad litem, on behalf of **P.C.**, a minor, all individually and on behalf of all others similarly situated, | **CASE NO. 5:20-cv-01796-DMG-KK**<br><br>**JUDGE: Hon. Dolly M. Gee** |
| **Plaintiffs,** | |
| v. | |
| **GAVIN NEWSOM**, in his official capacity as Governor of California; **STATE OF CALIFORNIA**; **TONY THURMOND**, in his official capacity as State Superintendent of Public Education and Director of Education; **CALIFORNIA DEPARTMENT OF EDUCATION**; **STATE BOARD OF EDUCATION**; **SONIA Y. ANGELL**, in her official capacity as the State Public Health Officer and Department of Public Health Director; **CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY**; **CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; ALAMEDA COUNTY STUDENT EXCHANGE PROG.; ALAMEDA UNIFIED SCHOOL DISTRICT; ALBANY CITY UNIFIED SCHOOL DISTRICT; BERKELEY UNIFIED SCHOOL DISTRICT; CALIFORNIA SCHOOL** | |

**FOR THE BLIND (STATE SPECIAL SCHOOL); CALIFORNIA SCHOOL FOR THE DEAF-FREMONT (STATE SPECIAL SCHOOL); CASTRO VALLEY UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, NORTHERN CALIFORNIA (STATE SPECIAL SCHOOL); DUBLIN UNIFIED SCHOOL DISTRICT; EMERY UNIFIED SCHOOL DISTRICT; FREMONT UNIFIED SCHOOL DISTRICT; HAYWARD UNIFIED SCHOOL DISTRICT; LIVERMORE VALLEY JOINT UNIFIED SCHOOL DISTRICT; MOUNTAIN HOUSE ELEMENTARY SCHOOL DISTRICT; NEW HAVEN UNIFIED SCHOOL DISTRICT; NEWARK UNIFIED SCHOOL DISTRICT; OAKLAND UNIFIED SCHOOL DISTRICT; PIEDMONT CITY UNIFIED SCHOOL DISTRICT; PLEASANTON UNIFIED SCHOOL DISTRICT; SAN LEANDRO UNIFIED SCHOOL DISTRICT; SAN LORENZO UNIFIED SCHOOL DISTRICT; SBE - LATITUDE 37.8 HIGH SCHOOL; SUNOL GLEN UNIFIED SCHOOL DISTRICT; ALPINE COUNTY UNIFIED SCHOOL DISTRICT; AMADOR; COUNTY UNIFIED SCHOOL DISTRICT; BANGOR UNION ELEMENTARY SCHOOL DISTRICT; BIGGS UNIFIED SCHOOL DISTRICT; CHICO UNIFIED SCHOOL DISTRICT; DURHAM UNIFIED SCHOOL DISTRICT; GOLDEN FEATHER UNION; ELEMENTARY SCHOOL DISTRICT; GRIDLEY UNIFIED SCHOOL DISTRICT; MANZANITA ELEMENTARY SCHOOL DISTRICT; OROVILLE CITY ELEMENTARY SCHOOL DISTRICT; OROVILLE UNION HIGH SCHOOL DISTRICT; PALERMO UNION ELEMENTARY SCHOOL DISTRICT; PARADISE UNIFIED SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; THERMALITO UNION ELEMENTARY SCHOOL DISTRICT; BRET HARTE UNION HIGH SCHOOL DISTRICT; CALAVERAS UNIFIED SCHOOL DISTRICT; MARK TWAIN UNION ELEMENTARY SCHOOL DISTRICT; VALLECITO UNION SCHOOL DISTRICT; COLUSA UNIFIED SCHOOL DISTRICT; MAXWELL UNIFIED SCHOOL DISTRICT; PIERCE JOINT UNIFIED SCHOOL DISTRICT; WILLIAMS UNIFIED SCHOOL DISTRICT; ACALANES UNION HIGH SCHOOL DISTRICT; ANTIOCH UNIFIED SCHOOL DISTRICT; BRENTWOOD UNION ELEMENTARY SCHOOL DISTRICT; BYRON UNION ELEMENTARY SCHOOL DISTRICT; CANYON ELEMENTARY SCHOOL DISTRICT; CONTRA COSTA SELPA SCHOOL DISTRICT; JOHN SWETT UNIFIED SCHOOL DISTRICT; KNIGHTSEN**

**ELEMENTARY SCHOOL DISTRICT; LAFAYETTE ELEMENTARY SCHOOL DISTRICT; LIBERTY UNION HIGH SCHOOL DISTRICT; MARTINEZ UNIFIED SCHOOL DISTRICT; MORAGA ELEMENTARY SCHOOL DISTRICT; MT. DIABLO UNIFIED SCHOOL DISTRICT; OAKLEY UNION ELEMENTARY SCHOOL DISTRICT; ORINDA UNION ELEMENTARY SCHOOL DISTRICT; PITTSBURG UNIFIED SCHOOL DISTRICT; SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT; SBE - JOHN HENRY HIGH SCHOOL DISTRICT; SBE - ROCKETSHIP FUTURO ACADEMY; WALNUT CREEK ELEMENTARY SCHOOL DISTRICT; WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT; DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; BLACK OAK MINE UNIFIED SCHOOL DISTRICT; BUCKEYE UNION ELEMENTARY SCHOOL DISTRICT; CAMINO UNION ELEMENTARY SCHOOL DISTRICT; EL DORADO UNION HIGH SCHOOL DISTRICT; GOLD OAK UNION ELEMENTARY SCHOOL DISTRICT; GOLD TRAIL UNION ELEMENTARY SCHOOL DISTRICT; INDIAN DIGGINGS ELEMENTARY SCHOOL DISTRICT; LAKE TAHOE UNIFIED SCHOOL DISTRICT; LATROBE SCHOOL DISTRICT SCHOOL DISTRICT; MOTHER LODE UNION ELEMENTARY SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; PLACERVILLE UNION ELEMENTARY SCHOOL DISTRICT; POLLOCK PINES ELEMENTARY SCHOOL DISTRICT; RESCUE UNION ELEMENTARY SCHOOL DISTRICT; SILVER FORK ELEMENTARY SCHOOL DISTRICT; ALVINA ELEMENTARY SCHOOL DISTRICT; BIG CREEK ELEMENTARY SCHOOL DISTRICT; BURREL UNION ELEMENTARY SCHOOL DISTRICT; CARUTHERS UNIFIED SCHOOL DISTRICT; CENTRAL UNIFIED SCHOOL DISTRICT; CLAY JOINT ELEMENTARY SCHOOL DISTRICT; CLOVIS UNIFIED SCHOOL DISTRICT; COALINGA-HURON UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, CENTRAL CALIFORNIA (STATE SPECIAL SCHOOL); FIREBAUGH-LAS DELTAS UNIFIED SCHOOL DISTRICT; FOWLER UNIFIED SCHOOL DISTRICT; FRESNO UNIFIED SCHOOL DISTRICT; GOLDEN PLAINS UNIFIED SCHOOL DISTRICT; KERMAN UNIFIED SCHOOL DISTRICT; KINGS CANYON JOINT UNIFIED SCHOOL DISTRICT; KINGSBURG ELEMENTARY CHARTER SCHOOL DISTRICT; KINGSBURG JOINT UNION HIGH SCHOOL DISTRICT;**

LATON JOINT UNIFIED SCHOOL DISTRICT; MENDOTA UNIFIED SCHOOL DISTRICT; MONROE ELEMENTARY SCHOOL DISTRICT; ORANGE CENTER SCHOOL DISTRICT; PACIFIC UNION ELEMENTARY SCHOOL DISTRICT; PARLIER UNIFIED SCHOOL DISTRICT; PINE RIDGE ELEMENTARY SCHOOL DISTRICT; RAISIN CITY ELEMENTARY SCHOOL DISTRICT; RIVERDALE JOINT UNIFIED SCHOOL DISTRICT; SANGER UNIFIED SCHOOL DISTRICT; SELMA UNIFIED SCHOOL DISTRICT; SIERRA UNIFIED SCHOOL DISTRICT; WASHINGTON COLONY ELEMENTARY SCHOOL DISTRICT; WASHINGTON UNIFIED SCHOOL DISTRICT; WEST PARK ELEMENTARY SCHOOL DISTRICT; WESTSIDE ELEMENTARY SCHOOL DISTRICT; CAPAY JOINT UNION ELEMENTARY SCHOOL DISTRICT; HAMILTON UNIFIED SCHOOL DISTRICT SCHOOL DISTRICT; LAKE ELEMENTARY SCHOOL DISTRICT; ORLAND JOINT UNIFIED SCHOOL DISTRICT; PLAZA ELEMENTARY SCHOOL DISTRICT; PRINCETON JOINT UNIFIED SCHOOL DISTRICT; STONY CREEK JOINT UNIFIED SCHOOL DISTRICT; WILLOWS UNIFIED SCHOOL DISTRICT; ARCATA ELEMENTARY SCHOOL DISTRICT; BIG LAGOON UNION ELEMENTARY SCHOOL DISTRICT; BLUE LAKE UNION ELEMENTARY SCHOOL DISTRICT; BRIDGEVILLE ELEMENTARY SCHOOL DISTRICT; CUDDEBACK UNION ELEMENTARY SCHOOL DISTRICT; CUTTEN ELEMENTARY SCHOOL DISTRICT; EUREKA CITY SCHOOLS SCHOOL DISTRICT; FERNDALE UNIFIED SCHOOL DISTRICT; FIELDBROOK ELEMENTARY SCHOOL DISTRICT; FORTUNA ELEMENTARY SCHOOL DISTRICT; FORTUNA UNION HIGH SCHOOL DISTRICT; FRESHWATER ELEMENTARY SCHOOL DISTRICT; GARFIELD ELEMENTARY SCHOOL DISTRICT; GREEN POINT ELEMENTARY SCHOOL DISTRICT; HYDESVILLE ELEMENTARY SCHOOL DISTRICT; JACOBY CREEK ELEMENTARY SCHOOL DISTRICT; KLAMATH-TRINITY JOINT UNIFIED SCHOOL DISTRICT; KNEELAND ELEMENTARY SCHOOL DISTRICT; LOLETA UNION ELEMENTARY SCHOOL DISTRICT; MAPLE CREEK ELEMENTARY SCHOOL DISTRICT; MATTOLE UNIFIED SCHOOL DISTRICT; MCKINLEYVILLE UNION ELEMENTARY SCHOOL DISTRICT; NORTHERN HUMBOLDT UNION HIGH SCHOOL DISTRICT; ORICK ELEMENTARY SCHOOL DISTRICT; PACIFIC UNION ELEMENTARY SCHOOL DISTRICT; PENINSULA UNION

**SCHOOL DISTRICT; RIO DELL ELEMENTARY SCHOOL DISTRICT; SCOTIA UNION ELEMENTARY SCHOOL DISTRICT; SOUTH BAY UNION ELEMENTARY SCHOOL DISTRICT; SOUTHERN HUMBOLDT JOINT UNIFIED SCHOOL DISTRICT; TRINIDAD UNION ELEMENTARY SCHOOL DISTRICT; BRAWLEY ELEMENTARY SCHOOL DISTRICT; BRAWLEY UNION HIGH SCHOOL DISTRICT; CALEXICO UNIFIED SCHOOL DISTRICT; CALIPATRIA UNIFIED SCHOOL DISTRICT; CENTRAL UNION HIGH SCHOOL DISTRICT; EL CENTRO ELEMENTARY SCHOOL DISTRICT; HEBER ELEMENTARY SCHOOL DISTRICT; HOLTVILLE UNIFIED SCHOOL DISTRICT; IMPERIAL UNIFIED SCHOOL DISTRICT; MAGNOLIA UNION ELEMENTARY SCHOOL DISTRICT; MCCABE UNION ELEMENTARY SCHOOL DISTRICT; MEADOWS UNION ELEMENTARY SCHOOL DISTRICT; MULBERRY ELEMENTARY SCHOOL DISTRICT; SAN PASQUAL VALLEY UNIFIED SCHOOL DISTRICT; SEELEY UNION ELEMENTARY SCHOOL DISTRICT; WESTMORLAND UNION ELEMENTARY SCHOOL DISTRICT; BIG PINE UNIFIED SCHOOL DISTRICT; BISHOP UNIFIED SCHOOL DISTRICT; DEATH VALLEY UNIFIED SCHOOL DISTRICT; INYO COUNTY CAREER TECHNICAL EDUCATION; LONE PINE UNIFIED SCHOOL DISTRICT; OWENS VALLEY UNIFIED SCHOOL DISTRICT; ROUND VALLEY JOINT ELEMENTARY SCHOOL DISTRICT; ARVIN UNION SCHOOL DISTRICT; BAKERSFIELD CITY SCHOOL DISTRICT;  BEARDSLEY ELEMENTARY SCHOOL DISTRICT; BELRIDGE ELEMENTARY SCHOOL DISTRICT; BLAKE ELEMENTARY SCHOOL DISTRICT; BUTTONWILLOW UNION ELEMENTARY SCHOOL DISTRICT; CALIENTE UNION ELEMENTARY SCHOOL DISTRICT; DELANO JOINT UNION HIGH SCHOOL DISTRICT; DELANO UNION ELEMENTARY SCHOOL DISTRICT; DI GIORGIO ELEMENTARY SCHOOL DISTRICT; EDISON ELEMENTARY SCHOOL DISTRICT; EL TEJON UNIFIED SCHOOL DISTRICT; ELK HILLS ELEMENTARY SCHOOL DISTRICT; FAIRFAX ELEMENTARY SCHOOL DISTRICT; FRUITVALE ELEMENTARY SCHOOL DISTRICT; GENERAL SHAFTER ELEMENTARY SCHOOL DISTRICT; GREENFIELD UNION SCHOOL DISTRICT; KERN HIGH SCHOOL DISTRICT; KERNVILLE UNION ELEMENTARY SCHOOL DISTRICT; LAKESIDE UNION SCHOOL DISTRICT; LAMONT ELEMENTARY SCHOOL DISTRICT; LINNS**

**VALLEY-POSO FLAT UNION SCHOOL DISTRICT; LOST HILLS UNION ELEMENTARY SCHOOL DISTRICT; MAPLE ELEMENTARY SCHOOL DISTRICT; MARICOPA UNIFIED SCHOOL DISTRICT; MCFARLAND UNIFIED SCHOOL DISTRICT; MCKITTRICK ELEMENTARY SCHOOL DISTRICT; MIDWAY ELEMENTARY SCHOOL DISTRICT; MOJAVE UNIFIED SCHOOL DISTRICT; MUROC JOINT UNIFIED SCHOOL DISTRICT; NORRIS ELEMENTARY SCHOOL DISTRICT; PANAMA-BUENA VISTA UNION SCHOOL DISTRICT; POND UNION ELEMENTARY SCHOOL DISTRICT; RAND JOINT ELEMENTARY SCHOOL DISTRICT; RICHLAND UNION ELEMENTARY SCHOOL DISTRICT; RIO BRAVO-GREELEY UNION ELEMENTARY SCHOOL DISTRICT; ROSEDALE UNION ELEMENTARY SCHOOL DISTRICT; SEMITROPIC ELEMENTARY SCHOOL DISTRICT; SIERRA SANDS UNIFIED SCHOOL DISTRICT; SOUTH FORK UNION SCHOOL DISTRICT; SOUTHERN KERN UNIFIED SCHOOL DISTRICT; STANDARD ELEMENTARY SCHOOL DISTRICT; TAFT CITY SCHOOL DISTRICT; TAFT UNION HIGH SCHOOL DISTRICT; TEHACHAPI UNIFIED SCHOOL DISTRICT; VINELAND ELEMENTARY SCHOOL DISTRICT; WASCO UNION ELEMENTARY SCHOOL DISTRICT; WASCO UNION HIGH SCHOOL DISTRICT; ARMONA UNION ELEMENTARY SCHOOL DISTRICT; CENTRAL UNION ELEMENTARY SCHOOL DISTRICT; CORCORAN JOINT UNIFIED SCHOOL DISTRICT; HANFORD ELEMENTARY SCHOOL DISTRICT; HANFORD JOINT UNION HIGH SCHOOL DISTRICT; ISLAND UNION ELEMENTARY SCHOOL DISTRICT; KINGS RIVER-HARDWICK UNION ELEMENTARY SCHOOL DISTRICT; KIT CARSON UNION ELEMENTARY SCHOOL DISTRICT; LAKESIDE UNION ELEMENTARY SCHOOL DISTRICT; LEMOORE UNION ELEMENTARY SCHOOL DISTRICT; LEMOORE UNION HIGH SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; REEF-SUNSET UNIFIED SCHOOL DISTRICT; KELSEYVILLE UNIFIED SCHOOL DISTRICT; KONOCTI UNIFIED SCHOOL DISTRICT; LAKEPORT UNIFIED SCHOOL DISTRICT; LUCERNE ELEMENTARY SCHOOL DISTRICT; MIDDLETOWN UNIFIED SCHOOL DISTRICT; UPPER LAKE UNIFIED SCHOOL DISTRICT; BIG VALLEY JOINT UNIFIED SCHOOL DISTRICT; FORT SAGE UNIFIED SCHOOL DISTRICT; JANESVILLE UNION ELEMENTARY SCHOOL DISTRICT; JOHNSTONVILLE**

ELEMENTARY SCHOOL DISTRICT; LASSEN UNION HIGH SCHOOL DISTRICT; RAVENDALE-TERMO ELEMENTARY SCHOOL DISTRICT; RICHMOND ELEMENTARY SCHOOL DISTRICT; SHAFFER UNION ELEMENTARY SCHOOL DISTRICT; SUSANVILLE ELEMENTARY SCHOOL DISTRICT; WESTWOOD UNIFIED SCHOOL DISTRICT; ABC UNIFIED SCHOOL DISTRICT; ACTON-AGUA DULCE UNIFIED SCHOOL DISTRICT; ALHAMBRA UNIFIED SCHOOL DISTRICT; ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; ARCADIA UNIFIED SCHOOL DISTRICT; AZUSA UNIFIED SCHOOL DISTRICT; BALDWIN PARK UNIFIED SCHOOL DISTRICT; BASSETT UNIFIED SCHOOL DISTRICT; BELLFLOWER UNIFIED SCHOOL DISTRICT; BEVERLY HILLS UNIFIED SCHOOL DISTRICT; BONITA UNIFIED SCHOOL DISTRICT; BURBANK UNIFIED SCHOOL DISTRICT; CASTAIC UNION SCHOOL DISTRICT; CENTINELA VALLEY UNION HIGH SCHOOL DISTRICT; CHARTER OAK UNIFIED SCHOOL DISTRICT; CLAREMONT UNIFIED SCHOOL DISTRICT; COMPTON UNIFIED SCHOOL DISTRICT; COVINA-VALLEY UNIFIED SCHOOL DISTRICT; CULVER CITY UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, SOUTHERN CALIFORNIA (STATE SPECIAL SCHOOL); DOWNEY UNIFIED SCHOOL DISTRICT; DUARTE UNIFIED SCHOOL DISTRICT; EAST WHITTIER CITY ELEMENTARY SCHOOL DISTRICT; EASTSIDE UNION ELEMENTARY SCHOOL DISTRICT; EL MONTE CITY SCHOOL DISTRICT; EL MONTE UNION HIGH SCHOOL DISTRICT; EL RANCHO UNIFIED SCHOOL DISTRICT; EL SEGUNDO UNIFIED SCHOOL DISTRICT; GARVEY ELEMENTARY SCHOOL DISTRICT; GLENDALE UNIFIED SCHOOL DISTRICT; GLENDORA UNIFIED SCHOOL DISTRICT; GORMAN JOINT SCHOOL DISTRICT HACIENDA LA PUENTE UNIFIED SCHOOL DISTRICT; HAWTHORNE SCHOOL DISTRICT; HERMOSA BEACH CITY ELEMENTARY SCHOOL DISTRICT; HUGHES-ELIZABETH LAKES UNION ELEMENTARY SCHOOL DISTRICT; INGLEWOOD UNIFIED SCHOOL DISTRICT; KEPPEL UNION ELEMENTARY SCHOOL DISTRICT; LA CANADA UNIFIED SCHOOL DISTRICT; LANCASTER ELEMENTARY SCHOOL DISTRICT; LAS VIRGENES UNIFIED SCHOOL DISTRICT; LAWNDALE ELEMENTARY SCHOOL DISTRICT; LENNOX SCHOOL DISTRICT; LITTLE LAKE CITY ELEMENTARY SCHOOL DISTRICT; LONG BEACH UNIFIED SCHOOL DISTRICT; LOS ANGELES

COUNTY OFFICE OF EDUCATION; LOS ANGELES UNIFIED SCHOOL DISTRICT; LOS NIETOS SCHOOL DISTRICT; LOWELL JOINT SCHOOL DISTRICT; LYNWOOD UNIFIED SCHOOL DISTRICT; MANHATTAN BEACH UNIFIED SCHOOL DISTRICT ; MONROVIA UNIFIED SCHOOL DISTRICT; MONTEBELLO UNIFIED SCHOOL DISTRICT; MOUNTAIN VIEW ELEMENTARY SCHOOL DISTRICT; NEWHALL SCHOOL DISTRICT; NORWALK-LA MIRADA UNIFIED SCHOOL DISTRICT; PALMDALE ELEMENTARY SCHOOL DISTRICT; PALOS VERDES PENINSULA UNIFIED SCHOOL DISTRICT; PARAMOUNT UNIFIED SCHOOL DISTRICT; PASADENA UNIFIED SCHOOL DISTRICT; POMONA UNIFIED SCHOOL DISTRICT; REDONDO BEACH UNIFIED SCHOOL DISTRICT; ROSEMEAD ELEMENTARY SCHOOL DISTRICT; ROWLAND UNIFIED SCHOOL DISTRICT; SAN GABRIEL UNIFIED SCHOOL DISTRICT; SAN MARINO UNIFIED SCHOOL DISTRICT; SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT; SAUGUS UNION SCHOOL DISTRICT; SBE - ACADEMIA AVANCE CHARTER; SBE - CELERITY HIMALIA; SBE - LOS ANGELES COLLEGE PREP ACADEMY; SBE - NEW WEST CHARTER; SBE - PREPA TEC LOS ANGELES HIGH; SBE - THE SCHOOL OF ARTS AND ENTERPRISE; SOUTH PASADENA UNIFIED SCHOOL DISTRICT; SOUTH WHITTIER ELEMENTARY SCHOOL DISTRICT; SULPHUR SPRINGS UNION SCHOOL DISTRICT; TEMPLE CITY UNIFIED SCHOOL DISTRICT; TORRANCE UNIFIED SCHOOL DISTRICT; VALLE LINDO ELEMENTARY SCHOOL DISTRICT; WALNUT VALLEY UNIFIED SCHOOL DISTRICT; WEST COVINA UNIFIED SCHOOL DISTRICT; WESTSIDE UNION ELEMENTARY SCHOOL DISTRICT; WHITTIER CITY ELEMENTARY SCHOOL DISTRICT; WHITTIER UNION HIGH SCHOOL DISTRICT; WILLIAM S. HART UNION HIGH SCHOOL DISTRICT; WILSONA ELEMENTARY SCHOOL DISTRICT; WISEBURN UNIFIED SCHOOL DISTRICT; ALVIEW-DAIRYLAND UNION ELEMENTARY SCHOOL DISTRICT;  BASS LAKE JOINT UNION ELEMENTARY SCHOOL DISTRICT; CHAWANAKEE UNIFIED SCHOOL DISTRICT; CHOWCHILLA ELEMENTARY SCHOOL DISTRICT; CHOWCHILLA UNION HIGH SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; MADERA UNIFIED SCHOOL DISTRICT; RAYMOND-KNOWLES UNION ELEMENTARY SCHOOL DISTRICT; YOSEMITE UNIFIED

SCHOOL DISTRICT; BOLINAS-STINSON UNION SCHOOL DISTRICT; KENTFIELD ELEMENTARY SCHOOL DISTRICT; LAGUNA JOINT ELEMENTARY SCHOOL DISTRICT; LAGUNITAS ELEMENTARY SCHOOL DISTRICT; LARKSPUR-CORTE MADERA SCHOOL DISTRICT; LINCOLN ELEMENTARY SCHOOL DISTRICT; MILL VALLEY ELEMENTARY SCHOOL DISTRICT; MILLER CREEK ELEMENTARY SCHOOL DISTRICT; NICASIO SCHOOL DISTRICT; NOVATO UNIFIED SCHOOL DISTRICT; REED UNION ELEMENTARY SCHOOL DISTRICT; ROSS ELEMENTARY SCHOOL DISTRICT; ROSS VALLEY ELEMENTARY SCHOOL DISTRICT; SAN RAFAEL CITY ELEMENTARY SCHOOL DISTRICT; SAN RAFAEL CITY HIGH SCHOOL DISTRICT; SAUSALITO MARIN CITY SCHOOL DISTRICT; SBE - ROSS VALLEY ELEMENTARY SCHOOL DISTRICT; SHORELINE UNIFIED SCHOOL DISTRICT; TAMALPAIS UNION HIGH SCHOOL DISTRICT; MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT; ANDERSON VALLEY UNIFIED SCHOOL DISTRICT; ARENA UNION ELEMENTARY SCHOOL DISTRICT; ARENA UNION ELEMENTARY/POINT ARENA JOINT UNION HIGH SCHOOL DISTRICT; FORT BRAGG UNIFIED SCHOOL DISTRICT; LAYTONVILLE UNIFIED SCHOOL DISTRICT; LEGGETT VALLEY UNIFIED SCHOOL DISTRICT; MANCHESTER UNION ELEMENTARY SCHOOL DISTRICT; MENDOCINO UNIFIED SCHOOL DISTRICT; POINT ARENA JOINT UNION HIGH SCHOOL DISTRICT; POTTERVALLEY COMMUNITY UNIFIED SCHOOL DISTRICT; ROUND VALLEY UNIFIED SCHOOL DISTRICT; UKIAH UNIFIED SCHOOL DISTRICT; WILLITS UNIFIED SCHOOL DISTRICT; ATWATER ELEMENTARY SCHOOL DISTRICT; BALLICO-CRESSEY ELEMENTARY SCHOOL DISTRICT SCHOOL DISTRICT; DELHI UNIFIED SCHOOL DISTRICT;  DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT; EL NIDO ELEMENTARY SCHOOL DISTRICT;  GUSTINE UNIFIED SCHOOL DISTRICT; HILMAR UNIFIED SCHOOL DISTRICT; LE GRAND UNION ELEMENTARY SCHOOL DISTRICT; LE GRAND UNION HIGH SCHOOL DISTRICT; LIVINGSTON UNION SCHOOL DISTRICT; LOS BANOS UNIFIED SCHOOL DISTRICT; MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; MERCED CITY ELEMENTARY SCHOOL DISTRICT; MERCED RIVER UNION ELEMENTARY SCHOOL DISTRICT; MERCED UNION HIGH SCHOOL DISTRICT; PLAINSBURG UNION

**ELEMENTARY SCHOOL DISTRICT; PLANADA ELEMENTARY SCHOOL DISTRICT; SNELLING-MERCED FALLS UNION ELEMENTARY SCHOOL DISTRICT; WEAVER UNION SCHOOL DISTRICT; WINTON SCHOOL DISTRICT; MODOC JOINT UNIFIED SCHOOL DISTRICT; SURPRISE VALLEY JOINT UNIFIED SCHOOL DISTRICT; TULELAKE BASIN JOINT UNIFIED SCHOOL DISTRICT; EASTERN SIERRA UNIFIED SCHOOL DISTRICT; MAMMOTH UNIFIED SCHOOL DISTRICT; ALISAL UNION SCHOOL DISTRICT; BIG SUR UNIFIED SCHOOL DISTRICT; BRADLEY UNION ELEMENTARY SCHOOL DISTRICT; CARMEL UNIFIED SCHOOL DISTRICT; CHUALAR UNION SCHOOL DISTRICT; GONZALES UNIFIED SCHOOL DISTRICT; GRAVES ELEMENTARY SCHOOL DISTRICT; GREENFIELD UNION ELEMENTARY SCHOOL DISTRICT; KING CITY UNION SCHOOL DISTRICT; LAGUNITA ELEMENTARY SCHOOL DISTRICT; MISSION UNION ELEMENTARY SCHOOL DISTRICT; MONTEREY PENINSULA UNIFIED SCHOOL DISTRICT; NORTH MONTEREY COUNTY UNIFIED SCHOOL DISTRICT; PACIFIC GROVE UNIFIED SCHOOL DISTRICT; SALINAS CITY ELEMENTARY SCHOOL DISTRICT; SALINAS UNION HIGH SCHOOL DISTRICT; SAN ANTONIO UNION ELEMENTARY SCHOOL DISTRICT; SAN ARDO UNION ELEMENTARY SCHOOL DISTRICT; SAN LUCAS UNION ELEMENTARY SCHOOL DISTRICT; SANTA RITA UNION ELEMENTARY SCHOOL DISTRICT; SOLEDAD UNIFIED SCHOOL DISTRICT; SOUTH MONTEREY COUNTY JOINT UNION HIGH SCHOOL DISTRICT; SPRECKELS UNION ELEMENTARY SCHOOL DISTRICT; WASHINGTON UNION ELEMENTARY SCHOOL DISTRICT; CALISTOGA JOINT UNIFIED SCHOOL DISTRICT; HOWELL MOUNTAIN ELEMENTARY SCHOOL DISTRICT; NAPA VALLEY UNIFIED SCHOOL DISTRICT; POPE VALLEY UNION ELEMENTARY SCHOOL DISTRICT; SAINT HELENA UNIFIED SCHOOL DISTRICT; CHICAGO PARK ELEMENTARY SCHOOL DISTRICT; CLEAR CREEK ELEMENTARY SCHOOL DISTRICT; GRASS VALLEY ELEMENTARY SCHOOL DISTRICT; NEVADA CITY ELEMENTARY SCHOOL DISTRICT; ;NEVADA JOINT UNION HIGH SCHOOL DISTRICT; PENN VALLEY UNION ELEMENTARY SCHOOL DISTRICT; PLEASANT RIDGE UNION ELEMENTARY SCHOOL DISTRICT; TWIN RIDGES ELEMENTARY SCHOOL DISTRICT; UNION HILL ELEMENTARY SCHOOL**

DISTRICT; ANAHEIM ELEMENTARY SCHOOL DISTRICT;
ANAHEIM UNION HIGH SCHOOL DISTRICT; BREA-OLINDA
UNIFIED SCHOOL DISTRICT; BUENA PARK ELEMENTARY
SCHOOL DISTRICT; CAPISTRANO UNIFIED SCHOOL DISTRICT;
CENTRAL ORANGE COUNTY CTE PARTNERSHIP; CENTRALIA
ELEMENTARY SCHOOL DISTRICT; COLLEGE AND CAREER
ADVANTAGE; CYPRESS ELEMENTARY SCHOOL DISTRICT;
FOUNTAIN VALLEY ELEMENTARY SCHOOL DISTRICT;
FULLERTON ELEMENTARY SCHOOL DISTRICT; FULLERTON
JOINT UNION HIGH SCHOOL DISTRICT; GARDEN GROVE UNIFIED
SCHOOL DISTRICT; HUNTINGTON BEACH CITY ELEMENTARY
SCHOOL DISTRICT; HUNTINGTON BEACH UNION HIGH SCHOOL
DISTRICT; IRVINE UNIFIED SCHOOL DISTRICT; LA HABRA CITY
ELEMENTARY SCHOOL DISTRICT; LAGUNA BEACH UNIFIED
SCHOOL DISTRICT; LOS ALAMITOS UNIFIED SCHOOL DISTRICT;
MAGNOLIA ELEMENTARY SCHOOL DISTRICT; NEWPORT-MESA
UNIFIED SCHOOL DISTRICT; OCEAN VIEW SCHOOL DISTRICT;
ORANGE UNIFIED SCHOOL DISTRICT; PLACENTIA-YORBA LINDA
UNIFIED SCHOOL DISTRICT; SADDLEBACK VALLEY UNIFIED
SCHOOL DISTRICT; SANTA ANA UNIFIED SCHOOL DISTRICT;
SAVANNA ELEMENTARY SCHOOL DISTRICT; SBE - MAGNOLIA
SCIENCE ACADEMY SANTA ANA; TUSTIN UNIFIED SCHOOL
DISTRICT; WESTMINSTER SCHOOL DISTRICT; OUT-OF-STATE,
NON-PUBLIC, NON-SECTARIAN SCHOOLS; ACKERMAN CHARTER
SCHOOL DISTRICT; ALTA-DUTCH FLAT UNION ELEMENTARY
SCHOOL DISTRICT; AUBURN UNION ELEMENTARY SCHOOL
DISTRICT; COLFAX ELEMENTARY SCHOOL DISTRICT; DRY
CREEK JOINT ELEMENTARY SCHOOL DISTRICT; EUREKA UNION
SCHOOL DISTRICT; FORESTHILL UNION ELEMENTARY SCHOOL
DISTRICT; LOOMIS UNION ELEMENTARY SCHOOL DISTRICT;
NEWCASTLE ELEMENTARY SCHOOL DISTRICT; PLACER HILLS
UNION ELEMENTARY SCHOOL DISTRICT; PLACER UNION HIGH
SCHOOL DISTRICT; ROCKLIN UNIFIED SCHOOL DISTRICT;
ROSEVILLE CITY ELEMENTARY SCHOOL DISTRICT; ROSEVILLE
JOINT UNION HIGH SCHOOL DISTRICT; TAHOE-TRUCKEE
UNIFIED SCHOOL DISTRICT; WESTERN PLACER UNIFIED SCHOOL
DISTRICT; PLUMAS UNIFIED SCHOOL DISTRICT; ALVORD
UNIFIED SCHOOL DISTRICT; BANNING UNIFIED SCHOOL

DISTRICT; BEAUMONT UNIFIED SCHOOL DISTRICT; CALIFORNIA
SCHOOL FOR THE DEAF-RIVERSIDE (STATE SPECIAL SCHOOL);
COACHELLA VALLEY UNIFIED SCHOOL DISTRICT; CORONA-
NORCO UNIFIED SCHOOL DISTRICT; DESERT CENTER UNIFIED
SCHOOL DISTRICT; DESERT SANDS UNIFIED SCHOOL DISTRICT;
HEMET UNIFIED SCHOOL DISTRICT; JURUPA UNIFIED SCHOOL
DISTRICT; LAKE ELSINORE UNIFIED SCHOOL DISTRICT;
MENIFEE UNION ELEMENTARY SCHOOL DISTRICT; MORENO
VALLEY UNIFIED SCHOOL DISTRICT; MURRIETA VALLEY
UNIFIED SCHOOL DISTRICT; NUVIEW UNION SCHOOL DISTRICT;
PALM SPRINGS UNIFIED SCHOOL DISTRICT; PALO VERDE
UNIFIED SCHOOL DISTRICT; PERRIS ELEMENTARY SCHOOL
DISTRICT; PERRIS UNION HIGH SCHOOL DISTRICT; RIVERSIDE
UNIFIED SCHOOL DISTRICT; ROMOLAND ELEMENTARY SCHOOL
DISTRICT; SAN JACINTO UNIFIED SCHOOL DISTRICT; TEMECULA
VALLEY UNIFIED SCHOOL DISTRICT; VAL VERDE UNIFIED
SCHOOL DISTRICT; ARCOHE UNION ELEMENTARY SCHOOL
DISTRICT; CENTER JOINT UNIFIED SCHOOL DISTRICT; ELK
GROVE UNIFIED SCHOOL DISTRICT; ELVERTA JOINT
ELEMENTARY SCHOOL DISTRICT; FOLSOM-CORDOVA UNIFIED
SCHOOL DISTRICT; GALT JOINT UNION ELEMENTARY SCHOOL
DISTRICT; GALT JOINT UNION HIGH SCHOOL DISTRICT;
NATOMAS UNIFIED SCHOOL DISTRICT;  RIVER DELTA JOINT
UNIFIED SCHOOL DISTRICT; ROBLA ELEMENTARY SCHOOL
DISTRICT; SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; SAN
JUAN UNIFIED SCHOOL DISTRICT; TWIN RIVERS UNIFIED
SCHOOL DISTRICT; AROMAS - SAN JUAN UNIFIED SCHOOL
DISTRICT; BITTERWATER-TULLY ELEMENTARY SCHOOL
DISTRICT; CIENEGA UNION ELEMENTARY SCHOOL DISTRICT;
HOLLISTER SCHOOL DISTRICT; JEFFERSON ELEMENTARY
SCHOOL DISTRICT; NORTH COUNTY JOINT UNION ELEMENTARY
SCHOOL DISTRICT; PANOCHE ELEMENTARY SCHOOL DISTRICT;
SAN BENITO HIGH SCHOOL DISTRICT; SOUTHSIDE ELEMENTARY
SCHOOL DISTRICT; TRES PINOS UNION ELEMENTARY SCHOOL
DISTRICT; WILLOW GROVE UNION ELEMENTARY SCHOOL
DISTRICT; ADELANTO ELEMENTARY SCHOOL DISTRICT; ALTA
LOMA ELEMENTARY SCHOOL DISTRICT; APPLE VALLEY UNIFIED
SCHOOL DISTRICT; BAKER VALLEY UNIFIED SCHOOL DISTRICT;

BARSTOW UNIFIED SCHOOL DISTRICT; BEAR VALLEY UNIFIED SCHOOL DISTRICT; CENTRAL ELEMENTARY SCHOOL DISTRICT; CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT; CHINO VALLEY UNIFIED SCHOOL DISTRICT; COLTON JOINT UNIFIED SCHOOL DISTRICT; CUCAMONGA ELEMENTARY SCHOOL DISTRICT; ETIWANDA ELEMENTARY SCHOOL DISTRICT; FONTANA UNIFIED SCHOOL DISTRICT; HELENDALE ELEMENTARY SCHOOL DISTRICT; HESPERIA UNIFIED SCHOOL DISTRICT; LUCERNE VALLEY UNIFIED SCHOOL DISTRICT; MORONGO UNIFIED SCHOOL DISTRICT; MOUNTAIN VIEW ELEMENTARY SCHOOL DISTRICT; MT. BALDY JOINT ELEMENTARY SCHOOL DISTRICT; NEEDLES UNIFIED SCHOOL DISTRICT; ONTARIO-MONTCLAIR SCHOOL DISTRICT; ORO GRANDE SCHOOL DISTRICT; REDLANDS UNIFIED SCHOOL DISTRICT; RIALTO UNIFIED SCHOOL DISTRICT; RIM OF THE WORLD UNIFIED SCHOOL DISTRICT; SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT; SILVER VALLEY UNIFIED SCHOOL DISTRICT; SNOWLINE JOINT UNIFIED SCHOOL DISTRICT; TRONA JOINT UNIFIED SCHOOL DISTRICT; UPLAND UNIFIED SCHOOL DISTRICT; VICTOR ELEMENTARY SCHOOL DISTRICT; VICTOR VALLEY UNION HIGH SCHOOL DISTRICT; YUCAIPA CALIMESA JOINT UNIFIED SCHOOL DISTRICT; ALPINE UNION ELEMENTARY SCHOOL DISTRICT; BONSALL UNIFIED SCHOOL DISTRICT; BORREGO SPRINGS UNIFIED SCHOOL DISTRICT; CAJON VALLEY UNION SCHOOL DISTRICT; CARDIFF ELEMENTARY SCHOOL DISTRICT; CARLSBAD UNIFIED SCHOOL DISTRICT; CHULA VISTA ELEMENTARY SCHOOL DISTRICT; CORONADO UNIFIED SCHOOL DISTRICT; DEHESA ELEMENTARY SCHOOL DISTRICT; DEL MAR UNION ELEMENTARY SCHOOL DISTRICT; ENCINITAS UNION ELEMENTARY SCHOOL DISTRICT; ESCONDIDO UNION SCHOOL DISTRICT; ESCONDIDO UNION HIGH SCHOOL DISTRICT; FALLBROOK UNION ELEMENTARY SCHOOL DISTRICT; FALLBROOK UNION HIGH SCHOOL DISTRICT; GROSSMONT UNION HIGH SCHOOL DISTRICT; JAMUL-DULZURA UNION ELEMENTARY SCHOOL DISTRICT; JULIAN UNION ELEMENTARY SCHOOL DISTRICT; JULIAN UNION HIGH SCHOOL DISTRICT; LA MESA-SPRING VALLEY SCHOOL DISTRICT; LAKESIDE UNION ELEMENTARY SCHOOL DISTRICT; LEMON GROVE SCHOOL DISTRICT; MOUNTAIN EMPIRE UNIFIED SCHOOL

DISTRICT; NATIONAL ELEMENTARY SCHOOL DISTRICT; OCEANSIDE UNIFIED SCHOOL DISTRICT; POWAY UNIFIED SCHOOL DISTRICT; RAMONA CITY UNIFIED SCHOOL DISTRICT; RANCHO SANTA FE ELEMENTARY SCHOOL DISTRICT; SAN DIEGO UNIFIED SCHOOL DISTRICT; SAN DIEGUITO UNION HIGH SCHOOL DISTRICT; SAN MARCOS UNIFIED SCHOOL DISTRICT; SAN PASQUAL UNION ELEMENTARY SCHOOL DISTRICT; SAN YSIDRO ELEMENTARY SCHOOL DISTRICT; SANTEE SCHOOL DISTRICT; SBC - HIGH TECH HIGH SCHOOL DISTRICT; SBE - AUDEO CHARTER II SCHOOL DISTRICT; SBE - BAYPOINT PREPARATORY ACADEMY SAN DIEGO; SBE - COLLEGE PREPARATORY MIDDLE; SBE - GROSSMONT SECONDARY; SBE - SWEETWATER SECONDARY; SBE - VISTA SPRINGS CHARTER; SOLANA BEACH ELEMENTARY SCHOOL DISTRICT; SOUTH BAY UNION SCHOOL DISTRICT; SPENCER VALLEY ELEMENTARY SCHOOL DISTRICT; SWEETWATER UNION HIGH SCHOOL DISTRICT; VALLECITOS ELEMENTARY SCHOOL DISTRICT; VALLEY CENTER-PAUMA UNIFIED SCHOOL DISTRICT; VISTA UNIFIED SCHOOL DISTRICT; WARNER UNIFIED SCHOOL DISTRICT; SAN FRANCISCO UNIFIED SCHOOL DISTRICT; ;SBE - KIPP BAYVIEW ELEMENTARY SCHOOL DISTRICT; SBE - THE NEW SCHOOL OF SAN FRANCISCO SCHOOL DISTRICT; BANTA ELEMENTARY SCHOOL DISTRICT; ESCALON UNIFIED SCHOOL DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT; LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT; LINCOLN UNIFIED SCHOOL DISTRICT; LINDEN UNIFIED SCHOOL DISTRICT; LODI UNIFIED SCHOOL DISTRICT; MANTECA UNIFIED SCHOOL DISTRICT; NEW HOPE ELEMENTARY SCHOOL DISTRICT; NEW JERUSALEM ELEMENTARY SCHOOL DISTRICT; OAK VIEW UNION ELEMENTARY SCHOOL DISTRICT; RIPON UNIFIED SCHOOL DISTRICT; STOCKTON UNIFIED SCHOOL DISTRICT; TRACY JOINT UNIFIED SCHOOL DISTRICT; ATASCADERO UNIFIED SCHOOL DISTRICT; CAYUCOS ELEMENTARY SCHOOL DISTRICT; COAST UNIFIED SCHOOL DISTRICT; LUCIA MAR UNIFIED SCHOOL DISTRICT; PASO ROBLES JOINT UNIFIED SCHOOL DISTRICT; PLEASANT VALLEY JOINT UNION ELEMENTARY SCHOOL DISTRICT; SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT; SAN MIGUEL JOINT UNION SCHOOL DISTRICT; SHANDON JOINT UNIFIED SCHOOL DISTRICT;

TEMPLETON UNIFIED SCHOOL DISTRICT; BAYSHORE ELEMENTARY SCHOOL DISTRICT; BELMONT-REDWOOD SHORES ELEMENTARY SCHOOL DISTRICT; BRISBANE ELEMENTARY SCHOOL DISTRICT; BURLINGAME ELEMENTARY SCHOOL DISTRICT; CABRILLO UNIFIED SCHOOL DISTRICT; HILLSBOROUGH CITY ELEMENTARY SCHOOL DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT; JEFFERSON UNION HIGH SCHOOL DISTRICT; LA HONDA-PESCADERO UNIFIED SCHOOL DISTRICT; LAS LOMITAS ELEMENTARY SCHOOL DISTRICT; MENLO PARK CITY ELEMENTARY SCHOOL DISTRICT; MILLBRAE ELEMENTARY SCHOOL DISTRICT; PACIFICA SCHOOL DISTRICT; PORTOLA VALLEY ELEMENTARY SCHOOL DISTRICT; RAVENSWOOD CITY ELEMENTARY SCHOOL DISTRICT; REDWOOD CITY ELEMENTARY SCHOOL DISTRICT; SAN BRUNO PARK ELEMENTARY SCHOOL DISTRICT; SAN CARLOS ELEMENTARY SCHOOL DISTRICT; SAN MATEO UNION HIGH SCHOOL DISTRICT; SAN MATEO-FOSTER CITY SCHOOL DISTRICT; SEQUOIA UNION HIGH SCHOOL DISTRICT; SOUTH SAN FRANCISCO UNIFIED SCHOOL DISTRICT; WOODSIDE ELEMENTARY SCHOOL DISTRICT; BALLARD ELEMENTARY SCHOOL DISTRICT; BLOCHMAN UNION ELEMENTARY SCHOOL DISTRICT; BUELLTON UNION ELEMENTARY SCHOOL DISTRICT; CARPINTERIA UNIFIED SCHOOL DISTRICT; COLD SPRING ELEMENTARY SCHOOL DISTRICT; COLLEGE ELEMENTARY SCHOOL DISTRICT; CUYAMA JOINT UNIFIED SCHOOL DISTRICT; GOLETA UNION ELEMENTARY SCHOOL DISTRICT; GUADALUPE UNION ELEMENTARY SCHOOL DISTRICT; HOPE ELEMENTARY SCHOOL DISTRICT; LOMPOC UNIFIED SCHOOL DISTRICT; LOS OLIVOS ELEMENTARY SCHOOL DISTRICT; MONTECITO UNION ELEMENTARY SCHOOL DISTRICT; ORCUTT UNION ELEMENTARY SCHOOL DISTRICT; SANTA BARBARA UNIFIED SCHOOL DISTRICT; SANTA MARIA JOINT UNION HIGH SCHOOL DISTRICT; SANTA MARIA-BONITA SCHOOL DISTRICT; SANTA YNEZ VALLEY UNION HIGH SCHOOL DISTRICT; SBE - OLIVE GROVE CHARTER – BUELLTON; SBE - OLIVE GROVE CHARTER – LOMPOC; SBE - OLIVE GROVE CHARTER - ORCUTT/SANTA MARIA; SBE - OLIVE GROVE CHARTER - SANTA BARBARA; SOLVANG ELEMENTARY SCHOOL DISTRICT; VISTA DEL MAR UNION SCHOOL DISTRICT;

**ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT; BERRYESSA UNION ELEMENTARY SCHOOL DISTRICT; CAMBRIAN SCHOOL DISTRICT; CAMPBELL UNION SCHOOL DISTRICT; CAMPBELL UNION HIGH SCHOOL DISTRICT; CUPERTINO UNION SCHOOL DISTRICT; EAST SIDE UNION HIGH SCHOOL DISTRICT; EVERGREEN ELEMENTARY SCHOOL DISTRICT; FRANKLIN-MCKINLEY ELEMENTARY SCHOOL DISTRICT; FREMONT UNION HIGH SCHOOL DISTRICT; GILROY UNIFIED SCHOOL DISTRICT; LAKESIDE JOINT SCHOOL DISTRICT; LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT; LOS ALTOS ELEMENTARY SCHOOL DISTRICT; LOS GATOS UNION ELEMENTARY SCHOOL DISTRICT; LOS GATOS-SARATOGA UNION HIGH SCHOOL DISTRICT; LUTHER BURBANK SCHOOL DISTRICT; METRO EDUCATION SCHOOL DISTRICT; METROPOLITAN EDUCATION SCHOOL DISTRICT; MILPITAS UNIFIED SCHOOL DISTRICT; MORELAND SCHOOL DISTRICT; MORGAN HILL UNIFIED SCHOOL DISTRICT; MOUNT PLEASANT ELEMENTARY SCHOOL DISTRICT; MOUNTAIN VIEW WHISMAN SCHOOL DISTRICT; MOUNTAIN VIEW-LOS ALTOS UNION HIGH SCHOOL DISTRICT; OAK GROVE ELEMENTARY SCHOOL DISTRICT; ORCHARD ELEMENTARY SCHOOL DISTRICT; PALO ALTO UNIFIED SCHOOL DISTRICT; SAN JOSE UNIFIED SCHOOL DISTRICT; SANTA CLARA UNIFIED SCHOOL DISTRICT; SARATOGA UNION ELEMENTARY SCHOOL DISTRICT; SBE - KIPP NAVIGATE COLLEGE PREP; SBE - PERSEVERANCE PREPARATORY; SUNNYVALE SCHOOL DISTRICT; UNION ELEMENTARY SCHOOL DISTRICT; BONNY DOON UNION ELEMENTARY SCHOOL DISTRICT; HAPPY VALLEY ELEMENTARY SCHOOL DISTRICT; LIVE OAK ELEMENTARY SCHOOL DISTRICT; MOUNTAIN ELEMENTARY SCHOOL DISTRICT; NORTH SANTA CRUZ COUNTY SELPA SCHOOL DISTRICT; PACIFIC ELEMENTARY SCHOOL DISTRICT; PAJARO VALLEY UNIFIED SCHOOL DISTRICT; SAN LORENZO VALLEY UNIFIED SCHOOL DISTRICT; SANTA CRUZ CITY ELEMENTARY SCHOOL DISTRICT; SANTA CRUZ CITY ELEMENTARY/HIGH SCHOOL DISTRICT; SANTA CRUZ CITY HIGH SCHOOL DISTRICT; SBE - WATSONVILLE PREP SCHOOL DISTRICT; SCOTTS VALLEY UNIFIED SCHOOL DISTRICT; SOQUEL UNION ELEMENTARY SCHOOL DISTRICT; ANDERSON UNION HIGH SCHOOL DISTRICT; BELLA VISTA ELEMENTARY SCHOOL**

DISTRICT; BLACK BUTTE UNION ELEMENTARY SCHOOL
DISTRICT; CASCADE UNION ELEMENTARY SCHOOL DISTRICT;
CASTLE ROCK UNION ELEMENTARY SCHOOL DISTRICT;
COLUMBIA ELEMENTARY SCHOOL DISTRICT; COTTONWOOD
UNION ELEMENTARY SCHOOL DISTRICT;  ENTERPRISE
ELEMENTARY SCHOOL DISTRICT; FALL RIVER JOINT UNIFIED
SCHOOL DISTRICT; FRENCH GULCH-WHISKEYTOWN
ELEMENTARY SCHOOL DISTRICT; GATEWAY UNIFIED SCHOOL
DISTRICT; GRANT ELEMENTARY SCHOOL DISTRICT; HAPPY
VALLEY UNION ELEMENTARY SCHOOL DISTRICT; IGO, ONO,
PLATINA UNION ELEMENTARY SCHOOL DISTRICT; INDIAN
SPRINGS ELEMENTARY SCHOOL DISTRICT; JUNCTION
ELEMENTARY SCHOOL DISTRICT; MILLVILLE ELEMENTARY
SCHOOL DISTRICT; MOUNTAIN UNION ELEMENTARY SCHOOL
DISTRICT; MOUNTAIN VALLEY SPECIAL EDUCATION JPA; NORTH
COW CREEK ELEMENTARY SCHOOL DISTRICT; OAK RUN
ELEMENTARY SCHOOL DISTRICT; PACHECO UNION
ELEMENTARY SCHOOL DISTRICT; REDDING ELEMENTARY
SCHOOL DISTRICT; SHASTA UNION ELEMENTARY SCHOOL
DISTRICT; SHASTA UNION HIGH SCHOOL DISTRICT; WHITMORE
UNION ELEMENTARY SCHOOL DISTRICT; SIERRA-PLUMAS JOINT
UNIFIED SCHOOL DISTRICT; WILLIAM (R) ROUSE ROP SCHOOL
DISTRICT; BIG SPRINGS UNION ELEMENTARY SCHOOL DISTRICT;
BOGUS ELEMENTARY SCHOOL DISTRICT; BUTTE VALLEY
UNIFIED SCHOOL DISTRICT; BUTTEVILLE UNION ELEMENTARY
SCHOOL DISTRICT; DELPHIC ELEMENTARY SCHOOL DISTRICT;
DUNSMUIR ELEMENTARY SCHOOL DISTRICT; DUNSMUIR JOINT
UNION HIGH SCHOOL DISTRICT; FORKS OF SALMON
ELEMENTARY SCHOOL DISTRICT; GAZELLE UNION
ELEMENTARY SCHOOL DISTRICT; GRENADA ELEMENTARY
SCHOOL DISTRICT; HAPPY CAMP UNION ELEMENTARY SCHOOL
DISTRICT; HORNBROOK ELEMENTARY SCHOOL DISTRICT;
JUNCTION ELEMENTARY SCHOOL DISTRICT; KLAMATH RIVER
UNION ELEMENTARY SCHOOL DISTRICT; LITTLE SHASTA
ELEMENTARY SCHOOL DISTRICT; MCCLOUD UNION
ELEMENTARY SCHOOL DISTRICT; MONTAGUE ELEMENTARY
SCHOOL DISTRICT; MT. SHASTA UNION ELEMENTARY SCHOOL
DISTRICT; SCOTT VALLEY UNIFIED SCHOOL DISTRICT; SEIAD

ELEMENTARY SCHOOL DISTRICT; SISKIYOU UNION HIGH
SCHOOL DISTRICT; WEED UNION ELEMENTARY SCHOOL
DISTRICT; WILLOW CREEK ELEMENTARY SCHOOL DISTRICT;
YREKA UNION ELEMENTARY SCHOOL DISTRICT; YREKA UNION
HIGH SCHOOL DISTRICT; BENICIA UNIFIED SCHOOL DISTRICT;
DIXON UNIFIED SCHOOL DISTRICT; FAIRFIELD-SUISUN UNIFIED
SCHOOL DISTRICT; TRAVIS UNIFIED SCHOOL DISTRICT;
VACAVILLE UNIFIED SCHOOL DISTRICT; VALLEJO CITY UNIFIED
SCHOOL DISTRICT; ALEXANDER VALLEY UNION ELEMENTARY
SCHOOL DISTRICT; BELLEVUE UNION SCHOOL DISTRICT;
BENNETT VALLEY UNION ELEMENTARY SCHOOL DISTRICT;
CINNABAR ELEMENTARY SCHOOL DISTRICT; CLOVERDALE
UNIFIED SCHOOL DISTRICT; COTATI-ROHNERT PARK UNIFIED
SCHOOL DISTRICT; DUNHAM ELEMENTARY SCHOOL DISTRICT;
FORESTVILLE UNION ELEMENTARY SCHOOL DISTRICT; FORT
ROSS ELEMENTARY SCHOOL DISTRICT; GEYSERVILLE UNIFIED
SCHOOL DISTRICT; GRAVENSTEIN UNION ELEMENTARY SCHOOL
DISTRICT; GUERNEVILLE ELEMENTARY SCHOOL DISTRICT;
HARMONY UNION ELEMENTARY SCHOOL DISTRICT;
HEALDSBURG UNIFIED SCHOOL DISTRICT; HORICON
ELEMENTARY SCHOOL DISTRICT; KASHIA ELEMENTARY
SCHOOL DISTRICT; KENWOOD SCHOOL DISTRICT; LIBERTY
ELEMENTARY SCHOOL DISTRICT; MARK WEST UNION
ELEMENTARY SCHOOL DISTRICT; MONTE RIO UNION
ELEMENTARY SCHOOL DISTRICT; MONTGOMERY ELEMENTARY
SCHOOL DISTRICT; OAK GROVE UNION ELEMENTARY SCHOOL
DISTRICT; OLD ADOBE UNION SCHOOL DISTRICT; PETALUMA
CITY ELEMENTARY SCHOOL DISTRICT; PETALUMA CITY
ELEMENTARY/JOINT UNION HIGH SCHOOL DISTRICT;
PETALUMA JOINT UNION HIGH SCHOOL DISTRICT; PINER-
OLIVET UNION ELEMENTARY SCHOOL DISTRICT; RINCON
VALLEY UNION ELEMENTARY SCHOOL DISTRICT; ROSELAND
SCHOOL DISTRICT; SANTA ROSA CITY SCHOOLS; SANTA ROSA
ELEMENTARY SCHOOL DISTRICT; SANTA ROSA HIGH SCHOOL
DISTRICT; SEBASTOPOL UNION ELEMENTARY SCHOOL
DISTRICT; SONOMA VALLEY UNIFIED SCHOOL DISTRICT; TWIN
HILLS UNION ELEMENTARY SCHOOL DISTRICT; TWO ROCK
UNION SCHOOL DISTRICT; WAUGH ELEMENTARY SCHOOL

DISTRICT; WEST SIDE UNION ELEMENTARY SCHOOL DISTRICT; WEST SONOMA COUNTY UNION HIGH SCHOOL DISTRICT; WILMAR UNION ELEMENTARY SCHOOL DISTRICT; WINDSOR UNIFIED SCHOOL DISTRICT; WRIGHT ELEMENTARY SCHOOL DISTRICT; CERES UNIFIED SCHOOL DISTRICT; CHATOM UNION SCHOOL DISTRICT; DENAIR UNIFIED SCHOOL DISTRICT; EMPIRE UNION ELEMENTARY SCHOOL DISTRICT; GRATTON ELEMENTARY SCHOOL DISTRICT; HART-RANSOM UNION ELEMENTARY SCHOOL DISTRICT; HICKMAN COMMUNITY CHARTER SCHOOL DISTRICT; HUGHSON UNIFIED SCHOOL DISTRICT; KEYES UNION SCHOOL DISTRICT; KNIGHTS FERRY ELEMENTARY SCHOOL DISTRICT; MODESTO CITY ELEMENTARY SCHOOL DISTRICT; MODESTO CITY HIGH SCHOOL DISTRICT; MODESTO CITY SCHOOLS; NEWMAN-CROWS LANDING UNIFIED SCHOOL DISTRICT; OAKDALE JOINT UNIFIED SCHOOL DISTRICT; PARADISE ELEMENTARY SCHOOL DISTRICT; PATTERSON JOINT UNIFIED SCHOOL DISTRICT; RIVERBANK UNIFIED SCHOOL DISTRICT; ROBERTS FERRY UNION ELEMENTARY SCHOOL DISTRICT; SALIDA UNION ELEMENTARY SCHOOL DISTRICT; SHILOH ELEMENTARY SCHOOL DISTRICT; STANISLAUS UNION ELEMENTARY SCHOOL DISTRICT; SYLVAN UNION ELEMENTARY SCHOOL DISTRICT; TURLOCK UNIFIED SCHOOL DISTRICT; VALLEY HOME JOINT ELEMENTARY SCHOOL DISTRICT; WATERFORD UNIFIED SCHOOL DISTRICT; BRITTAN ELEMENTARY SCHOOL DISTRICT; BROWNS ELEMENTARY SCHOOL DISTRICT; EAST NICOLAUS JOINT UNION HIGH SCHOOL DISTRICT; FRANKLIN ELEMENTARY SCHOOL DISTRICT; LIVE OAK UNIFIED SCHOOL DISTRICT; MARCUM-ILLINOIS UNION ELEMENTARY SCHOOL DISTRICT; MERIDIAN ELEMENTARY SCHOOL DISTRICT; NUESTRO ELEMENTARY SCHOOL DISTRICT; PLEASANT GROVE JOINT UNION SCHOOL DISTRICT; SUTTER UNION HIGH SCHOOL DISTRICT; WINSHIP-ROBBINS SCHOOL DISTRICT; YUBA CITY UNIFIED SCHOOL DISTRICT; ANTELOPE ELEMENTARY SCHOOL DISTRICT; CORNING UNION ELEMENTARY SCHOOL DISTRICT; CORNING UNION HIGH SCHOOL DISTRICT; EVERGREEN UNION SCHOOL DISTRICT; FLOURNOY UNION ELEMENTARY SCHOOL DISTRICT; GERBER UNION ELEMENTARY SCHOOL DISTRICT; KIRKWOOD

**ELEMENTARY SCHOOL DISTRICT; LASSEN VIEW UNION
ELEMENTARY SCHOOL DISTRICT; LOS MOLINOS UNIFIED
SCHOOL DISTRICT; RED BLUFF JOINT UNION HIGH SCHOOL
DISTRICT; RED BLUFF UNION ELEMENTARY SCHOOL DISTRICT;
REEDS CREEK ELEMENTARY SCHOOL DISTRICT; RICHFIELD
ELEMENTARY SCHOOL DISTRICT; BURNT RANCH ELEMENTARY
SCHOOL DISTRICT; COFFEE CREEK ELEMENTARY SCHOOL
DISTRICT; DOUGLAS CITY ELEMENTARY SCHOOL DISTRICT;
JUNCTION CITY ELEMENTARY SCHOOL DISTRICT; LEWISTON
ELEMENTARY SCHOOL DISTRICT; MOUNTAIN VALLEY UNIFIED
SCHOOL DISTRICT; SOUTHERN TRINITY JOINT UNIFIED SCHOOL
DISTRICT; TRINITY ALPS UNIFIED SCHOOL DISTRICT; TRINITY
CENTER ELEMENTARY SCHOOL DISTRICT; ALLENSWORTH
ELEMENTARY SCHOOL DISTRICT; ALPAUGH UNIFIED SCHOOL
DISTRICT; ALTA VISTA ELEMENTARY SCHOOL DISTRICT; BUENA
VISTA ELEMENTARY SCHOOL DISTRICT; BURTON ELEMENTARY
SCHOOL DISTRICT; COLUMBINE ELEMENTARY SCHOOL
DISTRICT; CUTLER-OROSI JOINT UNIFIED SCHOOL DISTRICT;
DINUBA UNIFIED SCHOOL DISTRICT; DUCOR UNION
ELEMENTARY SCHOOL DISTRICT; EARLIMART ELEMENTARY
SCHOOL DISTRICT; EXETER UNIFIED SCHOOL DISTRICT;
FARMERSVILLE UNIFIED SCHOOL DISTRICT; HOPE
ELEMENTARY SCHOOL DISTRICT; HOT SPRINGS ELEMENTARY
SCHOOL DISTRICT; KINGS RIVER UNION ELEMENTARY SCHOOL
DISTRICT; LIBERTY ELEMENTARY SCHOOL DISTRICT; LINDSAY
UNIFIED SCHOOL DISTRICT; MONSON-SULTANA JOINT UNION
ELEMENTARY SCHOOL DISTRICT; OAK VALLEY UNION
ELEMENTARY SCHOOL DISTRICT; OUTSIDE CREEK
ELEMENTARY SCHOOL DISTRICT; PALO VERDE UNION
ELEMENTARY SCHOOL DISTRICT; PIXLEY UNION ELEMENTARY
SCHOOL DISTRICT; PLEASANT VIEW ELEMENTARY SCHOOL
DISTRICT; PORTERVILLE UNIFIED SCHOOL DISTRICT;
RICHGROVE ELEMENTARY SCHOOL DISTRICT; ROCKFORD
ELEMENTARY SCHOOL DISTRICT; SAUCELITO ELEMENTARY
SCHOOL DISTRICT; SEQUOIA UNION ELEMENTARY SCHOOL
DISTRICT; SPRINGVILLE UNION ELEMENTARY SCHOOL
DISTRICT; STONE CORRAL ELEMENTARY SCHOOL DISTRICT;
STRATHMORE UNION ELEMENTARY SCHOOL DISTRICT;**

**SUNDALE UNION ELEMENTARY SCHOOL DISTRICT; SUNNYSIDE UNION ELEMENTARY SCHOOL DISTRICT; TERRA BELLA UNION ELEMENTARY SCHOOL DISTRICT; THREE RIVERS UNION ELEMENTARY SCHOOL DISTRICT; TIPTON ELEMENTARY SCHOOL DISTRICT; TRAVER JOINT ELEMENTARY SCHOOL DISTRICT; TULARE CITY SCHOOL DISTRICT; TULARE JOINT UNION HIGH SCHOOL DISTRICT; VISALIA UNIFIED SCHOOL DISTRICT; WAUKENA JOINT UNION ELEMENTARY; WOODLAKE UNIFIED SCHOOL DISTRICT; WOODVILLE UNION ELEMENTARY SCHOOL DISTRICT; BELLEVIEW ELEMENTARY SCHOOL DISTRICT; BIG OAK FLAT-GROVELAND UNIFIED SCHOOL DISTRICT; COLUMBIA UNION SCHOOL DISTRICT; CURTIS CREEK ELEMENTARY SCHOOL DISTRICT; JAMESTOWN ELEMENTARY SCHOOL DISTRICT; SONORA ELEMENTARY SCHOOL DISTRICT; SONORA UNION HIGH SCHOOL DISTRICT; SOULSBYVILLE ELEMENTARY SCHOOL DISTRICT; SUMMERVILLE ELEMENTARY SCHOOL DISTRICT; SUMMERVILLE UNION HIGH SCHOOL DISTRICT; TWAIN HARTE SCHOOL DISTRICT; BRIGGS ELEMENTARY SCHOOL DISTRICT; CONEJO VALLEY UNIFIED SCHOOL DISTRICT; FILLMORE UNIFIED SCHOOL DISTRICT; HUENEME ELEMENTARY SCHOOL DISTRICT; MESA UNION ELEMENTARY SCHOOL DISTRICT; MOORPARK UNIFIED SCHOOL DISTRICT; MUPU ELEMENTARY SCHOOL DISTRICT; OAK PARK UNIFIED SCHOOL DISTRICT; OCEAN VIEW SCHOOL DISTRICT; OJAI UNIFIED SCHOOL DISTRICT; OXNARD SCHOOL DISTRICT; OXNARD UNION HIGH SCHOOL DISTRICT; PLEASANT VALLEY SCHOOL DISTRICT; RIO ELEMENTARY SCHOOL DISTRICT; SANTA CLARA ELEMENTARY SCHOOL DISTRICT; SANTA PAULA UNIFIED SCHOOL DISTRICT; SIMI VALLEY UNIFIED SCHOOL DISTRICT; SOMIS UNION SCHOOL DISTRICT; VENTURA UNIFIED SCHOOL DISTRICT; DAVIS JOINT UNIFIED SCHOOL DISTRICT; ESPARTO UNIFIED SCHOOL DISTRICT; WASHINGTON UNIFIED SCHOOL DISTRICT; WINTERS JOINT UNIFIED SCHOOL DISTRICT; WOODLAND JOINT UNIFIED SCHOOL DISTRICT; CAMPTONVILLE ELEMENTARY SCHOOL DISTRICT; MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT; PLUMAS LAKE ELEMENTARY SCHOOL DISTRICT; WHEATLAND SCHOOL DISTRICT; WHEATLAND UNION**

**HIGH SCHOOL DISTRICT**, as public entities organized and existing pursuant to the laws of the State of California and doing business as public school districts

**ATTACHMENT TO SUMMONS**
**TO: (Defendants continued)**

**TONY THURMOND**, in his official capacity as State Superintendent of Public Education and Director of Education; **CALIFORNIA DEPARTMENT OF EDUCATION**; **STATE BOARD OF EDUCATION**; **SONIA Y. ANGELL**, in her official capacity as the State Public Health Officer and Department of Public Health Director; **CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; ALAMEDA COUNTY STUDENT EXCHANGE PROG.; ALAMEDA UNIFIED SCHOOL DISTRICT; ALBANY CITY UNIFIED SCHOOL DISTRICT; BERKELEY UNIFIED SCHOOL DISTRICT; CALIFORNIA SCHOOL FOR THE BLIND (STATE SPECIAL SCHOOL); CALIFORNIA SCHOOL FOR THE DEAF-FREMONT (STATE SPECIAL SCHOOL); CASTRO VALLEY UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, NORTHERN CALIFORNIA (STATE SPECIAL SCHOOL); DUBLIN UNIFIED SCHOOL DISTRICT; EMERY UNIFIED SCHOOL DISTRICT; FREMONT UNIFIED SCHOOL DISTRICT; HAYWARD UNIFIED SCHOOL DISTRICT; LIVERMORE VALLEY JOINT UNIFIED SCHOOL DISTRICT; MOUNTAIN HOUSE ELEMENTARY SCHOOL DISTRICT; NEW HAVEN UNIFIED SCHOOL DISTRICT; NEWARK UNIFIED SCHOOL DISTRICT; OAKLAND UNIFIED SCHOOL DISTRICT; PIEDMONT CITY UNIFIED SCHOOL DISTRICT; PLEASANTON UNIFIED SCHOOL DISTRICT; SAN LEANDRO UNIFIED SCHOOL DISTRICT; SAN LORENZO UNIFIED SCHOOL DISTRICT; SBE - LATITUDE 37.8 HIGH SCHOOL; SUNOL GLEN UNIFIED SCHOOL DISTRICT; ALPINE COUNTY UNIFIED SCHOOL DISTRICT; AMADOR; COUNTY UNIFIED SCHOOL DISTRICT; BANGOR UNION ELEMENTARY SCHOOL DISTRICT; BIGGS UNIFIED SCHOOL DISTRICT; CHICO UNIFIED SCHOOL DISTRICT; DURHAM UNIFIED SCHOOL DISTRICT; GOLDEN FEATHER UNION; ELEMENTARY SCHOOL DISTRICT; GRIDLEY UNIFIED SCHOOL DISTRICT; MANZANITA ELEMENTARY SCHOOL DISTRICT; OROVILLE CITY ELEMENTARY SCHOOL DISTRICT; OROVILLE UNION HIGH SCHOOL DISTRICT; PALERMO UNION ELEMENTARY SCHOOL DISTRICT; PARADISE UNIFIED SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; THERMALITO UNION ELEMENTARY SCHOOL DISTRICT; BRET HARTE UNION HIGH SCHOOL DISTRICT; CALAVERAS UNIFIED SCHOOL DISTRICT; MARK TWAIN UNION ELEMENTARY SCHOOL DISTRICT;**

**VALLECITO UNION SCHOOL DISTRICT; COLUSA UNIFIED SCHOOL DISTRICT; MAXWELL UNIFIED SCHOOL DISTRICT; PIERCE JOINT UNIFIED SCHOOL DISTRICT; WILLIAMS UNIFIED SCHOOL DISTRICT; ACALANES UNION HIGH SCHOOL DISTRICT; ANTIOCH UNIFIED SCHOOL DISTRICT; BRENTWOOD UNION ELEMENTARY SCHOOL DISTRICT; BYRON UNION ELEMENTARY SCHOOL DISTRICT; CANYON ELEMENTARY SCHOOL DISTRICT; CONTRA COSTA SELPA SCHOOL DISTRICT; JOHN SWETT UNIFIED SCHOOL DISTRICT; KNIGHTSEN ELEMENTARY SCHOOL DISTRICT; LAFAYETTE ELEMENTARY SCHOOL DISTRICT; LIBERTY UNION HIGH SCHOOL DISTRICT; MARTINEZ UNIFIED SCHOOL DISTRICT; MORAGA ELEMENTARY SCHOOL DISTRICT; MT. DIABLO UNIFIED SCHOOL DISTRICT; OAKLEY UNION ELEMENTARY SCHOOL DISTRICT; ORINDA UNION ELEMENTARY SCHOOL DISTRICT; PITTSBURG UNIFIED SCHOOL DISTRICT; SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT; SBE - JOHN HENRY HIGH SCHOOL DISTRICT; SBE - ROCKETSHIP FUTURO ACADEMY; WALNUT CREEK ELEMENTARY SCHOOL DISTRICT; WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT; DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; BLACK OAK MINE UNIFIED SCHOOL DISTRICT; BUCKEYE UNION ELEMENTARY SCHOOL DISTRICT; CAMINO UNION ELEMENTARY SCHOOL DISTRICT; EL DORADO UNION HIGH SCHOOL DISTRICT; GOLD OAK UNION ELEMENTARY SCHOOL DISTRICT; GOLD TRAIL UNION ELEMENTARY SCHOOL DISTRICT; INDIAN DIGGINGS ELEMENTARY SCHOOL DISTRICT; LAKE TAHOE UNIFIED SCHOOL DISTRICT; LATROBE SCHOOL DISTRICT SCHOOL DISTRICT; MOTHER LODE UNION ELEMENTARY SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; PLACERVILLE UNION ELEMENTARY SCHOOL DISTRICT; POLLOCK PINES ELEMENTARY SCHOOL DISTRICT; RESCUE UNION ELEMENTARY SCHOOL DISTRICT; SILVER FORK ELEMENTARY SCHOOL DISTRICT; ALVINA ELEMENTARY SCHOOL DISTRICT; BIG CREEK ELEMENTARY SCHOOL DISTRICT; BURREL UNION ELEMENTARY SCHOOL DISTRICT; CARUTHERS UNIFIED SCHOOL DISTRICT; CENTRAL UNIFIED SCHOOL DISTRICT; CLAY JOINT ELEMENTARY SCHOOL DISTRICT; CLOVIS UNIFIED SCHOOL DISTRICT; COALINGA-HURON UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, CENTRAL CALIFORNIA (STATE SPECIAL SCHOOL); FIREBAUGH-LAS DELTAS UNIFIED SCHOOL DISTRICT; FOWLER UNIFIED SCHOOL DISTRICT; FRESNO UNIFIED**

SCHOOL DISTRICT; GOLDEN PLAINS UNIFIED SCHOOL DISTRICT; KERMAN UNIFIED SCHOOL DISTRICT; KINGS CANYON JOINT UNIFIED SCHOOL DISTRICT; KINGSBURG ELEMENTARY CHARTER SCHOOL DISTRICT; KINGSBURG JOINT UNION HIGH SCHOOL DISTRICT; LATON JOINT UNIFIED SCHOOL DISTRICT; MENDOTA UNIFIED SCHOOL DISTRICT; MONROE ELEMENTARY SCHOOL DISTRICT; ORANGE CENTER SCHOOL DISTRICT; PACIFIC UNION ELEMENTARY SCHOOL DISTRICT; PARLIER UNIFIED SCHOOL DISTRICT; PINE RIDGE ELEMENTARY SCHOOL DISTRICT; RAISIN CITY ELEMENTARY SCHOOL DISTRICT; RIVERDALE JOINT UNIFIED SCHOOL DISTRICT; SANGER UNIFIED SCHOOL DISTRICT; SELMA UNIFIED SCHOOL DISTRICT; SIERRA UNIFIED SCHOOL DISTRICT; WASHINGTON COLONY ELEMENTARY SCHOOL DISTRICT; WASHINGTON UNIFIED SCHOOL DISTRICT; WEST PARK ELEMENTARY SCHOOL DISTRICT; WESTSIDE ELEMENTARY SCHOOL DISTRICT; CAPAY JOINT UNION ELEMENTARY SCHOOL DISTRICT; HAMILTON UNIFIED SCHOOL DISTRICT SCHOOL DISTRICT; LAKE ELEMENTARY SCHOOL DISTRICT; ORLAND JOINT UNIFIED SCHOOL DISTRICT; PLAZA ELEMENTARY SCHOOL DISTRICT; PRINCETON JOINT UNIFIED SCHOOL DISTRICT; STONY CREEK JOINT UNIFIED SCHOOL DISTRICT; WILLOWS UNIFIED SCHOOL DISTRICT; ARCATA ELEMENTARY SCHOOL DISTRICT; BIG LAGOON UNION ELEMENTARY SCHOOL DISTRICT; BLUE LAKE UNION ELEMENTARY SCHOOL DISTRICT; BRIDGEVILLE ELEMENTARY SCHOOL DISTRICT; CUDDEBACK UNION ELEMENTARY SCHOOL DISTRICT; CUTTEN ELEMENTARY SCHOOL DISTRICT; EUREKA CITY SCHOOLS SCHOOL DISTRICT; FERNDALE UNIFIED SCHOOL DISTRICT; FIELDBROOK ELEMENTARY SCHOOL DISTRICT; FORTUNA ELEMENTARY SCHOOL DISTRICT; FORTUNA UNION HIGH SCHOOL DISTRICT; FRESHWATER ELEMENTARY SCHOOL DISTRICT; GARFIELD ELEMENTARY SCHOOL DISTRICT; GREEN POINT ELEMENTARY SCHOOL DISTRICT; HYDESVILLE ELEMENTARY SCHOOL DISTRICT; JACOBY CREEK ELEMENTARY SCHOOL DISTRICT; KLAMATH-TRINITY JOINT UNIFIED SCHOOL DISTRICT; KNEELAND ELEMENTARY SCHOOL DISTRICT; LOLETA UNION ELEMENTARY SCHOOL DISTRICT; MAPLE CREEK ELEMENTARY SCHOOL DISTRICT; MATTOLE UNIFIED SCHOOL DISTRICT; MCKINLEYVILLE UNION ELEMENTARY SCHOOL DISTRICT; NORTHERN HUMBOLDT UNION HIGH SCHOOL DISTRICT; ORICK

ELEMENTARY SCHOOL DISTRICT; PACIFIC UNION ELEMENTARY SCHOOL DISTRICT; PENINSULA UNION SCHOOL DISTRICT; RIO DELL ELEMENTARY SCHOOL DISTRICT; SCOTIA UNION ELEMENTARY SCHOOL DISTRICT; SOUTH BAY UNION ELEMENTARY SCHOOL DISTRICT; SOUTHERN HUMBOLDT JOINT UNIFIED SCHOOL DISTRICT; TRINIDAD UNION ELEMENTARY SCHOOL DISTRICT; BRAWLEY ELEMENTARY SCHOOL DISTRICT; BRAWLEY UNION HIGH SCHOOL DISTRICT; CALEXICO UNIFIED SCHOOL DISTRICT; CALIPATRIA UNIFIED SCHOOL DISTRICT; CENTRAL UNION HIGH SCHOOL DISTRICT; EL CENTRO ELEMENTARY SCHOOL DISTRICT; HEBER ELEMENTARY SCHOOL DISTRICT; HOLTVILLE UNIFIED SCHOOL DISTRICT; IMPERIAL UNIFIED SCHOOL DISTRICT; MAGNOLIA UNION ELEMENTARY SCHOOL DISTRICT; MCCABE UNION ELEMENTARY SCHOOL DISTRICT; MEADOWS UNION ELEMENTARY SCHOOL DISTRICT; MULBERRY ELEMENTARY SCHOOL DISTRICT; SAN PASQUAL VALLEY UNIFIED SCHOOL DISTRICT; SEELEY UNION ELEMENTARY SCHOOL DISTRICT; WESTMORLAND UNION ELEMENTARY SCHOOL DISTRICT; BIG PINE UNIFIED SCHOOL DISTRICT; BISHOP UNIFIED SCHOOL DISTRICT; DEATH VALLEY UNIFIED SCHOOL DISTRICT; INYO COUNTY CAREER TECHNICAL EDUCATION; LONE PINE UNIFIED SCHOOL DISTRICT; OWENS VALLEY UNIFIED SCHOOL DISTRICT; ROUND VALLEY JOINT ELEMENTARY SCHOOL DISTRICT; ARVIN UNION SCHOOL DISTRICT; BAKERSFIELD CITY SCHOOL DISTRICT;  BEARDSLEY ELEMENTARY SCHOOL DISTRICT; BELRIDGE ELEMENTARY SCHOOL DISTRICT; BLAKE ELEMENTARY SCHOOL DISTRICT; BUTTONWILLOW UNION ELEMENTARY SCHOOL DISTRICT; CALIENTE UNION ELEMENTARY SCHOOL DISTRICT; DELANO JOINT UNION HIGH SCHOOL DISTRICT; DELANO UNION ELEMENTARY SCHOOL DISTRICT; DI GIORGIO ELEMENTARY SCHOOL DISTRICT; EDISON ELEMENTARY SCHOOL DISTRICT; EL TEJON UNIFIED SCHOOL DISTRICT; ELK HILLS ELEMENTARY SCHOOL DISTRICT; FAIRFAX ELEMENTARY SCHOOL DISTRICT; FRUITVALE ELEMENTARY SCHOOL DISTRICT; GENERAL SHAFTER ELEMENTARY SCHOOL DISTRICT; GREENFIELD UNION SCHOOL DISTRICT; KERN HIGH SCHOOL DISTRICT; KERNVILLE UNION ELEMENTARY SCHOOL DISTRICT; LAKESIDE UNION SCHOOL DISTRICT; LAMONT ELEMENTARY SCHOOL DISTRICT; LINNS VALLEY-POSO FLAT UNION SCHOOL DISTRICT; LOST HILLS

UNION ELEMENTARY SCHOOL DISTRICT; MAPLE ELEMENTARY
SCHOOL DISTRICT; MARICOPA UNIFIED SCHOOL DISTRICT;
MCFARLAND UNIFIED SCHOOL DISTRICT; MCKITTRICK
ELEMENTARY SCHOOL DISTRICT; MIDWAY ELEMENTARY
SCHOOL DISTRICT; MOJAVE UNIFIED SCHOOL DISTRICT; MUROC
JOINT UNIFIED SCHOOL DISTRICT; NORRIS ELEMENTARY
SCHOOL DISTRICT; PANAMA-BUENA VISTA UNION SCHOOL
DISTRICT; POND UNION ELEMENTARY SCHOOL DISTRICT; RAND
JOINT ELEMENTARY SCHOOL DISTRICT; RICHLAND UNION
ELEMENTARY SCHOOL DISTRICT; RIO BRAVO-GREELEY UNION
ELEMENTARY SCHOOL DISTRICT; ROSEDALE UNION
ELEMENTARY SCHOOL DISTRICT; SEMITROPIC ELEMENTARY
SCHOOL DISTRICT; SIERRA SANDS UNIFIED SCHOOL DISTRICT;
SOUTH FORK UNION SCHOOL DISTRICT; SOUTHERN KERN
UNIFIED SCHOOL DISTRICT; STANDARD ELEMENTARY SCHOOL
DISTRICT; TAFT CITY SCHOOL DISTRICT; TAFT UNION HIGH
SCHOOL DISTRICT; TEHACHAPI UNIFIED SCHOOL DISTRICT;
VINELAND ELEMENTARY SCHOOL DISTRICT; WASCO UNION
ELEMENTARY SCHOOL DISTRICT; WASCO UNION HIGH SCHOOL
DISTRICT; ARMONA UNION ELEMENTARY SCHOOL DISTRICT;
CENTRAL UNION ELEMENTARY SCHOOL DISTRICT; CORCORAN
JOINT UNIFIED SCHOOL DISTRICT; HANFORD ELEMENTARY
SCHOOL DISTRICT; HANFORD JOINT UNION HIGH SCHOOL
DISTRICT; ISLAND UNION ELEMENTARY SCHOOL DISTRICT;
KINGS RIVER-HARDWICK UNION ELEMENTARY SCHOOL
DISTRICT; KIT CARSON UNION ELEMENTARY SCHOOL DISTRICT;
LAKESIDE UNION ELEMENTARY SCHOOL DISTRICT; LEMOORE
UNION ELEMENTARY SCHOOL DISTRICT; LEMOORE UNION HIGH
SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL
DISTRICT; REEF-SUNSET UNIFIED SCHOOL DISTRICT;
KELSEYVILLE UNIFIED SCHOOL DISTRICT; KONOCTI UNIFIED
SCHOOL DISTRICT; LAKEPORT UNIFIED SCHOOL DISTRICT;
LUCERNE ELEMENTARY SCHOOL DISTRICT; MIDDLETOWN
UNIFIED SCHOOL DISTRICT; UPPER LAKE UNIFIED SCHOOL
DISTRICT; BIG VALLEY JOINT UNIFIED SCHOOL DISTRICT; FORT
SAGE UNIFIED SCHOOL DISTRICT; JANESVILLE UNION
ELEMENTARY SCHOOL DISTRICT; JOHNSTONVILLE ELEMENTARY
SCHOOL DISTRICT; LASSEN UNION HIGH SCHOOL DISTRICT;
RAVENDALE-TERMO ELEMENTARY SCHOOL DISTRICT;
RICHMOND ELEMENTARY SCHOOL DISTRICT; SHAFFER UNION

ELEMENTARY SCHOOL DISTRICT; SUSANVILLE ELEMENTARY SCHOOL DISTRICT; WESTWOOD UNIFIED SCHOOL DISTRICT; ABC UNIFIED SCHOOL DISTRICT; ACTON-AGUA DULCE UNIFIED SCHOOL DISTRICT; ALHAMBRA UNIFIED SCHOOL DISTRICT; ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; ARCADIA UNIFIED SCHOOL DISTRICT; AZUSA UNIFIED SCHOOL DISTRICT; BALDWIN PARK UNIFIED SCHOOL DISTRICT; BASSETT UNIFIED SCHOOL DISTRICT; BELLFLOWER UNIFIED SCHOOL DISTRICT; BEVERLY HILLS UNIFIED SCHOOL DISTRICT; BONITA UNIFIED SCHOOL DISTRICT; BURBANK UNIFIED SCHOOL DISTRICT; CASTAIC UNION SCHOOL DISTRICT; CENTINELA VALLEY UNION HIGH SCHOOL DISTRICT; CHARTER OAK UNIFIED SCHOOL DISTRICT; CLAREMONT UNIFIED SCHOOL DISTRICT; COMPTON UNIFIED SCHOOL DISTRICT; COVINA-VALLEY UNIFIED SCHOOL DISTRICT; CULVER CITY UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, SOUTHERN CALIFORNIA (STATE SPECIAL SCHOOL); DOWNEY UNIFIED SCHOOL DISTRICT; DUARTE UNIFIED SCHOOL DISTRICT; EAST WHITTIER CITY ELEMENTARY SCHOOL DISTRICT; EASTSIDE UNION ELEMENTARY SCHOOL DISTRICT; EL MONTE CITY SCHOOL DISTRICT; EL MONTE UNION HIGH SCHOOL DISTRICT; EL RANCHO UNIFIED SCHOOL DISTRICT; EL SEGUNDO UNIFIED SCHOOL DISTRICT; GARVEY ELEMENTARY SCHOOL DISTRICT; GLENDALE UNIFIED SCHOOL DISTRICT; GLENDORA UNIFIED SCHOOL DISTRICT; GORMAN JOINT SCHOOL DISTRICT HACIENDA LA PUENTE UNIFIED SCHOOL DISTRICT; HAWTHORNE SCHOOL DISTRICT; HERMOSA BEACH CITY ELEMENTARY SCHOOL DISTRICT; HUGHES-ELIZABETH LAKES UNION ELEMENTARY SCHOOL DISTRICT; INGLEWOOD UNIFIED SCHOOL DISTRICT; KEPPEL UNION ELEMENTARY SCHOOL DISTRICT; LA CANADA UNIFIED SCHOOL DISTRICT; LANCASTER ELEMENTARY SCHOOL DISTRICT; LAS VIRGENES UNIFIED SCHOOL DISTRICT; LAWNDALE ELEMENTARY SCHOOL DISTRICT; LENNOX SCHOOL DISTRICT; LITTLE LAKE CITY ELEMENTARY SCHOOL DISTRICT; LONG BEACH UNIFIED SCHOOL DISTRICT; LOS ANGELES COUNTY OFFICE OF EDUCATION; LOS ANGELES UNIFIED SCHOOL DISTRICT; LOS NIETOS SCHOOL DISTRICT; LOWELL JOINT SCHOOL DISTRICT; LYNWOOD UNIFIED SCHOOL DISTRICT; MANHATTAN BEACH UNIFIED SCHOOL DISTRICT ; MONROVIA UNIFIED SCHOOL DISTRICT; MONTEBELLO UNIFIED SCHOOL DISTRICT; MOUNTAIN VIEW ELEMENTARY SCHOOL DISTRICT;

NEWHALL SCHOOL DISTRICT; NORWALK-LA MIRADA UNIFIED
SCHOOL DISTRICT; PALMDALE ELEMENTARY SCHOOL DISTRICT;
PALOS VERDES PENINSULA UNIFIED SCHOOL DISTRICT;
PARAMOUNT UNIFIED SCHOOL DISTRICT; PASADENA UNIFIED
SCHOOL DISTRICT; POMONA UNIFIED SCHOOL DISTRICT;
REDONDO BEACH UNIFIED SCHOOL DISTRICT; ROSEMEAD
ELEMENTARY SCHOOL DISTRICT; ROWLAND UNIFIED SCHOOL
DISTRICT; SAN GABRIEL UNIFIED SCHOOL DISTRICT; SAN
MARINO UNIFIED SCHOOL DISTRICT; SANTA MONICA-MALIBU
UNIFIED SCHOOL DISTRICT; SAUGUS UNION SCHOOL DISTRICT;
SBE - ACADEMIA AVANCE CHARTER; SBE - CELERITY HIMALIA;
SBE - LOS ANGELES COLLEGE PREP ACADEMY; SBE - NEW WEST
CHARTER; SBE - PREPA TEC LOS ANGELES HIGH; SBE - THE
SCHOOL OF ARTS AND ENTERPRISE; SOUTH PASADENA UNIFIED
SCHOOL DISTRICT; SOUTH WHITTIER ELEMENTARY SCHOOL
DISTRICT; SULPHUR SPRINGS UNION SCHOOL DISTRICT; TEMPLE
CITY UNIFIED SCHOOL DISTRICT; TORRANCE UNIFIED SCHOOL
DISTRICT; VALLE LINDO ELEMENTARY SCHOOL DISTRICT;
WALNUT VALLEY UNIFIED SCHOOL DISTRICT; WEST COVINA
UNIFIED SCHOOL DISTRICT; WESTSIDE UNION ELEMENTARY
SCHOOL DISTRICT; WHITTIER CITY ELEMENTARY SCHOOL
DISTRICT; WHITTIER UNION HIGH SCHOOL DISTRICT; WILLIAM S.
HART UNION HIGH SCHOOL DISTRICT; WILSONA ELEMENTARY
SCHOOL DISTRICT; WISEBURN UNIFIED SCHOOL DISTRICT;
ALVIEW-DAIRYLAND UNION ELEMENTARY SCHOOL DISTRICT;
BASS LAKE JOINT UNION ELEMENTARY SCHOOL DISTRICT;
CHAWANAKEE UNIFIED SCHOOL DISTRICT; CHOWCHILLA
ELEMENTARY SCHOOL DISTRICT; CHOWCHILLA UNION HIGH
SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT;
MADERA UNIFIED SCHOOL DISTRICT; RAYMOND-KNOWLES
UNION ELEMENTARY SCHOOL DISTRICT; YOSEMITE UNIFIED
SCHOOL DISTRICT; BOLINAS-STINSON UNION SCHOOL DISTRICT;
KENTFIELD ELEMENTARY SCHOOL DISTRICT; LAGUNA JOINT
ELEMENTARY SCHOOL DISTRICT; LAGUNITAS ELEMENTARY
SCHOOL DISTRICT; LARKSPUR-CORTE MADERA SCHOOL
DISTRICT; LINCOLN ELEMENTARY SCHOOL DISTRICT; MILL
VALLEY ELEMENTARY SCHOOL DISTRICT; MILLER CREEK
ELEMENTARY SCHOOL DISTRICT; NICASIO SCHOOL DISTRICT;
NOVATO UNIFIED SCHOOL DISTRICT; REED UNION ELEMENTARY
SCHOOL DISTRICT; ROSS ELEMENTARY SCHOOL DISTRICT; ROSS

VALLEY ELEMENTARY SCHOOL DISTRICT; SAN RAFAEL CITY
ELEMENTARY SCHOOL DISTRICT; SAN RAFAEL CITY HIGH
SCHOOL DISTRICT; SAUSALITO MARIN CITY SCHOOL DISTRICT;
SBE - ROSS VALLEY ELEMENTARY SCHOOL DISTRICT; SHORELINE
UNIFIED SCHOOL DISTRICT; TAMALPAIS UNION HIGH SCHOOL
DISTRICT; MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT;
ANDERSON VALLEY UNIFIED SCHOOL DISTRICT; ARENA UNION
ELEMENTARY SCHOOL DISTRICT; ARENA UNION
ELEMENTARY/POINT ARENA JOINT UNION HIGH SCHOOL
DISTRICT; FORT BRAGG UNIFIED SCHOOL DISTRICT;
LAYTONVILLE UNIFIED SCHOOL DISTRICT; LEGGETT VALLEY
UNIFIED SCHOOL DISTRICT; MANCHESTER UNION ELEMENTARY
SCHOOL DISTRICT; MENDOCINO UNIFIED SCHOOL DISTRICT;
POINT ARENA JOINT UNION HIGH SCHOOL DISTRICT;
POTTERVALLEY COMMUNITY UNIFIED SCHOOL DISTRICT;
ROUND VALLEY UNIFIED SCHOOL DISTRICT; UKIAH UNIFIED
SCHOOL DISTRICT; WILLITS UNIFIED SCHOOL DISTRICT;
ATWATER ELEMENTARY SCHOOL DISTRICT; BALLICO-CRESSEY
ELEMENTARY SCHOOL DISTRICT SCHOOL DISTRICT; DELHI
UNIFIED SCHOOL DISTRICT;  DOS PALOS ORO LOMA JOINT
UNIFIED SCHOOL DISTRICT; EL NIDO ELEMENTARY SCHOOL
DISTRICT;  GUSTINE UNIFIED SCHOOL DISTRICT; HILMAR
UNIFIED SCHOOL DISTRICT; LE GRAND UNION ELEMENTARY
SCHOOL DISTRICT; LE GRAND UNION HIGH SCHOOL DISTRICT;
LIVINGSTON UNION SCHOOL DISTRICT; LOS BANOS UNIFIED
SCHOOL DISTRICT; MCSWAIN UNION ELEMENTARY SCHOOL
DISTRICT; MERCED CITY ELEMENTARY SCHOOL DISTRICT;
MERCED RIVER UNION ELEMENTARY SCHOOL DISTRICT;
MERCED UNION HIGH SCHOOL DISTRICT; PLAINSBURG UNION
ELEMENTARY SCHOOL DISTRICT; PLANADA ELEMENTARY
SCHOOL DISTRICT; SNELLING-MERCED FALLS UNION
ELEMENTARY SCHOOL DISTRICT; WEAVER UNION SCHOOL
DISTRICT; WINTON SCHOOL DISTRICT; MODOC JOINT UNIFIED
SCHOOL DISTRICT; SURPRISE VALLEY JOINT UNIFIED SCHOOL
DISTRICT; TULELAKE BASIN JOINT UNIFIED SCHOOL DISTRICT;
EASTERN SIERRA UNIFIED SCHOOL DISTRICT; MAMMOTH
UNIFIED SCHOOL DISTRICT; ALISAL UNION SCHOOL DISTRICT;
BIG SUR UNIFIED SCHOOL DISTRICT; BRADLEY UNION
ELEMENTARY SCHOOL DISTRICT; CARMEL UNIFIED SCHOOL
DISTRICT; CHUALAR UNION SCHOOL DISTRICT; GONZALES

UNIFIED SCHOOL DISTRICT; GRAVES ELEMENTARY SCHOOL DISTRICT; GREENFIELD UNION ELEMENTARY SCHOOL DISTRICT; KING CITY UNION SCHOOL DISTRICT; LAGUNITA ELEMENTARY SCHOOL DISTRICT; MISSION UNION ELEMENTARY SCHOOL DISTRICT; MONTEREY PENINSULA UNIFIED SCHOOL DISTRICT; NORTH MONTEREY COUNTY UNIFIED SCHOOL DISTRICT; PACIFIC GROVE UNIFIED SCHOOL DISTRICT; SALINAS CITY ELEMENTARY SCHOOL DISTRICT; SALINAS UNION HIGH SCHOOL DISTRICT; SAN ANTONIO UNION ELEMENTARY SCHOOL DISTRICT; SAN ARDO UNION ELEMENTARY SCHOOL DISTRICT; SAN LUCAS UNION ELEMENTARY SCHOOL DISTRICT; SANTA RITA UNION ELEMENTARY SCHOOL DISTRICT; SOLEDAD UNIFIED SCHOOL DISTRICT; SOUTH MONTEREY COUNTY JOINT UNION HIGH SCHOOL DISTRICT; SPRECKELS UNION ELEMENTARY SCHOOL DISTRICT; WASHINGTON UNION ELEMENTARY SCHOOL DISTRICT; CALISTOGA JOINT UNIFIED SCHOOL DISTRICT; HOWELL MOUNTAIN ELEMENTARY SCHOOL DISTRICT; NAPA VALLEY UNIFIED SCHOOL DISTRICT; POPE VALLEY UNION ELEMENTARY SCHOOL DISTRICT; SAINT HELENA UNIFIED SCHOOL DISTRICT; CHICAGO PARK ELEMENTARY SCHOOL DISTRICT; CLEAR CREEK ELEMENTARY SCHOOL DISTRICT; GRASS VALLEY ELEMENTARY SCHOOL DISTRICT; NEVADA CITY ELEMENTARY SCHOOL DISTRICT; ;NEVADA JOINT UNION HIGH SCHOOL DISTRICT; PENN VALLEY UNION ELEMENTARY SCHOOL DISTRICT; PLEASANT RIDGE UNION ELEMENTARY SCHOOL DISTRICT; TWIN RIDGES ELEMENTARY SCHOOL DISTRICT; UNION HILL ELEMENTARY SCHOOL DISTRICT; ANAHEIM ELEMENTARY SCHOOL DISTRICT; ANAHEIM UNION HIGH SCHOOL DISTRICT; BREA-OLINDA UNIFIED SCHOOL DISTRICT; BUENA PARK ELEMENTARY SCHOOL DISTRICT; CAPISTRANO UNIFIED SCHOOL DISTRICT; CENTRAL ORANGE COUNTY CTE PARTNERSHIP; CENTRALIA ELEMENTARY SCHOOL DISTRICT; COLLEGE AND CAREER ADVANTAGE; CYPRESS ELEMENTARY SCHOOL DISTRICT; FOUNTAIN VALLEY ELEMENTARY SCHOOL DISTRICT; FULLERTON ELEMENTARY SCHOOL DISTRICT; FULLERTON JOINT UNION HIGH SCHOOL DISTRICT; GARDEN GROVE UNIFIED SCHOOL DISTRICT; HUNTINGTON BEACH CITY ELEMENTARY SCHOOL DISTRICT; HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT; IRVINE UNIFIED SCHOOL DISTRICT; LA HABRA CITY ELEMENTARY SCHOOL DISTRICT; LAGUNA BEACH UNIFIED

SCHOOL DISTRICT; LOS ALAMITOS UNIFIED SCHOOL DISTRICT; MAGNOLIA ELEMENTARY SCHOOL DISTRICT; NEWPORT-MESA UNIFIED SCHOOL DISTRICT; OCEAN VIEW SCHOOL DISTRICT; ORANGE UNIFIED SCHOOL DISTRICT; PLACENTIA-YORBA LINDA UNIFIED SCHOOL DISTRICT; SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; SANTA ANA UNIFIED SCHOOL DISTRICT; SAVANNA ELEMENTARY SCHOOL DISTRICT; SBE - MAGNOLIA SCIENCE ACADEMY SANTA ANA; TUSTIN UNIFIED SCHOOL DISTRICT; WESTMINSTER SCHOOL DISTRICT; OUT-OF-STATE, NON-PUBLIC, NON-SECTARIAN SCHOOLS; ACKERMAN CHARTER SCHOOL DISTRICT; ALTA-DUTCH FLAT UNION ELEMENTARY SCHOOL DISTRICT; AUBURN UNION ELEMENTARY SCHOOL DISTRICT; COLFAX ELEMENTARY SCHOOL DISTRICT; DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; EUREKA UNION SCHOOL DISTRICT; FORESTHILL UNION ELEMENTARY SCHOOL DISTRICT; LOOMIS UNION ELEMENTARY SCHOOL DISTRICT; NEWCASTLE ELEMENTARY SCHOOL DISTRICT; PLACER HILLS UNION ELEMENTARY SCHOOL DISTRICT; PLACER UNION HIGH SCHOOL DISTRICT; ROCKLIN UNIFIED SCHOOL DISTRICT; ROSEVILLE CITY ELEMENTARY SCHOOL DISTRICT; ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT; TAHOE-TRUCKEE UNIFIED SCHOOL DISTRICT; WESTERN PLACER UNIFIED SCHOOL DISTRICT; PLUMAS UNIFIED SCHOOL DISTRICT; ALVORD UNIFIED SCHOOL DISTRICT; BANNING UNIFIED SCHOOL DISTRICT; BEAUMONT UNIFIED SCHOOL DISTRICT; CALIFORNIA SCHOOL FOR THE DEAF-RIVERSIDE (STATE SPECIAL SCHOOL); COACHELLA VALLEY UNIFIED SCHOOL DISTRICT; CORONA-NORCO UNIFIED SCHOOL DISTRICT; DESERT CENTER UNIFIED SCHOOL DISTRICT; DESERT SANDS UNIFIED SCHOOL DISTRICT; HEMET UNIFIED SCHOOL DISTRICT; JURUPA UNIFIED SCHOOL DISTRICT; LAKE ELSINORE UNIFIED SCHOOL DISTRICT; MENIFEE UNION ELEMENTARY SCHOOL DISTRICT; MORENO VALLEY UNIFIED SCHOOL DISTRICT; MURRIETA VALLEY UNIFIED SCHOOL DISTRICT; NUVIEW UNION SCHOOL DISTRICT; PALM SPRINGS UNIFIED SCHOOL DISTRICT; PALO VERDE UNIFIED SCHOOL DISTRICT; PERRIS ELEMENTARY SCHOOL DISTRICT; PERRIS UNION HIGH SCHOOL DISTRICT; RIVERSIDE UNIFIED SCHOOL DISTRICT; ROMOLAND ELEMENTARY SCHOOL DISTRICT; SAN JACINTO UNIFIED SCHOOL DISTRICT; TEMECULA VALLEY UNIFIED SCHOOL DISTRICT; VAL VERDE UNIFIED SCHOOL DISTRICT; ARCOHE UNION

**ELEMENTARY SCHOOL DISTRICT; CENTER JOINT UNIFIED SCHOOL DISTRICT; ELK GROVE UNIFIED SCHOOL DISTRICT; ELVERTA JOINT ELEMENTARY SCHOOL DISTRICT; FOLSOM-CORDOVA UNIFIED SCHOOL DISTRICT; GALT JOINT UNION ELEMENTARY SCHOOL DISTRICT; GALT JOINT UNION HIGH SCHOOL DISTRICT; NATOMAS UNIFIED SCHOOL DISTRICT;  RIVER DELTA JOINT UNIFIED SCHOOL DISTRICT; ROBLA ELEMENTARY SCHOOL DISTRICT; SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; SAN JUAN UNIFIED SCHOOL DISTRICT; TWIN RIVERS UNIFIED SCHOOL DISTRICT; AROMAS - SAN JUAN UNIFIED SCHOOL DISTRICT; BITTERWATER-TULLY ELEMENTARY SCHOOL DISTRICT; CIENEGA UNION ELEMENTARY SCHOOL DISTRICT; HOLLISTER SCHOOL DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT; NORTH COUNTY JOINT UNION ELEMENTARY SCHOOL DISTRICT; PANOCHE ELEMENTARY SCHOOL DISTRICT; SAN BENITO HIGH SCHOOL DISTRICT; SOUTHSIDE ELEMENTARY SCHOOL DISTRICT; TRES PINOS UNION ELEMENTARY SCHOOL DISTRICT; WILLOW GROVE UNION ELEMENTARY SCHOOL DISTRICT; ADELANTO ELEMENTARY SCHOOL DISTRICT; ALTA LOMA ELEMENTARY SCHOOL DISTRICT; APPLE VALLEY UNIFIED SCHOOL DISTRICT; BAKER VALLEY UNIFIED SCHOOL DISTRICT; BARSTOW UNIFIED SCHOOL DISTRICT; BEAR VALLEY UNIFIED SCHOOL DISTRICT; CENTRAL ELEMENTARY SCHOOL DISTRICT; CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT; CHINO VALLEY UNIFIED SCHOOL DISTRICT; COLTON JOINT UNIFIED SCHOOL DISTRICT; CUCAMONGA ELEMENTARY SCHOOL DISTRICT; ETIWANDA ELEMENTARY SCHOOL DISTRICT; FONTANA UNIFIED SCHOOL DISTRICT; HELENDALE ELEMENTARY SCHOOL DISTRICT; HESPERIA UNIFIED SCHOOL DISTRICT; LUCERNE VALLEY UNIFIED SCHOOL DISTRICT; MORONGO UNIFIED SCHOOL DISTRICT; MOUNTAIN VIEW ELEMENTARY SCHOOL DISTRICT; MT. BALDY JOINT ELEMENTARY SCHOOL DISTRICT; NEEDLES UNIFIED SCHOOL DISTRICT; ONTARIO-MONTCLAIR SCHOOL DISTRICT; ORO GRANDE SCHOOL DISTRICT; REDLANDS UNIFIED SCHOOL DISTRICT; RIALTO UNIFIED SCHOOL DISTRICT; RIM OF THE WORLD UNIFIED SCHOOL DISTRICT; SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT; SILVER VALLEY UNIFIED SCHOOL DISTRICT; SNOWLINE JOINT UNIFIED SCHOOL DISTRICT; TRONA JOINT UNIFIED SCHOOL DISTRICT; UPLAND UNIFIED SCHOOL DISTRICT; VICTOR ELEMENTARY SCHOOL DISTRICT; VICTOR**

VALLEY UNION HIGH SCHOOL DISTRICT; YUCAIPA CALIMESA JOINT UNIFIED SCHOOL DISTRICT; ALPINE UNION ELEMENTARY SCHOOL DISTRICT; BONSALL UNIFIED SCHOOL DISTRICT; BORREGO SPRINGS UNIFIED SCHOOL DISTRICT; CAJON VALLEY UNION SCHOOL DISTRICT; CARDIFF ELEMENTARY SCHOOL DISTRICT; CARLSBAD UNIFIED SCHOOL DISTRICT; CHULA VISTA ELEMENTARY SCHOOL DISTRICT; CORONADO UNIFIED SCHOOL DISTRICT; DEHESA ELEMENTARY SCHOOL DISTRICT; DEL MAR UNION ELEMENTARY SCHOOL DISTRICT; ENCINITAS UNION ELEMENTARY SCHOOL DISTRICT; ESCONDIDO UNION SCHOOL DISTRICT; ESCONDIDO UNION HIGH SCHOOL DISTRICT; FALLBROOK UNION ELEMENTARY SCHOOL DISTRICT; FALLBROOK UNION HIGH SCHOOL DISTRICT; GROSSMONT UNION HIGH SCHOOL DISTRICT; JAMUL-DULZURA UNION ELEMENTARY SCHOOL DISTRICT; JULIAN UNION ELEMENTARY SCHOOL DISTRICT; JULIAN UNION HIGH SCHOOL DISTRICT; LA MESA-SPRING VALLEY SCHOOL DISTRICT; LAKESIDE UNION ELEMENTARY SCHOOL DISTRICT; LEMON GROVE SCHOOL DISTRICT; MOUNTAIN EMPIRE UNIFIED SCHOOL DISTRICT; NATIONAL ELEMENTARY SCHOOL DISTRICT; OCEANSIDE UNIFIED SCHOOL DISTRICT; POWAY UNIFIED SCHOOL DISTRICT; RAMONA CITY UNIFIED SCHOOL DISTRICT; RANCHO SANTA FE ELEMENTARY SCHOOL DISTRICT; SAN DIEGO UNIFIED SCHOOL DISTRICT; SAN DIEGUITO UNION HIGH SCHOOL DISTRICT; SAN MARCOS UNIFIED SCHOOL DISTRICT; SAN PASQUAL UNION ELEMENTARY SCHOOL DISTRICT; SAN YSIDRO ELEMENTARY SCHOOL DISTRICT; SANTEE SCHOOL DISTRICT; SBC - HIGH TECH HIGH SCHOOL DISTRICT; SBE - AUDEO CHARTER II SCHOOL DISTRICT; SBE - BAYPOINT PREPARATORY ACADEMY SAN DIEGO; SBE - COLLEGE PREPARATORY MIDDLE; SBE - GROSSMONT SECONDARY; SBE - SWEETWATER SECONDARY; SBE - VISTA SPRINGS CHARTER; SOLANA BEACH ELEMENTARY SCHOOL DISTRICT; SOUTH BAY UNION SCHOOL DISTRICT; SPENCER VALLEY ELEMENTARY SCHOOL DISTRICT; SWEETWATER UNION HIGH SCHOOL DISTRICT; VALLECITOS ELEMENTARY SCHOOL DISTRICT; VALLEY CENTER-PAUMA UNIFIED SCHOOL DISTRICT; VISTA UNIFIED SCHOOL DISTRICT; WARNER UNIFIED SCHOOL DISTRICT; SAN FRANCISCO UNIFIED SCHOOL DISTRICT; ;SBE - KIPP BAYVIEW ELEMENTARY SCHOOL DISTRICT; SBE - THE NEW SCHOOL OF SAN FRANCISCO SCHOOL DISTRICT; BANTA

ELEMENTARY SCHOOL DISTRICT; ESCALON UNIFIED SCHOOL DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT; LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT; LINCOLN UNIFIED SCHOOL DISTRICT; LINDEN UNIFIED SCHOOL DISTRICT; LODI UNIFIED SCHOOL DISTRICT; MANTECA UNIFIED SCHOOL DISTRICT; NEW HOPE ELEMENTARY SCHOOL DISTRICT; NEW JERUSALEM ELEMENTARY SCHOOL DISTRICT; OAK VIEW UNION ELEMENTARY SCHOOL DISTRICT; RIPON UNIFIED SCHOOL DISTRICT; STOCKTON UNIFIED SCHOOL DISTRICT; TRACY JOINT UNIFIED SCHOOL DISTRICT; ATASCADERO UNIFIED SCHOOL DISTRICT; CAYUCOS ELEMENTARY SCHOOL DISTRICT; COAST UNIFIED SCHOOL DISTRICT; LUCIA MAR UNIFIED SCHOOL DISTRICT; PASO ROBLES JOINT UNIFIED SCHOOL DISTRICT; PLEASANT VALLEY JOINT UNION ELEMENTARY SCHOOL DISTRICT; SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT; SAN MIGUEL JOINT UNION SCHOOL DISTRICT; SHANDON JOINT UNIFIED SCHOOL DISTRICT; TEMPLETON UNIFIED SCHOOL DISTRICT; BAYSHORE ELEMENTARY SCHOOL DISTRICT; BELMONT-REDWOOD SHORES ELEMENTARY SCHOOL DISTRICT; BRISBANE ELEMENTARY SCHOOL DISTRICT; BURLINGAME ELEMENTARY SCHOOL DISTRICT; CABRILLO UNIFIED SCHOOL DISTRICT; HILLSBOROUGH CITY ELEMENTARY SCHOOL DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT; JEFFERSON UNION HIGH SCHOOL DISTRICT; LA HONDA-PESCADERO UNIFIED SCHOOL DISTRICT; LAS LOMITAS ELEMENTARY SCHOOL DISTRICT; MENLO PARK CITY ELEMENTARY SCHOOL DISTRICT; MILLBRAE ELEMENTARY SCHOOL DISTRICT; PACIFICA SCHOOL DISTRICT; PORTOLA VALLEY ELEMENTARY SCHOOL DISTRICT; RAVENSWOOD CITY ELEMENTARY SCHOOL DISTRICT; REDWOOD CITY ELEMENTARY SCHOOL DISTRICT; SAN BRUNO PARK ELEMENTARY SCHOOL DISTRICT; SAN CARLOS ELEMENTARY SCHOOL DISTRICT; SAN MATEO UNION HIGH SCHOOL DISTRICT; SAN MATEO-FOSTER CITY SCHOOL DISTRICT; SEQUOIA UNION HIGH SCHOOL DISTRICT; SOUTH SAN FRANCISCO UNIFIED SCHOOL DISTRICT; WOODSIDE ELEMENTARY SCHOOL DISTRICT; BALLARD ELEMENTARY SCHOOL DISTRICT; BLOCHMAN UNION ELEMENTARY SCHOOL DISTRICT; BUELLTON UNION ELEMENTARY SCHOOL DISTRICT; CARPINTERIA UNIFIED SCHOOL DISTRICT; COLD SPRING ELEMENTARY SCHOOL DISTRICT;

COLLEGE ELEMENTARY SCHOOL DISTRICT; CUYAMA JOINT
UNIFIED SCHOOL DISTRICT; GOLETA UNION ELEMENTARY
SCHOOL DISTRICT; GUADALUPE UNION ELEMENTARY SCHOOL
DISTRICT; HOPE ELEMENTARY SCHOOL DISTRICT; LOMPOC
UNIFIED SCHOOL DISTRICT; LOS OLIVOS ELEMENTARY SCHOOL
DISTRICT; MONTECITO UNION ELEMENTARY SCHOOL DISTRICT;
ORCUTT UNION ELEMENTARY SCHOOL DISTRICT; SANTA
BARBARA UNIFIED SCHOOL DISTRICT; SANTA MARIA JOINT
UNION HIGH SCHOOL DISTRICT; SANTA MARIA-BONITA SCHOOL
DISTRICT; SANTA YNEZ VALLEY UNION HIGH SCHOOL DISTRICT;
SBE - OLIVE GROVE CHARTER – BUELLTON; SBE - OLIVE GROVE
CHARTER – LOMPOC; SBE - OLIVE GROVE CHARTER -
ORCUTT/SANTA MARIA; SBE - OLIVE GROVE CHARTER - SANTA
BARBARA; SOLVANG ELEMENTARY SCHOOL DISTRICT; VISTA
DEL MAR UNION SCHOOL DISTRICT; ALUM ROCK UNION
ELEMENTARY SCHOOL DISTRICT; BERRYESSA UNION
ELEMENTARY SCHOOL DISTRICT; CAMBRIAN SCHOOL DISTRICT;
CAMPBELL UNION SCHOOL DISTRICT; CAMPBELL UNION HIGH
SCHOOL DISTRICT; CUPERTINO UNION SCHOOL DISTRICT; EAST
SIDE UNION HIGH SCHOOL DISTRICT; EVERGREEN ELEMENTARY
SCHOOL DISTRICT; FRANKLIN-MCKINLEY ELEMENTARY SCHOOL
DISTRICT; FREMONT UNION HIGH SCHOOL DISTRICT; GILROY
UNIFIED SCHOOL DISTRICT; LAKESIDE JOINT SCHOOL DISTRICT;
LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT;
LOS ALTOS ELEMENTARY SCHOOL DISTRICT; LOS GATOS UNION
ELEMENTARY SCHOOL DISTRICT; LOS GATOS-SARATOGA UNION
HIGH SCHOOL DISTRICT; LUTHER BURBANK SCHOOL DISTRICT;
METRO EDUCATION SCHOOL DISTRICT; METROPOLITAN
EDUCATION SCHOOL DISTRICT; MILPITAS UNIFIED SCHOOL
DISTRICT; MORELAND SCHOOL DISTRICT; MORGAN HILL
UNIFIED SCHOOL DISTRICT; MOUNT PLEASANT ELEMENTARY
SCHOOL DISTRICT; MOUNTAIN VIEW WHISMAN SCHOOL
DISTRICT; MOUNTAIN VIEW-LOS ALTOS UNION HIGH SCHOOL
DISTRICT; OAK GROVE ELEMENTARY SCHOOL DISTRICT;
ORCHARD ELEMENTARY SCHOOL DISTRICT; PALO ALTO UNIFIED
SCHOOL DISTRICT; SAN JOSE UNIFIED SCHOOL DISTRICT; SANTA
CLARA UNIFIED SCHOOL DISTRICT; SARATOGA UNION
ELEMENTARY SCHOOL DISTRICT; SBE - KIPP NAVIGATE COLLEGE
PREP; SBE - PERSEVERANCE PREPARATORY; SUNNYVALE SCHOOL
DISTRICT; UNION ELEMENTARY SCHOOL DISTRICT; BONNY DOON

UNION ELEMENTARY SCHOOL DISTRICT; HAPPY VALLEY
ELEMENTARY SCHOOL DISTRICT; LIVE OAK ELEMENTARY
SCHOOL DISTRICT; MOUNTAIN ELEMENTARY SCHOOL DISTRICT;
NORTH SANTA CRUZ COUNTY SELPA SCHOOL DISTRICT; PACIFIC
ELEMENTARY SCHOOL DISTRICT; PAJARO VALLEY UNIFIED
SCHOOL DISTRICT; SAN LORENZO VALLEY UNIFIED SCHOOL
DISTRICT; SANTA CRUZ CITY ELEMENTARY SCHOOL DISTRICT;
SANTA CRUZ CITY ELEMENTARY/HIGH SCHOOL DISTRICT; SANTA
CRUZ CITY HIGH SCHOOL DISTRICT; SBE - WATSONVILLE PREP
SCHOOL DISTRICT; SCOTTS VALLEY UNIFIED SCHOOL DISTRICT;
SOQUEL UNION ELEMENTARY SCHOOL DISTRICT; ANDERSON
UNION HIGH SCHOOL DISTRICT; BELLA VISTA ELEMENTARY
SCHOOL DISTRICT; BLACK BUTTE UNION ELEMENTARY SCHOOL
DISTRICT; CASCADE UNION ELEMENTARY SCHOOL DISTRICT;
CASTLE ROCK UNION ELEMENTARY SCHOOL DISTRICT;
COLUMBIA ELEMENTARY SCHOOL DISTRICT; COTTONWOOD
UNION ELEMENTARY SCHOOL DISTRICT;  ENTERPRISE
ELEMENTARY SCHOOL DISTRICT; FALL RIVER JOINT UNIFIED
SCHOOL DISTRICT; FRENCH GULCH-WHISKEYTOWN
ELEMENTARY SCHOOL DISTRICT; GATEWAY UNIFIED SCHOOL
DISTRICT; GRANT ELEMENTARY SCHOOL DISTRICT; HAPPY
VALLEY UNION ELEMENTARY SCHOOL DISTRICT; IGO, ONO,
PLATINA UNION ELEMENTARY SCHOOL DISTRICT; INDIAN
SPRINGS ELEMENTARY SCHOOL DISTRICT; JUNCTION
ELEMENTARY SCHOOL DISTRICT; MILLVILLE ELEMENTARY
SCHOOL DISTRICT; MOUNTAIN UNION ELEMENTARY SCHOOL
DISTRICT; MOUNTAIN VALLEY SPECIAL EDUCATION JPA; NORTH
COW CREEK ELEMENTARY SCHOOL DISTRICT; OAK RUN
ELEMENTARY SCHOOL DISTRICT; PACHECO UNION ELEMENTARY
SCHOOL DISTRICT; REDDING ELEMENTARY SCHOOL DISTRICT;
SHASTA UNION ELEMENTARY SCHOOL DISTRICT; SHASTA UNION
HIGH SCHOOL DISTRICT; WHITMORE UNION ELEMENTARY
SCHOOL DISTRICT; SIERRA-PLUMAS JOINT UNIFIED SCHOOL
DISTRICT; WILLIAM (R) ROUSE ROP SCHOOL DISTRICT; BIG
SPRINGS UNION ELEMENTARY SCHOOL DISTRICT; BOGUS
ELEMENTARY SCHOOL DISTRICT; BUTTE VALLEY UNIFIED
SCHOOL DISTRICT; BUTTEVILLE UNION ELEMENTARY SCHOOL
DISTRICT; DELPHIC ELEMENTARY SCHOOL DISTRICT; DUNSMUIR
ELEMENTARY SCHOOL DISTRICT; DUNSMUIR JOINT UNION HIGH
SCHOOL DISTRICT; FORKS OF SALMON ELEMENTARY SCHOOL

DISTRICT; GAZELLE UNION ELEMENTARY SCHOOL DISTRICT; GRENADA ELEMENTARY SCHOOL DISTRICT; HAPPY CAMP UNION ELEMENTARY SCHOOL DISTRICT; HORNBROOK ELEMENTARY SCHOOL DISTRICT; JUNCTION ELEMENTARY SCHOOL DISTRICT; KLAMATH RIVER UNION ELEMENTARY SCHOOL DISTRICT; LITTLE SHASTA ELEMENTARY SCHOOL DISTRICT; MCCLOUD UNION ELEMENTARY SCHOOL DISTRICT; MONTAGUE ELEMENTARY SCHOOL DISTRICT; MT. SHASTA UNION ELEMENTARY SCHOOL DISTRICT; SCOTT VALLEY UNIFIED SCHOOL DISTRICT; SEIAD ELEMENTARY SCHOOL DISTRICT; SISKIYOU UNION HIGH SCHOOL DISTRICT; WEED UNION ELEMENTARY SCHOOL DISTRICT; WILLOW CREEK ELEMENTARY SCHOOL DISTRICT; YREKA UNION ELEMENTARY SCHOOL DISTRICT; YREKA UNION HIGH SCHOOL DISTRICT; BENICIA UNIFIED SCHOOL DISTRICT; DIXON UNIFIED SCHOOL DISTRICT; FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT; TRAVIS UNIFIED SCHOOL DISTRICT; VACAVILLE UNIFIED SCHOOL DISTRICT; VALLEJO CITY UNIFIED SCHOOL DISTRICT; ALEXANDER VALLEY UNION ELEMENTARY SCHOOL DISTRICT; BELLEVUE UNION SCHOOL DISTRICT; BENNETT VALLEY UNION ELEMENTARY SCHOOL DISTRICT; CINNABAR ELEMENTARY SCHOOL DISTRICT; CLOVERDALE UNIFIED SCHOOL DISTRICT; COTATI-ROHNERT PARK UNIFIED SCHOOL DISTRICT; DUNHAM ELEMENTARY SCHOOL DISTRICT; FORESTVILLE UNION ELEMENTARY SCHOOL DISTRICT; FORT ROSS ELEMENTARY SCHOOL DISTRICT; GEYSERVILLE UNIFIED SCHOOL DISTRICT; GRAVENSTEIN UNION ELEMENTARY SCHOOL DISTRICT; GUERNEVILLE ELEMENTARY SCHOOL DISTRICT; HARMONY UNION ELEMENTARY SCHOOL DISTRICT; HEALDSBURG UNIFIED SCHOOL DISTRICT; HORICON ELEMENTARY SCHOOL DISTRICT; KASHIA ELEMENTARY SCHOOL DISTRICT; KENWOOD SCHOOL DISTRICT; LIBERTY ELEMENTARY SCHOOL DISTRICT; MARK WEST UNION ELEMENTARY SCHOOL DISTRICT; MONTE RIO UNION ELEMENTARY SCHOOL DISTRICT; MONTGOMERY ELEMENTARY SCHOOL DISTRICT; OAK GROVE UNION ELEMENTARY SCHOOL DISTRICT; OLD ADOBE UNION SCHOOL DISTRICT; PETALUMA CITY ELEMENTARY SCHOOL DISTRICT; PETALUMA CITY ELEMENTARY/JOINT UNION HIGH SCHOOL DISTRICT; PETALUMA JOINT UNION HIGH SCHOOL DISTRICT; PINER-OLIVET UNION ELEMENTARY SCHOOL DISTRICT; RINCON VALLEY UNION ELEMENTARY SCHOOL

DISTRICT; ROSELAND SCHOOL DISTRICT; SANTA ROSA CITY SCHOOLS; SANTA ROSA ELEMENTARY SCHOOL DISTRICT; SANTA ROSA HIGH SCHOOL DISTRICT; SEBASTOPOL UNION ELEMENTARY SCHOOL DISTRICT; SONOMA VALLEY UNIFIED SCHOOL DISTRICT; TWIN HILLS UNION ELEMENTARY SCHOOL DISTRICT; TWO ROCK UNION SCHOOL DISTRICT; WAUGH ELEMENTARY SCHOOL DISTRICT; WEST SIDE UNION ELEMENTARY SCHOOL DISTRICT; WEST SONOMA COUNTY UNION HIGH SCHOOL DISTRICT; WILMAR UNION ELEMENTARY SCHOOL DISTRICT; WINDSOR UNIFIED SCHOOL DISTRICT; WRIGHT ELEMENTARY SCHOOL DISTRICT; CERES UNIFIED SCHOOL DISTRICT; CHATOM UNION SCHOOL DISTRICT; DENAIR UNIFIED SCHOOL DISTRICT; EMPIRE UNION ELEMENTARY SCHOOL DISTRICT; GRATTON ELEMENTARY SCHOOL DISTRICT; HART-RANSOM UNION ELEMENTARY SCHOOL DISTRICT; HICKMAN COMMUNITY CHARTER SCHOOL DISTRICT; HUGHSON UNIFIED SCHOOL DISTRICT; KEYES UNION SCHOOL DISTRICT; KNIGHTS FERRY ELEMENTARY SCHOOL DISTRICT; MODESTO CITY ELEMENTARY SCHOOL DISTRICT; MODESTO CITY HIGH SCHOOL DISTRICT; MODESTO CITY SCHOOLS; NEWMAN-CROWS LANDING UNIFIED SCHOOL DISTRICT; OAKDALE JOINT UNIFIED SCHOOL DISTRICT; PARADISE ELEMENTARY SCHOOL DISTRICT; PATTERSON JOINT UNIFIED SCHOOL DISTRICT; RIVERBANK UNIFIED SCHOOL DISTRICT; ROBERTS FERRY UNION ELEMENTARY SCHOOL DISTRICT; SALIDA UNION ELEMENTARY SCHOOL DISTRICT; SHILOH ELEMENTARY SCHOOL DISTRICT; STANISLAUS UNION ELEMENTARY SCHOOL DISTRICT; SYLVAN UNION ELEMENTARY SCHOOL DISTRICT; TURLOCK UNIFIED SCHOOL DISTRICT; VALLEY HOME JOINT ELEMENTARY SCHOOL DISTRICT; WATERFORD UNIFIED SCHOOL DISTRICT; BRITTAN ELEMENTARY SCHOOL DISTRICT; BROWNS ELEMENTARY SCHOOL DISTRICT; EAST NICOLAUS JOINT UNION HIGH SCHOOL DISTRICT; FRANKLIN ELEMENTARY SCHOOL DISTRICT; LIVE OAK UNIFIED SCHOOL DISTRICT; MARCUM-ILLINOIS UNION ELEMENTARY SCHOOL DISTRICT; MERIDIAN ELEMENTARY SCHOOL DISTRICT; NUESTRO ELEMENTARY SCHOOL DISTRICT; PLEASANT GROVE JOINT UNION SCHOOL DISTRICT; SUTTER UNION HIGH SCHOOL DISTRICT; WINSHIP-ROBBINS SCHOOL DISTRICT; YUBA CITY UNIFIED SCHOOL DISTRICT; ANTELOPE ELEMENTARY SCHOOL DISTRICT; CORNING UNION ELEMENTARY

**SCHOOL DISTRICT; CORNING UNION HIGH SCHOOL DISTRICT; EVERGREEN UNION SCHOOL DISTRICT; FLOURNOY UNION ELEMENTARY SCHOOL DISTRICT; GERBER UNION ELEMENTARY SCHOOL DISTRICT; KIRKWOOD ELEMENTARY SCHOOL DISTRICT; LASSEN VIEW UNION ELEMENTARY SCHOOL DISTRICT; LOS MOLINOS UNIFIED SCHOOL DISTRICT; RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT; RED BLUFF UNION ELEMENTARY SCHOOL DISTRICT; REEDS CREEK ELEMENTARY SCHOOL DISTRICT; RICHFIELD ELEMENTARY SCHOOL DISTRICT; BURNT RANCH ELEMENTARY SCHOOL DISTRICT; COFFEE CREEK ELEMENTARY SCHOOL DISTRICT; DOUGLAS CITY ELEMENTARY SCHOOL DISTRICT; JUNCTION CITY ELEMENTARY SCHOOL DISTRICT; LEWISTON ELEMENTARY SCHOOL DISTRICT; MOUNTAIN VALLEY UNIFIED SCHOOL DISTRICT; SOUTHERN TRINITY JOINT UNIFIED SCHOOL DISTRICT; TRINITY ALPS UNIFIED SCHOOL DISTRICT; TRINITY CENTER ELEMENTARY SCHOOL DISTRICT; ALLENSWORTH ELEMENTARY SCHOOL DISTRICT; ALPAUGH UNIFIED SCHOOL DISTRICT; ALTA VISTA ELEMENTARY SCHOOL DISTRICT; BUENA VISTA ELEMENTARY SCHOOL DISTRICT; BURTON ELEMENTARY SCHOOL DISTRICT; COLUMBINE ELEMENTARY SCHOOL DISTRICT; CUTLER-OROSI JOINT UNIFIED SCHOOL DISTRICT; DINUBA UNIFIED SCHOOL DISTRICT; DUCOR UNION ELEMENTARY SCHOOL DISTRICT; EARLIMART ELEMENTARY SCHOOL DISTRICT; EXETER UNIFIED SCHOOL DISTRICT; FARMERSVILLE UNIFIED SCHOOL DISTRICT; HOPE ELEMENTARY SCHOOL DISTRICT; HOT SPRINGS ELEMENTARY SCHOOL DISTRICT; KINGS RIVER UNION ELEMENTARY SCHOOL DISTRICT; LIBERTY ELEMENTARY SCHOOL DISTRICT; LINDSAY UNIFIED SCHOOL DISTRICT; MONSON-SULTANA JOINT UNION ELEMENTARY SCHOOL DISTRICT; OAK VALLEY UNION ELEMENTARY SCHOOL DISTRICT; OUTSIDE CREEK ELEMENTARY SCHOOL DISTRICT; PALO VERDE UNION ELEMENTARY SCHOOL DISTRICT; PIXLEY UNION ELEMENTARY SCHOOL DISTRICT; PLEASANT VIEW ELEMENTARY SCHOOL DISTRICT; PORTERVILLE UNIFIED SCHOOL DISTRICT; RICHGROVE ELEMENTARY SCHOOL DISTRICT; ROCKFORD ELEMENTARY SCHOOL DISTRICT; SAUCELITO ELEMENTARY SCHOOL DISTRICT; SEQUOIA UNION ELEMENTARY SCHOOL DISTRICT; SPRINGVILLE UNION ELEMENTARY SCHOOL DISTRICT; STONE CORRAL ELEMENTARY SCHOOL DISTRICT; STRATHMORE**

**UNION ELEMENTARY SCHOOL DISTRICT; SUNDALE UNION ELEMENTARY SCHOOL DISTRICT; SUNNYSIDE UNION ELEMENTARY SCHOOL DISTRICT; TERRA BELLA UNION ELEMENTARY SCHOOL DISTRICT; THREE RIVERS UNION ELEMENTARY SCHOOL DISTRICT; TIPTON ELEMENTARY SCHOOL DISTRICT; TRAVER JOINT ELEMENTARY SCHOOL DISTRICT; TULARE CITY SCHOOL DISTRICT; TULARE JOINT UNION HIGH SCHOOL DISTRICT; VISALIA UNIFIED SCHOOL DISTRICT; WAUKENA JOINT UNION ELEMENTARY; WOODLAKE UNIFIED SCHOOL DISTRICT; WOODVILLE UNION ELEMENTARY SCHOOL DISTRICT; BELLEVIEW ELEMENTARY SCHOOL DISTRICT; BIG OAK FLAT-GROVELAND UNIFIED SCHOOL DISTRICT; COLUMBIA UNION SCHOOL DISTRICT; CURTIS CREEK ELEMENTARY SCHOOL DISTRICT; JAMESTOWN ELEMENTARY SCHOOL DISTRICT; SONORA ELEMENTARY SCHOOL DISTRICT; SONORA UNION HIGH SCHOOL DISTRICT; SOULSBYVILLE ELEMENTARY SCHOOL DISTRICT; SUMMERVILLE ELEMENTARY SCHOOL DISTRICT; SUMMERVILLE UNION HIGH SCHOOL DISTRICT; TWAIN HARTE SCHOOL DISTRICT; BRIGGS ELEMENTARY SCHOOL DISTRICT; CONEJO VALLEY UNIFIED SCHOOL DISTRICT; FILLMORE UNIFIED SCHOOL DISTRICT; HUENEME ELEMENTARY SCHOOL DISTRICT; MESA UNION ELEMENTARY SCHOOL DISTRICT; MOORPARK UNIFIED SCHOOL DISTRICT; MUPU ELEMENTARY SCHOOL DISTRICT; OAK PARK UNIFIED SCHOOL DISTRICT; OCEAN VIEW SCHOOL DISTRICT; OJAI UNIFIED SCHOOL DISTRICT; OXNARD SCHOOL DISTRICT; OXNARD UNION HIGH SCHOOL DISTRICT; PLEASANT VALLEY SCHOOL DISTRICT; RIO ELEMENTARY SCHOOL DISTRICT; SANTA CLARA ELEMENTARY SCHOOL DISTRICT; SANTA PAULA UNIFIED SCHOOL DISTRICT; SIMI VALLEY UNIFIED SCHOOL DISTRICT; SOMIS UNION SCHOOL DISTRICT; VENTURA UNIFIED SCHOOL DISTRICT; DAVIS JOINT UNIFIED SCHOOL DISTRICT; ESPARTO UNIFIED SCHOOL DISTRICT; WASHINGTON UNIFIED SCHOOL DISTRICT; WINTERS JOINT UNIFIED SCHOOL DISTRICT; WOODLAND JOINT UNIFIED SCHOOL DISTRICT; CAMPTONVILLE ELEMENTARY SCHOOL DISTRICT; MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT; PLUMAS LAKE ELEMENTARY SCHOOL DISTRICT; WHEATLAND SCHOOL DISTRICT; WHEATLAND UNION HIGH SCHOOL DISTRICT**,
as public entities organized and existing pursuant to the laws of the State of California and doing business as public school districts, Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: