AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| DANIELLE HOWARD MARTINEZ, an individual and guardian ad litem, on behalf of D.P., a minor, K.P., a minor, and T.W., a minor, individually and on behalf of all others similarly situated, - SEE ATTACHED <br><br> *Plaintiff(s)* <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of California; STATE OF CALIFORNIA;  - SEE ATTACHED <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  5:20-cv-01796-DMG-KK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GAVIN NEWSOM, in his official capacity as Governor of California; STATE OF CALIFORNIA; - SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Fazil A. Munir, Esq.
> 4000 MacArthur Blvd East Tower #600
> Newport Beach, CA 92660
> and Deborah S. Reisdorph, Esq.
> 16541 Gothard St, Suite 208
> Huntington Beach, CA 92647

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____09/10/2020_____     _____
                                           Grace Kami
                                *Signature of Clerk or Deputy Clerk*

**ATTACHMENT 1 TO SUMMONS (Parties)**

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIELLE HOWARD MARTINEZ,** an individual and guardian ad litem, on behalf of **D.P.**, a minor, **K.P.**, a minor, and **T.W.**, a minor; **AMBER WOOD**, an individual; **LASHONDA HUBBARD**, an individual and guardian ad litem, on behalf of **P.C.**, a minor, all individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) |
| | **CASE NO. 5:20-cv-01796-DMG-KK** |
| | **JUDGE: Hon. Dolly M. Gee** |
| **Plaintiffs,** | ) ) |
| v. | ) ) ) |
| **GAVIN NEWSOM**, in his official capacity as Governor of California; **STATE OF CALIFORNIA**; **TONY THURMOND**, in his official capacity as State Superintendent of Public Education and Director of Education; **CALIFORNIA DEPARTMENT OF EDUCATION**; **STATE BOARD OF EDUCATION**; **SONIA Y. ANGELL**, in her official capacity as the State Public Health Officer and Department of Public Health Director; **CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY**; **CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; ALAMEDA COUNTY STUDENT EXCHANGE PROG.; ALAMEDA UNIFIED SCHOOL DISTRICT; ALBANY CITY UNIFIED SCHOOL DISTRICT; BERKELEY UNIFIED SCHOOL DISTRICT; CALIFORNIA SCHOOL** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**FOR THE BLIND (STATE SPECIAL SCHOOL); CALIFORNIA SCHOOL FOR THE DEAF-FREMONT (STATE SPECIAL SCHOOL); CASTRO VALLEY UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, NORTHERN CALIFORNIA (STATE SPECIAL SCHOOL); DUBLIN UNIFIED SCHOOL DISTRICT; EMERY UNIFIED SCHOOL DISTRICT; FREMONT UNIFIED SCHOOL DISTRICT; HAYWARD UNIFIED SCHOOL DISTRICT; LIVERMORE VALLEY JOINT UNIFIED SCHOOL DISTRICT; MOUNTAIN HOUSE ELEMENTARY SCHOOL DISTRICT; NEW HAVEN UNIFIED SCHOOL DISTRICT; NEWARK UNIFIED SCHOOL DISTRICT; OAKLAND UNIFIED SCHOOL DISTRICT; PIEDMONT CITY UNIFIED SCHOOL DISTRICT; PLEASANTON UNIFIED SCHOOL DISTRICT; SAN LEANDRO UNIFIED SCHOOL DISTRICT; SAN LORENZO UNIFIED SCHOOL DISTRICT; SBE - LATITUDE 37.8 HIGH SCHOOL; SUNOL GLEN UNIFIED SCHOOL DISTRICT; ALPINE COUNTY UNIFIED SCHOOL DISTRICT; AMADOR; COUNTY UNIFIED SCHOOL DISTRICT; BANGOR UNION ELEMENTARY SCHOOL DISTRICT; BIGGS UNIFIED SCHOOL DISTRICT; CHICO UNIFIED SCHOOL DISTRICT; DURHAM UNIFIED SCHOOL DISTRICT; GOLDEN FEATHER UNION; ELEMENTARY SCHOOL DISTRICT; GRIDLEY UNIFIED SCHOOL DISTRICT; MANZANITA ELEMENTARY SCHOOL DISTRICT; OROVILLE CITY ELEMENTARY SCHOOL DISTRICT; OROVILLE UNION HIGH SCHOOL DISTRICT; PALERMO UNION ELEMENTARY SCHOOL DISTRICT; PARADISE UNIFIED SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; THERMALITO UNION ELEMENTARY SCHOOL DISTRICT; BRET HARTE UNION HIGH SCHOOL DISTRICT; CALAVERAS UNIFIED SCHOOL DISTRICT; MARK TWAIN UNION ELEMENTARY SCHOOL DISTRICT; VALLECITO UNION SCHOOL DISTRICT; COLUSA UNIFIED SCHOOL DISTRICT; MAXWELL UNIFIED SCHOOL DISTRICT; PIERCE JOINT UNIFIED SCHOOL DISTRICT; WILLIAMS UNIFIED SCHOOL DISTRICT; ACALANES UNION HIGH SCHOOL DISTRICT; ANTIOCH UNIFIED SCHOOL DISTRICT; BRENTWOOD UNION ELEMENTARY SCHOOL DISTRICT; BYRON UNION ELEMENTARY SCHOOL DISTRICT; CANYON ELEMENTARY SCHOOL DISTRICT; CONTRA COSTA SELPA SCHOOL DISTRICT; JOHN SWETT UNIFIED SCHOOL DISTRICT; KNIGHTSEN**

ELEMENTARY SCHOOL DISTRICT; LAFAYETTE ELEMENTARY SCHOOL DISTRICT; LIBERTY UNION HIGH SCHOOL DISTRICT; MARTINEZ UNIFIED SCHOOL DISTRICT; MORAGA ELEMENTARY SCHOOL DISTRICT; MT. DIABLO UNIFIED SCHOOL DISTRICT; OAKLEY UNION ELEMENTARY SCHOOL DISTRICT; ORINDA UNION ELEMENTARY SCHOOL DISTRICT; PITTSBURG UNIFIED SCHOOL DISTRICT; SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT; SBE - JOHN HENRY HIGH SCHOOL DISTRICT; SBE - ROCKETSHIP FUTURO ACADEMY; WALNUT CREEK ELEMENTARY SCHOOL DISTRICT; WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT; DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; BLACK OAK MINE UNIFIED SCHOOL DISTRICT; BUCKEYE UNION ELEMENTARY SCHOOL DISTRICT; CAMINO UNION ELEMENTARY SCHOOL DISTRICT; EL DORADO UNION HIGH SCHOOL DISTRICT; GOLD OAK UNION ELEMENTARY SCHOOL DISTRICT; GOLD TRAIL UNION ELEMENTARY SCHOOL DISTRICT; INDIAN DIGGINGS ELEMENTARY SCHOOL DISTRICT; LAKE TAHOE UNIFIED SCHOOL DISTRICT; LATROBE SCHOOL DISTRICT SCHOOL DISTRICT; MOTHER LODE UNION ELEMENTARY SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; PLACERVILLE UNION ELEMENTARY SCHOOL DISTRICT; POLLOCK PINES ELEMENTARY SCHOOL DISTRICT; RESCUE UNION ELEMENTARY SCHOOL DISTRICT; SILVER FORK ELEMENTARY SCHOOL DISTRICT; ALVINA ELEMENTARY SCHOOL DISTRICT; BIG CREEK ELEMENTARY SCHOOL DISTRICT; BURREL UNION ELEMENTARY SCHOOL DISTRICT; CARUTHERS UNIFIED SCHOOL DISTRICT; CENTRAL UNIFIED SCHOOL DISTRICT; CLAY JOINT ELEMENTARY SCHOOL DISTRICT; CLOVIS UNIFIED SCHOOL DISTRICT; COALINGA-HURON UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, CENTRAL CALIFORNIA (STATE SPECIAL SCHOOL); FIREBAUGH-LAS DELTAS UNIFIED SCHOOL DISTRICT; FOWLER UNIFIED SCHOOL DISTRICT; FRESNO UNIFIED SCHOOL DISTRICT; GOLDEN PLAINS UNIFIED SCHOOL DISTRICT; KERMAN UNIFIED SCHOOL DISTRICT; KINGS CANYON JOINT UNIFIED SCHOOL DISTRICT; KINGSBURG ELEMENTARY CHARTER SCHOOL DISTRICT; KINGSBURG JOINT UNION HIGH SCHOOL DISTRICT;

**LATON JOINT UNIFIED SCHOOL DISTRICT; MENDOTA UNIFIED SCHOOL DISTRICT; MONROE ELEMENTARY SCHOOL DISTRICT; ORANGE CENTER SCHOOL DISTRICT; PACIFIC UNION ELEMENTARY SCHOOL DISTRICT; PARLIER UNIFIED SCHOOL DISTRICT; PINE RIDGE ELEMENTARY SCHOOL DISTRICT; RAISIN CITY ELEMENTARY SCHOOL DISTRICT; RIVERDALE JOINT UNIFIED SCHOOL DISTRICT; SANGER UNIFIED SCHOOL DISTRICT; SELMA UNIFIED SCHOOL DISTRICT; SIERRA UNIFIED SCHOOL DISTRICT; WASHINGTON COLONY ELEMENTARY SCHOOL DISTRICT; WASHINGTON UNIFIED SCHOOL DISTRICT; WEST PARK ELEMENTARY SCHOOL DISTRICT; WESTSIDE ELEMENTARY SCHOOL DISTRICT; CAPAY JOINT UNION ELEMENTARY SCHOOL DISTRICT; HAMILTON UNIFIED SCHOOL DISTRICT SCHOOL DISTRICT; LAKE ELEMENTARY SCHOOL DISTRICT; ORLAND JOINT UNIFIED SCHOOL DISTRICT; PLAZA ELEMENTARY SCHOOL DISTRICT; PRINCETON JOINT UNIFIED SCHOOL DISTRICT; STONY CREEK JOINT UNIFIED SCHOOL DISTRICT; WILLOWS UNIFIED SCHOOL DISTRICT; ARCATA ELEMENTARY SCHOOL DISTRICT; BIG LAGOON UNION ELEMENTARY SCHOOL DISTRICT; BLUE LAKE UNION ELEMENTARY SCHOOL DISTRICT; BRIDGEVILLE ELEMENTARY SCHOOL DISTRICT; CUDDEBACK UNION ELEMENTARY SCHOOL DISTRICT; CUTTEN ELEMENTARY SCHOOL DISTRICT; EUREKA CITY SCHOOLS SCHOOL DISTRICT; FERNDALE UNIFIED SCHOOL DISTRICT; FIELDBROOK ELEMENTARY SCHOOL DISTRICT; FORTUNA ELEMENTARY SCHOOL DISTRICT; FORTUNA UNION HIGH SCHOOL DISTRICT; FRESHWATER ELEMENTARY SCHOOL DISTRICT; GARFIELD ELEMENTARY SCHOOL DISTRICT; GREEN POINT ELEMENTARY SCHOOL DISTRICT; HYDESVILLE ELEMENTARY SCHOOL DISTRICT; JACOBY CREEK ELEMENTARY SCHOOL DISTRICT; KLAMATH-TRINITY JOINT UNIFIED SCHOOL DISTRICT; KNEELAND ELEMENTARY SCHOOL DISTRICT; LOLETA UNION ELEMENTARY SCHOOL DISTRICT; MAPLE CREEK ELEMENTARY SCHOOL DISTRICT; MATTOLE UNIFIED SCHOOL DISTRICT; MCKINLEYVILLE UNION ELEMENTARY SCHOOL DISTRICT; NORTHERN HUMBOLDT UNION HIGH SCHOOL DISTRICT; ORICK ELEMENTARY SCHOOL DISTRICT; PACIFIC UNION ELEMENTARY SCHOOL DISTRICT; PENINSULA UNION**

SCHOOL DISTRICT; RIO DELL ELEMENTARY SCHOOL DISTRICT; SCOTIA UNION ELEMENTARY SCHOOL DISTRICT; SOUTH BAY UNION ELEMENTARY SCHOOL DISTRICT; SOUTHERN HUMBOLDT JOINT UNIFIED SCHOOL DISTRICT; TRINIDAD UNION ELEMENTARY SCHOOL DISTRICT; BRAWLEY ELEMENTARY SCHOOL DISTRICT; BRAWLEY UNION HIGH SCHOOL DISTRICT; CALEXICO UNIFIED SCHOOL DISTRICT; CALIPATRIA UNIFIED SCHOOL DISTRICT; CENTRAL UNION HIGH SCHOOL DISTRICT; EL CENTRO ELEMENTARY SCHOOL DISTRICT; HEBER ELEMENTARY SCHOOL DISTRICT; HOLTVILLE UNIFIED SCHOOL DISTRICT; IMPERIAL UNIFIED SCHOOL DISTRICT; MAGNOLIA UNION ELEMENTARY SCHOOL DISTRICT; MCCABE UNION ELEMENTARY SCHOOL DISTRICT; MEADOWS UNION ELEMENTARY SCHOOL DISTRICT; MULBERRY ELEMENTARY SCHOOL DISTRICT; SAN PASQUAL VALLEY UNIFIED SCHOOL DISTRICT; SEELEY UNION ELEMENTARY SCHOOL DISTRICT; WESTMORLAND UNION ELEMENTARY SCHOOL DISTRICT; BIG PINE UNIFIED SCHOOL DISTRICT; BISHOP UNIFIED SCHOOL DISTRICT; DEATH VALLEY UNIFIED SCHOOL DISTRICT; INYO COUNTY CAREER TECHNICAL EDUCATION; LONE PINE UNIFIED SCHOOL DISTRICT; OWENS VALLEY UNIFIED SCHOOL DISTRICT; ROUND VALLEY JOINT ELEMENTARY SCHOOL DISTRICT; ARVIN UNION SCHOOL DISTRICT; BAKERSFIELD CITY SCHOOL DISTRICT;  BEARDSLEY ELEMENTARY SCHOOL DISTRICT; BELRIDGE ELEMENTARY SCHOOL DISTRICT; BLAKE ELEMENTARY SCHOOL DISTRICT; BUTTONWILLOW UNION ELEMENTARY SCHOOL DISTRICT; CALIENTE UNION ELEMENTARY SCHOOL DISTRICT; DELANO JOINT UNION HIGH SCHOOL DISTRICT; DELANO UNION ELEMENTARY SCHOOL DISTRICT; DI GIORGIO ELEMENTARY SCHOOL DISTRICT; EDISON ELEMENTARY SCHOOL DISTRICT; EL TEJON UNIFIED SCHOOL DISTRICT; ELK HILLS ELEMENTARY SCHOOL DISTRICT; FAIRFAX ELEMENTARY SCHOOL DISTRICT; FRUITVALE ELEMENTARY SCHOOL DISTRICT; GENERAL SHAFTER ELEMENTARY SCHOOL DISTRICT; GREENFIELD UNION SCHOOL DISTRICT; KERN HIGH SCHOOL DISTRICT; KERNVILLE UNION ELEMENTARY SCHOOL DISTRICT; LAKESIDE UNION SCHOOL DISTRICT; LAMONT ELEMENTARY SCHOOL DISTRICT; LINNS

1  VALLEY-POSO FLAT UNION SCHOOL DISTRICT; LOST HILLS
2  UNION ELEMENTARY SCHOOL DISTRICT; MAPLE ELEMENTARY
3  SCHOOL DISTRICT; MARICOPA UNIFIED SCHOOL DISTRICT;
   MCFARLAND UNIFIED SCHOOL DISTRICT; MCKITTRICK
4  ELEMENTARY SCHOOL DISTRICT; MIDWAY ELEMENTARY
5  SCHOOL DISTRICT; MOJAVE UNIFIED SCHOOL DISTRICT; MUROC
6  JOINT UNIFIED SCHOOL DISTRICT; NORRIS ELEMENTARY
   SCHOOL DISTRICT; PANAMA-BUENA VISTA UNION SCHOOL
7  DISTRICT; POND UNION ELEMENTARY SCHOOL DISTRICT; RAND
8  JOINT ELEMENTARY SCHOOL DISTRICT; RICHLAND UNION
9  ELEMENTARY SCHOOL DISTRICT; RIO BRAVO-GREELEY UNION
   ELEMENTARY SCHOOL DISTRICT; ROSEDALE UNION
10 ELEMENTARY SCHOOL DISTRICT; SEMITROPIC ELEMENTARY
11 SCHOOL DISTRICT; SIERRA SANDS UNIFIED SCHOOL DISTRICT;
   SOUTH FORK UNION SCHOOL DISTRICT; SOUTHERN KERN
12 UNIFIED SCHOOL DISTRICT; STANDARD ELEMENTARY SCHOOL
13 DISTRICT; TAFT CITY SCHOOL DISTRICT; TAFT UNION HIGH
14 SCHOOL DISTRICT; TEHACHAPI UNIFIED SCHOOL DISTRICT;
   VINELAND ELEMENTARY SCHOOL DISTRICT; WASCO UNION
15 ELEMENTARY SCHOOL DISTRICT; WASCO UNION HIGH SCHOOL
16 DISTRICT; ARMONA UNION ELEMENTARY SCHOOL DISTRICT;
17 CENTRAL UNION ELEMENTARY SCHOOL DISTRICT; CORCORAN
   JOINT UNIFIED SCHOOL DISTRICT; HANFORD ELEMENTARY
18 SCHOOL DISTRICT; HANFORD JOINT UNION HIGH SCHOOL
19 DISTRICT; ISLAND UNION ELEMENTARY SCHOOL DISTRICT;
20 KINGS RIVER-HARDWICK UNION ELEMENTARY SCHOOL
   DISTRICT; KIT CARSON UNION ELEMENTARY SCHOOL DISTRICT;
21 LAKESIDE UNION ELEMENTARY SCHOOL DISTRICT; LEMOORE
22 UNION ELEMENTARY SCHOOL DISTRICT; LEMOORE UNION HIGH
23 SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL
   DISTRICT; REEF-SUNSET UNIFIED SCHOOL DISTRICT;
24 KELSEYVILLE UNIFIED SCHOOL DISTRICT; KONOCTI UNIFIED
25 SCHOOL DISTRICT; LAKEPORT UNIFIED SCHOOL DISTRICT;
26 LUCERNE ELEMENTARY SCHOOL DISTRICT; MIDDLETOWN
   UNIFIED SCHOOL DISTRICT; UPPER LAKE UNIFIED SCHOOL
27 DISTRICT; BIG VALLEY JOINT UNIFIED SCHOOL DISTRICT; FORT
   SAGE UNIFIED SCHOOL DISTRICT; JANESVILLE UNION
28 ELEMENTARY SCHOOL DISTRICT; JOHNSTONVILLE

ELEMENTARY SCHOOL DISTRICT; LASSEN UNION HIGH SCHOOL DISTRICT; RAVENDALE-TERMO ELEMENTARY SCHOOL DISTRICT; RICHMOND ELEMENTARY SCHOOL DISTRICT; SHAFFER UNION ELEMENTARY SCHOOL DISTRICT; SUSANVILLE ELEMENTARY SCHOOL DISTRICT; WESTWOOD UNIFIED SCHOOL DISTRICT; ABC UNIFIED SCHOOL DISTRICT; ACTON-AGUA DULCE UNIFIED SCHOOL DISTRICT; ALHAMBRA UNIFIED SCHOOL DISTRICT; ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; ARCADIA UNIFIED SCHOOL DISTRICT; AZUSA UNIFIED SCHOOL DISTRICT; BALDWIN PARK UNIFIED SCHOOL DISTRICT; BASSETT UNIFIED SCHOOL DISTRICT; BELLFLOWER UNIFIED SCHOOL DISTRICT; BEVERLY HILLS UNIFIED SCHOOL DISTRICT; BONITA UNIFIED SCHOOL DISTRICT; BURBANK UNIFIED SCHOOL DISTRICT; CASTAIC UNION SCHOOL DISTRICT; CENTINELA VALLEY UNION HIGH SCHOOL DISTRICT; CHARTER OAK UNIFIED SCHOOL DISTRICT; CLAREMONT UNIFIED SCHOOL DISTRICT; COMPTON UNIFIED SCHOOL DISTRICT; COVINA-VALLEY UNIFIED SCHOOL DISTRICT; CULVER CITY UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, SOUTHERN CALIFORNIA (STATE SPECIAL SCHOOL); DOWNEY UNIFIED SCHOOL DISTRICT; DUARTE UNIFIED SCHOOL DISTRICT; EAST WHITTIER CITY ELEMENTARY SCHOOL DISTRICT; EASTSIDE UNION ELEMENTARY SCHOOL DISTRICT; EL MONTE CITY SCHOOL DISTRICT; EL MONTE UNION HIGH SCHOOL DISTRICT; EL RANCHO UNIFIED SCHOOL DISTRICT; EL SEGUNDO UNIFIED SCHOOL DISTRICT; GARVEY ELEMENTARY SCHOOL DISTRICT; GLENDALE UNIFIED SCHOOL DISTRICT; GLENDORA UNIFIED SCHOOL DISTRICT; GORMAN JOINT SCHOOL DISTRICT HACIENDA LA PUENTE UNIFIED SCHOOL DISTRICT; HAWTHORNE SCHOOL DISTRICT; HERMOSA BEACH CITY ELEMENTARY SCHOOL DISTRICT; HUGHES-ELIZABETH LAKES UNION ELEMENTARY SCHOOL DISTRICT; INGLEWOOD UNIFIED SCHOOL DISTRICT; KEPPEL UNION ELEMENTARY SCHOOL DISTRICT; LA CANADA UNIFIED SCHOOL DISTRICT; LANCASTER ELEMENTARY SCHOOL DISTRICT; LAS VIRGENES UNIFIED SCHOOL DISTRICT; LAWNDALE ELEMENTARY SCHOOL DISTRICT; LENNOX SCHOOL DISTRICT; LITTLE LAKE CITY ELEMENTARY SCHOOL DISTRICT; LONG BEACH UNIFIED SCHOOL DISTRICT; LOS ANGELES

COUNTY OFFICE OF EDUCATION; LOS ANGELES UNIFIED SCHOOL DISTRICT; LOS NIETOS SCHOOL DISTRICT; LOWELL JOINT SCHOOL DISTRICT; LYNWOOD UNIFIED SCHOOL DISTRICT; MANHATTAN BEACH UNIFIED SCHOOL DISTRICT ; MONROVIA UNIFIED SCHOOL DISTRICT; MONTEBELLO UNIFIED SCHOOL DISTRICT; MOUNTAIN VIEW ELEMENTARY SCHOOL DISTRICT; NEWHALL SCHOOL DISTRICT; NORWALK-LA MIRADA UNIFIED SCHOOL DISTRICT; PALMDALE ELEMENTARY SCHOOL DISTRICT; PALOS VERDES PENINSULA UNIFIED SCHOOL DISTRICT; PARAMOUNT UNIFIED SCHOOL DISTRICT; PASADENA UNIFIED SCHOOL DISTRICT; POMONA UNIFIED SCHOOL DISTRICT; REDONDO BEACH UNIFIED SCHOOL DISTRICT; ROSEMEAD ELEMENTARY SCHOOL DISTRICT; ROWLAND UNIFIED SCHOOL DISTRICT; SAN GABRIEL UNIFIED SCHOOL DISTRICT; SAN MARINO UNIFIED SCHOOL DISTRICT; SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT; SAUGUS UNION SCHOOL DISTRICT; SBE - ACADEMIA AVANCE CHARTER; SBE - CELERITY HIMALIA; SBE - LOS ANGELES COLLEGE PREP ACADEMY; SBE - NEW WEST CHARTER; SBE - PREPA TEC LOS ANGELES HIGH; SBE - THE SCHOOL OF ARTS AND ENTERPRISE; SOUTH PASADENA UNIFIED SCHOOL DISTRICT; SOUTH WHITTIER ELEMENTARY SCHOOL DISTRICT; SULPHUR SPRINGS UNION SCHOOL DISTRICT; TEMPLE CITY UNIFIED SCHOOL DISTRICT; TORRANCE UNIFIED SCHOOL DISTRICT; VALLE LINDO ELEMENTARY SCHOOL DISTRICT; WALNUT VALLEY UNIFIED SCHOOL DISTRICT; WEST COVINA UNIFIED SCHOOL DISTRICT; WESTSIDE UNION ELEMENTARY SCHOOL DISTRICT; WHITTIER CITY ELEMENTARY SCHOOL DISTRICT; WHITTIER UNION HIGH SCHOOL DISTRICT; WILLIAM S. HART UNION HIGH SCHOOL DISTRICT; WILSONA ELEMENTARY SCHOOL DISTRICT; WISEBURN UNIFIED SCHOOL DISTRICT; ALVIEW-DAIRYLAND UNION ELEMENTARY SCHOOL DISTRICT;  BASS LAKE JOINT UNION ELEMENTARY SCHOOL DISTRICT; CHAWANAKEE UNIFIED SCHOOL DISTRICT; CHOWCHILLA ELEMENTARY SCHOOL DISTRICT; CHOWCHILLA UNION HIGH SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT; MADERA UNIFIED SCHOOL DISTRICT; RAYMOND-KNOWLES UNION ELEMENTARY SCHOOL DISTRICT; YOSEMITE UNIFIED

SCHOOL DISTRICT; BOLINAS-STINSON UNION SCHOOL DISTRICT; KENTFIELD ELEMENTARY SCHOOL DISTRICT; LAGUNA JOINT ELEMENTARY SCHOOL DISTRICT; LAGUNITAS ELEMENTARY SCHOOL DISTRICT; LARKSPUR-CORTE MADERA SCHOOL DISTRICT; LINCOLN ELEMENTARY SCHOOL DISTRICT; MILL VALLEY ELEMENTARY SCHOOL DISTRICT; MILLER CREEK ELEMENTARY SCHOOL DISTRICT; NICASIO SCHOOL DISTRICT; NOVATO UNIFIED SCHOOL DISTRICT; REED UNION ELEMENTARY SCHOOL DISTRICT; ROSS ELEMENTARY SCHOOL DISTRICT; ROSS VALLEY ELEMENTARY SCHOOL DISTRICT; SAN RAFAEL CITY ELEMENTARY SCHOOL DISTRICT; SAN RAFAEL CITY HIGH SCHOOL DISTRICT; SAUSALITO MARIN CITY SCHOOL DISTRICT; SBE - ROSS VALLEY ELEMENTARY SCHOOL DISTRICT; SHORELINE UNIFIED SCHOOL DISTRICT; TAMALPAIS UNION HIGH SCHOOL DISTRICT; MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT; ANDERSON VALLEY UNIFIED SCHOOL DISTRICT; ARENA UNION ELEMENTARY SCHOOL DISTRICT; ARENA UNION ELEMENTARY/POINT ARENA JOINT UNION HIGH SCHOOL DISTRICT; FORT BRAGG UNIFIED SCHOOL DISTRICT; LAYTONVILLE UNIFIED SCHOOL DISTRICT; LEGGETT VALLEY UNIFIED SCHOOL DISTRICT; MANCHESTER UNION ELEMENTARY SCHOOL DISTRICT; MENDOCINO UNIFIED SCHOOL DISTRICT; POINT ARENA JOINT UNION HIGH SCHOOL DISTRICT; POTTERVALLEY COMMUNITY UNIFIED SCHOOL DISTRICT; ROUND VALLEY UNIFIED SCHOOL DISTRICT; UKIAH UNIFIED SCHOOL DISTRICT; WILLITS UNIFIED SCHOOL DISTRICT; ATWATER ELEMENTARY SCHOOL DISTRICT; BALLICO-CRESSEY ELEMENTARY SCHOOL DISTRICT SCHOOL DISTRICT; DELHI UNIFIED SCHOOL DISTRICT;  DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT; EL NIDO ELEMENTARY SCHOOL DISTRICT;  GUSTINE UNIFIED SCHOOL DISTRICT; HILMAR UNIFIED SCHOOL DISTRICT; LE GRAND UNION ELEMENTARY SCHOOL DISTRICT; LE GRAND UNION HIGH SCHOOL DISTRICT; LIVINGSTON UNION SCHOOL DISTRICT; LOS BANOS UNIFIED SCHOOL DISTRICT; MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT; MERCED CITY ELEMENTARY SCHOOL DISTRICT; MERCED RIVER UNION ELEMENTARY SCHOOL DISTRICT; MERCED UNION HIGH SCHOOL DISTRICT; PLAINSBURG UNION

ELEMENTARY SCHOOL DISTRICT; PLANADA ELEMENTARY
SCHOOL DISTRICT; SNELLING-MERCED FALLS UNION
ELEMENTARY SCHOOL DISTRICT; WEAVER UNION SCHOOL
DISTRICT; WINTON SCHOOL DISTRICT; MODOC JOINT UNIFIED
SCHOOL DISTRICT; SURPRISE VALLEY JOINT UNIFIED SCHOOL
DISTRICT; TULELAKE BASIN JOINT UNIFIED SCHOOL DISTRICT;
EASTERN SIERRA UNIFIED SCHOOL DISTRICT; MAMMOTH
UNIFIED SCHOOL DISTRICT; ALISAL UNION SCHOOL DISTRICT;
BIG SUR UNIFIED SCHOOL DISTRICT; BRADLEY UNION
ELEMENTARY SCHOOL DISTRICT; CARMEL UNIFIED SCHOOL
DISTRICT; CHUALAR UNION SCHOOL DISTRICT; GONZALES
UNIFIED SCHOOL DISTRICT; GRAVES ELEMENTARY SCHOOL
DISTRICT; GREENFIELD UNION ELEMENTARY SCHOOL
DISTRICT; KING CITY UNION SCHOOL DISTRICT; LAGUNITA
ELEMENTARY SCHOOL DISTRICT; MISSION UNION ELEMENTARY
SCHOOL DISTRICT; MONTEREY PENINSULA UNIFIED SCHOOL
DISTRICT; NORTH MONTEREY COUNTY UNIFIED SCHOOL
DISTRICT; PACIFIC GROVE UNIFIED SCHOOL DISTRICT; SALINAS
CITY ELEMENTARY SCHOOL DISTRICT; SALINAS UNION HIGH
SCHOOL DISTRICT; SAN ANTONIO UNION ELEMENTARY SCHOOL
DISTRICT; SAN ARDO UNION ELEMENTARY SCHOOL DISTRICT;
SAN LUCAS UNION ELEMENTARY SCHOOL DISTRICT; SANTA
RITA UNION ELEMENTARY SCHOOL DISTRICT; SOLEDAD
UNIFIED SCHOOL DISTRICT; SOUTH MONTEREY COUNTY JOINT
UNION HIGH SCHOOL DISTRICT; SPRECKELS UNION
ELEMENTARY SCHOOL DISTRICT; WASHINGTON UNION
ELEMENTARY SCHOOL DISTRICT; CALISTOGA JOINT UNIFIED
SCHOOL DISTRICT; HOWELL MOUNTAIN ELEMENTARY SCHOOL
DISTRICT; NAPA VALLEY UNIFIED SCHOOL DISTRICT; POPE
VALLEY UNION ELEMENTARY SCHOOL DISTRICT; SAINT HELENA
UNIFIED SCHOOL DISTRICT; CHICAGO PARK ELEMENTARY
SCHOOL DISTRICT; CLEAR CREEK ELEMENTARY SCHOOL
DISTRICT; GRASS VALLEY ELEMENTARY SCHOOL DISTRICT;
NEVADA CITY ELEMENTARY SCHOOL DISTRICT; ;NEVADA JOINT
UNION HIGH SCHOOL DISTRICT; PENN VALLEY UNION
ELEMENTARY SCHOOL DISTRICT; PLEASANT RIDGE UNION
ELEMENTARY SCHOOL DISTRICT; TWIN RIDGES ELEMENTARY
SCHOOL DISTRICT; UNION HILL ELEMENTARY SCHOOL

DISTRICT; ANAHEIM ELEMENTARY SCHOOL DISTRICT;
ANAHEIM UNION HIGH SCHOOL DISTRICT; BREA-OLINDA
UNIFIED SCHOOL DISTRICT; BUENA PARK ELEMENTARY
SCHOOL DISTRICT; CAPISTRANO UNIFIED SCHOOL DISTRICT;
CENTRAL ORANGE COUNTY CTE PARTNERSHIP; CENTRALIA
ELEMENTARY SCHOOL DISTRICT; COLLEGE AND CAREER
ADVANTAGE; CYPRESS ELEMENTARY SCHOOL DISTRICT;
FOUNTAIN VALLEY ELEMENTARY SCHOOL DISTRICT;
FULLERTON ELEMENTARY SCHOOL DISTRICT; FULLERTON
JOINT UNION HIGH SCHOOL DISTRICT; GARDEN GROVE UNIFIED
SCHOOL DISTRICT; HUNTINGTON BEACH CITY ELEMENTARY
SCHOOL DISTRICT; HUNTINGTON BEACH UNION HIGH SCHOOL
DISTRICT; IRVINE UNIFIED SCHOOL DISTRICT; LA HABRA CITY
ELEMENTARY SCHOOL DISTRICT; LAGUNA BEACH UNIFIED
SCHOOL DISTRICT; LOS ALAMITOS UNIFIED SCHOOL DISTRICT;
MAGNOLIA ELEMENTARY SCHOOL DISTRICT; NEWPORT-MESA
UNIFIED SCHOOL DISTRICT; OCEAN VIEW SCHOOL DISTRICT;
ORANGE UNIFIED SCHOOL DISTRICT; PLACENTIA-YORBA LINDA
UNIFIED SCHOOL DISTRICT; SADDLEBACK VALLEY UNIFIED
SCHOOL DISTRICT; SANTA ANA UNIFIED SCHOOL DISTRICT;
SAVANNA ELEMENTARY SCHOOL DISTRICT; SBE - MAGNOLIA
SCIENCE ACADEMY SANTA ANA; TUSTIN UNIFIED SCHOOL
DISTRICT; WESTMINSTER SCHOOL DISTRICT; OUT-OF-STATE,
NON-PUBLIC, NON-SECTARIAN SCHOOLS; ACKERMAN CHARTER
SCHOOL DISTRICT; ALTA-DUTCH FLAT UNION ELEMENTARY
SCHOOL DISTRICT; AUBURN UNION ELEMENTARY SCHOOL
DISTRICT; COLFAX ELEMENTARY SCHOOL DISTRICT; DRY
CREEK JOINT ELEMENTARY SCHOOL DISTRICT; EUREKA UNION
SCHOOL DISTRICT; FORESTHILL UNION ELEMENTARY SCHOOL
DISTRICT; LOOMIS UNION ELEMENTARY SCHOOL DISTRICT;
NEWCASTLE ELEMENTARY SCHOOL DISTRICT; PLACER HILLS
UNION ELEMENTARY SCHOOL DISTRICT; PLACER UNION HIGH
SCHOOL DISTRICT; ROCKLIN UNIFIED SCHOOL DISTRICT;
ROSEVILLE CITY ELEMENTARY SCHOOL DISTRICT; ROSEVILLE
JOINT UNION HIGH SCHOOL DISTRICT; TAHOE-TRUCKEE
UNIFIED SCHOOL DISTRICT; WESTERN PLACER UNIFIED SCHOOL
DISTRICT; PLUMAS UNIFIED SCHOOL DISTRICT; ALVORD
UNIFIED SCHOOL DISTRICT; BANNING UNIFIED SCHOOL

DISTRICT; BEAUMONT UNIFIED SCHOOL DISTRICT; CALIFORNIA SCHOOL FOR THE DEAF-RIVERSIDE (STATE SPECIAL SCHOOL); COACHELLA VALLEY UNIFIED SCHOOL DISTRICT; CORONA-NORCO UNIFIED SCHOOL DISTRICT; DESERT CENTER UNIFIED SCHOOL DISTRICT; DESERT SANDS UNIFIED SCHOOL DISTRICT; HEMET UNIFIED SCHOOL DISTRICT; JURUPA UNIFIED SCHOOL DISTRICT; LAKE ELSINORE UNIFIED SCHOOL DISTRICT; MENIFEE UNION ELEMENTARY SCHOOL DISTRICT; MORENO VALLEY UNIFIED SCHOOL DISTRICT; MURRIETA VALLEY UNIFIED SCHOOL DISTRICT; NUVIEW UNION SCHOOL DISTRICT; PALM SPRINGS UNIFIED SCHOOL DISTRICT; PALO VERDE UNIFIED SCHOOL DISTRICT; PERRIS ELEMENTARY SCHOOL DISTRICT; PERRIS UNION HIGH SCHOOL DISTRICT; RIVERSIDE UNIFIED SCHOOL DISTRICT; ROMOLAND ELEMENTARY SCHOOL DISTRICT; SAN JACINTO UNIFIED SCHOOL DISTRICT; TEMECULA VALLEY UNIFIED SCHOOL DISTRICT; VAL VERDE UNIFIED SCHOOL DISTRICT; ARCOHE UNION ELEMENTARY SCHOOL DISTRICT; CENTER JOINT UNIFIED SCHOOL DISTRICT; ELK GROVE UNIFIED SCHOOL DISTRICT; ELVERTA JOINT ELEMENTARY SCHOOL DISTRICT; FOLSOM-CORDOVA UNIFIED SCHOOL DISTRICT; GALT JOINT UNION ELEMENTARY SCHOOL DISTRICT; GALT JOINT UNION HIGH SCHOOL DISTRICT; NATOMAS UNIFIED SCHOOL DISTRICT;  RIVER DELTA JOINT UNIFIED SCHOOL DISTRICT; ROBLA ELEMENTARY SCHOOL DISTRICT; SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; SAN JUAN UNIFIED SCHOOL DISTRICT; TWIN RIVERS UNIFIED SCHOOL DISTRICT; AROMAS - SAN JUAN UNIFIED SCHOOL DISTRICT; BITTERWATER-TULLY ELEMENTARY SCHOOL DISTRICT; CIENEGA UNION ELEMENTARY SCHOOL DISTRICT; HOLLISTER SCHOOL DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT; NORTH COUNTY JOINT UNION ELEMENTARY SCHOOL DISTRICT; PANOCHE ELEMENTARY SCHOOL DISTRICT; SAN BENITO HIGH SCHOOL DISTRICT; SOUTHSIDE ELEMENTARY SCHOOL DISTRICT; TRES PINOS UNION ELEMENTARY SCHOOL DISTRICT; WILLOW GROVE UNION ELEMENTARY SCHOOL DISTRICT; ADELANTO ELEMENTARY SCHOOL DISTRICT; ALTA LOMA ELEMENTARY SCHOOL DISTRICT; APPLE VALLEY UNIFIED SCHOOL DISTRICT; BAKER VALLEY UNIFIED SCHOOL DISTRICT;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BARSTOW UNIFIED SCHOOL DISTRICT; BEAR VALLEY UNIFIED SCHOOL DISTRICT; CENTRAL ELEMENTARY SCHOOL DISTRICT; CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT; CHINO VALLEY UNIFIED SCHOOL DISTRICT; COLTON JOINT UNIFIED SCHOOL DISTRICT; CUCAMONGA ELEMENTARY SCHOOL DISTRICT; ETIWANDA ELEMENTARY SCHOOL DISTRICT; FONTANA UNIFIED SCHOOL DISTRICT; HELENDALE ELEMENTARY SCHOOL DISTRICT; HESPERIA UNIFIED SCHOOL DISTRICT; LUCERNE VALLEY UNIFIED SCHOOL DISTRICT; MORONGO UNIFIED SCHOOL DISTRICT; MOUNTAIN VIEW ELEMENTARY SCHOOL DISTRICT; MT. BALDY JOINT ELEMENTARY SCHOOL DISTRICT; NEEDLES UNIFIED SCHOOL DISTRICT; ONTARIO-MONTCLAIR SCHOOL DISTRICT; ORO GRANDE SCHOOL DISTRICT; REDLANDS UNIFIED SCHOOL DISTRICT; RIALTO UNIFIED SCHOOL DISTRICT; RIM OF THE WORLD UNIFIED SCHOOL DISTRICT; SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT; SILVER VALLEY UNIFIED SCHOOL DISTRICT; SNOWLINE JOINT UNIFIED SCHOOL DISTRICT; TRONA JOINT UNIFIED SCHOOL DISTRICT; UPLAND UNIFIED SCHOOL DISTRICT; VICTOR ELEMENTARY SCHOOL DISTRICT; VICTOR VALLEY UNION HIGH SCHOOL DISTRICT; YUCAIPA CALIMESA JOINT UNIFIED SCHOOL DISTRICT; ALPINE UNION ELEMENTARY SCHOOL DISTRICT; BONSALL UNIFIED SCHOOL DISTRICT; BORREGO SPRINGS UNIFIED SCHOOL DISTRICT; CAJON VALLEY UNION SCHOOL DISTRICT; CARDIFF ELEMENTARY SCHOOL DISTRICT; CARLSBAD UNIFIED SCHOOL DISTRICT; CHULA VISTA ELEMENTARY SCHOOL DISTRICT; CORONADO UNIFIED SCHOOL DISTRICT; DEHESA ELEMENTARY SCHOOL DISTRICT; DEL MAR UNION ELEMENTARY SCHOOL DISTRICT; ENCINITAS UNION ELEMENTARY SCHOOL DISTRICT; ESCONDIDO UNION SCHOOL DISTRICT; ESCONDIDO UNION HIGH SCHOOL DISTRICT; FALLBROOK UNION ELEMENTARY SCHOOL DISTRICT; FALLBROOK UNION HIGH SCHOOL DISTRICT; GROSSMONT UNION HIGH SCHOOL DISTRICT; JAMUL-DULZURA UNION ELEMENTARY SCHOOL DISTRICT; JULIAN UNION ELEMENTARY SCHOOL DISTRICT; JULIAN UNION HIGH SCHOOL DISTRICT; LA MESA-SPRING VALLEY SCHOOL DISTRICT; LAKESIDE UNION ELEMENTARY SCHOOL DISTRICT; LEMON GROVE SCHOOL DISTRICT; MOUNTAIN EMPIRE UNIFIED SCHOOL**

DISTRICT; NATIONAL ELEMENTARY SCHOOL DISTRICT; OCEANSIDE UNIFIED SCHOOL DISTRICT; POWAY UNIFIED SCHOOL DISTRICT; RAMONA CITY UNIFIED SCHOOL DISTRICT; RANCHO SANTA FE ELEMENTARY SCHOOL DISTRICT; SAN DIEGO UNIFIED SCHOOL DISTRICT; SAN DIEGUITO UNION HIGH SCHOOL DISTRICT; SAN MARCOS UNIFIED SCHOOL DISTRICT; SAN PASQUAL UNION ELEMENTARY SCHOOL DISTRICT; SAN YSIDRO ELEMENTARY SCHOOL DISTRICT; SANTEE SCHOOL DISTRICT; SBC - HIGH TECH HIGH SCHOOL DISTRICT; SBE - AUDEO CHARTER II SCHOOL DISTRICT; SBE - BAYPOINT PREPARATORY ACADEMY SAN DIEGO; SBE - COLLEGE PREPARATORY MIDDLE; SBE - GROSSMONT SECONDARY; SBE - SWEETWATER SECONDARY; SBE - VISTA SPRINGS CHARTER; SOLANA BEACH ELEMENTARY SCHOOL DISTRICT; SOUTH BAY UNION SCHOOL DISTRICT; SPENCER VALLEY ELEMENTARY SCHOOL DISTRICT; SWEETWATER UNION HIGH SCHOOL DISTRICT; VALLECITOS ELEMENTARY SCHOOL DISTRICT; VALLEY CENTER-PAUMA UNIFIED SCHOOL DISTRICT; VISTA UNIFIED SCHOOL DISTRICT; WARNER UNIFIED SCHOOL DISTRICT; SAN FRANCISCO UNIFIED SCHOOL DISTRICT; ;SBE - KIPP BAYVIEW ELEMENTARY SCHOOL DISTRICT; SBE - THE NEW SCHOOL OF SAN FRANCISCO SCHOOL DISTRICT; BANTA ELEMENTARY SCHOOL DISTRICT; ESCALON UNIFIED SCHOOL DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT; LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT; LINCOLN UNIFIED SCHOOL DISTRICT; LINDEN UNIFIED SCHOOL DISTRICT; LODI UNIFIED SCHOOL DISTRICT; MANTECA UNIFIED SCHOOL DISTRICT; NEW HOPE ELEMENTARY SCHOOL DISTRICT; NEW JERUSALEM ELEMENTARY SCHOOL DISTRICT; OAK VIEW UNION ELEMENTARY SCHOOL DISTRICT; RIPON UNIFIED SCHOOL DISTRICT; STOCKTON UNIFIED SCHOOL DISTRICT; TRACY JOINT UNIFIED SCHOOL DISTRICT; ATASCADERO UNIFIED SCHOOL DISTRICT; CAYUCOS ELEMENTARY SCHOOL DISTRICT; COAST UNIFIED SCHOOL DISTRICT; LUCIA MAR UNIFIED SCHOOL DISTRICT; PASO ROBLES JOINT UNIFIED SCHOOL DISTRICT; PLEASANT VALLEY JOINT UNION ELEMENTARY SCHOOL DISTRICT; SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT; SAN MIGUEL JOINT UNION SCHOOL DISTRICT; SHANDON JOINT UNIFIED SCHOOL DISTRICT;

1   TEMPLETON UNIFIED SCHOOL DISTRICT; BAYSHORE
2   ELEMENTARY SCHOOL DISTRICT; BELMONT-REDWOOD SHORES
    ELEMENTARY SCHOOL DISTRICT; BRISBANE ELEMENTARY
3   SCHOOL DISTRICT; BURLINGAME ELEMENTARY SCHOOL
4   DISTRICT; CABRILLO UNIFIED SCHOOL DISTRICT;
    HILLSBOROUGH CITY ELEMENTARY SCHOOL DISTRICT;
5   JEFFERSON ELEMENTARY SCHOOL DISTRICT; JEFFERSON UNION
6   HIGH SCHOOL DISTRICT; LA HONDA-PESCADERO UNIFIED
    SCHOOL DISTRICT; LAS LOMITAS ELEMENTARY SCHOOL
7   DISTRICT; MENLO PARK CITY ELEMENTARY SCHOOL DISTRICT;
8   MILLBRAE ELEMENTARY SCHOOL DISTRICT; PACIFICA SCHOOL
9   DISTRICT; PORTOLA VALLEY ELEMENTARY SCHOOL DISTRICT;
    RAVENSWOOD CITY ELEMENTARY SCHOOL DISTRICT;
10  REDWOOD CITY ELEMENTARY SCHOOL DISTRICT; SAN BRUNO
11  PARK ELEMENTARY SCHOOL DISTRICT; SAN CARLOS
    ELEMENTARY SCHOOL DISTRICT; SAN MATEO UNION HIGH
12  SCHOOL DISTRICT; SAN MATEO-FOSTER CITY SCHOOL
13  DISTRICT; SEQUOIA UNION HIGH SCHOOL DISTRICT; SOUTH SAN
14  FRANCISCO UNIFIED SCHOOL DISTRICT; WOODSIDE
    ELEMENTARY SCHOOL DISTRICT; BALLARD ELEMENTARY
15  SCHOOL DISTRICT; BLOCHMAN UNION ELEMENTARY SCHOOL
16  DISTRICT; BUELLTON UNION ELEMENTARY SCHOOL DISTRICT;
17  CARPINTERIA UNIFIED SCHOOL DISTRICT; COLD SPRING
    ELEMENTARY SCHOOL DISTRICT; COLLEGE ELEMENTARY
18  SCHOOL DISTRICT; CUYAMA JOINT UNIFIED SCHOOL DISTRICT;
19  GOLETA UNION ELEMENTARY SCHOOL DISTRICT; GUADALUPE
20  UNION ELEMENTARY SCHOOL DISTRICT; HOPE ELEMENTARY
    SCHOOL DISTRICT; LOMPOC UNIFIED SCHOOL DISTRICT; LOS
21  OLIVOS ELEMENTARY SCHOOL DISTRICT; MONTECITO UNION
22  ELEMENTARY SCHOOL DISTRICT; ORCUTT UNION ELEMENTARY
    SCHOOL DISTRICT; SANTA BARBARA UNIFIED SCHOOL
23  DISTRICT; SANTA MARIA JOINT UNION HIGH SCHOOL DISTRICT;
24  SANTA MARIA-BONITA SCHOOL DISTRICT; SANTA YNEZ VALLEY
25  UNION HIGH SCHOOL DISTRICT; SBE - OLIVE GROVE CHARTER –
    BUELLTON; SBE - OLIVE GROVE CHARTER – LOMPOC; SBE -
26  OLIVE GROVE CHARTER - ORCUTT/SANTA MARIA; SBE - OLIVE
27  GROVE CHARTER - SANTA BARBARA; SOLVANG ELEMENTARY
    SCHOOL DISTRICT; VISTA DEL MAR UNION SCHOOL DISTRICT;
28

ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT;
BERRYESSA UNION ELEMENTARY SCHOOL DISTRICT; CAMBRIAN
SCHOOL DISTRICT; CAMPBELL UNION SCHOOL DISTRICT;
CAMPBELL UNION HIGH SCHOOL DISTRICT; CUPERTINO UNION
SCHOOL DISTRICT; EAST SIDE UNION HIGH SCHOOL DISTRICT;
EVERGREEN ELEMENTARY SCHOOL DISTRICT; FRANKLIN-
MCKINLEY ELEMENTARY SCHOOL DISTRICT; FREMONT UNION
HIGH SCHOOL DISTRICT; GILROY UNIFIED SCHOOL DISTRICT;
LAKESIDE JOINT SCHOOL DISTRICT; LOMA PRIETA JOINT UNION
ELEMENTARY SCHOOL DISTRICT; LOS ALTOS ELEMENTARY
SCHOOL DISTRICT; LOS GATOS UNION ELEMENTARY SCHOOL
DISTRICT; LOS GATOS-SARATOGA UNION HIGH SCHOOL
DISTRICT; LUTHER BURBANK SCHOOL DISTRICT; METRO
EDUCATION SCHOOL DISTRICT; METROPOLITAN EDUCATION
SCHOOL DISTRICT; MILPITAS UNIFIED SCHOOL DISTRICT;
MORELAND SCHOOL DISTRICT; MORGAN HILL UNIFIED SCHOOL
DISTRICT; MOUNT PLEASANT ELEMENTARY SCHOOL DISTRICT;
MOUNTAIN VIEW WHISMAN SCHOOL DISTRICT; MOUNTAIN
VIEW-LOS ALTOS UNION HIGH SCHOOL DISTRICT; OAK GROVE
ELEMENTARY SCHOOL DISTRICT; ORCHARD ELEMENTARY
SCHOOL DISTRICT; PALO ALTO UNIFIED SCHOOL DISTRICT; SAN
JOSE UNIFIED SCHOOL DISTRICT; SANTA CLARA UNIFIED
SCHOOL DISTRICT; SARATOGA UNION ELEMENTARY SCHOOL
DISTRICT; SBE - KIPP NAVIGATE COLLEGE PREP; SBE -
PERSEVERANCE PREPARATORY; SUNNYVALE SCHOOL DISTRICT;
UNION ELEMENTARY SCHOOL DISTRICT; BONNY DOON UNION
ELEMENTARY SCHOOL DISTRICT; HAPPY VALLEY ELEMENTARY
SCHOOL DISTRICT; LIVE OAK ELEMENTARY SCHOOL DISTRICT;
MOUNTAIN ELEMENTARY SCHOOL DISTRICT; NORTH SANTA
CRUZ COUNTY SELPA SCHOOL DISTRICT; PACIFIC ELEMENTARY
SCHOOL DISTRICT; PAJARO VALLEY UNIFIED SCHOOL DISTRICT;
SAN LORENZO VALLEY UNIFIED SCHOOL DISTRICT; SANTA CRUZ
CITY ELEMENTARY SCHOOL DISTRICT; SANTA CRUZ CITY
ELEMENTARY/HIGH SCHOOL DISTRICT; SANTA CRUZ CITY HIGH
SCHOOL DISTRICT; SBE - WATSONVILLE PREP SCHOOL
DISTRICT; SCOTTS VALLEY UNIFIED SCHOOL DISTRICT; SOQUEL
UNION ELEMENTARY SCHOOL DISTRICT; ANDERSON UNION
HIGH SCHOOL DISTRICT; BELLA VISTA ELEMENTARY SCHOOL

DISTRICT; BLACK BUTTE UNION ELEMENTARY SCHOOL DISTRICT; CASCADE UNION ELEMENTARY SCHOOL DISTRICT; CASTLE ROCK UNION ELEMENTARY SCHOOL DISTRICT; COLUMBIA ELEMENTARY SCHOOL DISTRICT; COTTONWOOD UNION ELEMENTARY SCHOOL DISTRICT;  ENTERPRISE ELEMENTARY SCHOOL DISTRICT; FALL RIVER JOINT UNIFIED SCHOOL DISTRICT; FRENCH GULCH-WHISKEYTOWN ELEMENTARY SCHOOL DISTRICT; GATEWAY UNIFIED SCHOOL DISTRICT; GRANT ELEMENTARY SCHOOL DISTRICT; HAPPY VALLEY UNION ELEMENTARY SCHOOL DISTRICT; IGO, ONO, PLATINA UNION ELEMENTARY SCHOOL DISTRICT; INDIAN SPRINGS ELEMENTARY SCHOOL DISTRICT; JUNCTION ELEMENTARY SCHOOL DISTRICT; MILLVILLE ELEMENTARY SCHOOL DISTRICT; MOUNTAIN UNION ELEMENTARY SCHOOL DISTRICT; MOUNTAIN VALLEY SPECIAL EDUCATION JPA; NORTH COW CREEK ELEMENTARY SCHOOL DISTRICT; OAK RUN ELEMENTARY SCHOOL DISTRICT; PACHECO UNION ELEMENTARY SCHOOL DISTRICT; REDDING ELEMENTARY SCHOOL DISTRICT; SHASTA UNION ELEMENTARY SCHOOL DISTRICT; SHASTA UNION HIGH SCHOOL DISTRICT; WHITMORE UNION ELEMENTARY SCHOOL DISTRICT; SIERRA-PLUMAS JOINT UNIFIED SCHOOL DISTRICT; WILLIAM (R) ROUSE ROP SCHOOL DISTRICT; BIG SPRINGS UNION ELEMENTARY SCHOOL DISTRICT; BOGUS ELEMENTARY SCHOOL DISTRICT; BUTTE VALLEY UNIFIED SCHOOL DISTRICT; BUTTEVILLE UNION ELEMENTARY SCHOOL DISTRICT; DELPHIC ELEMENTARY SCHOOL DISTRICT; DUNSMUIR ELEMENTARY SCHOOL DISTRICT; DUNSMUIR JOINT UNION HIGH SCHOOL DISTRICT; FORKS OF SALMON ELEMENTARY SCHOOL DISTRICT; GAZELLE UNION ELEMENTARY SCHOOL DISTRICT; GRENADA ELEMENTARY SCHOOL DISTRICT; HAPPY CAMP UNION ELEMENTARY SCHOOL DISTRICT; HORNBROOK ELEMENTARY SCHOOL DISTRICT; JUNCTION ELEMENTARY SCHOOL DISTRICT; KLAMATH RIVER UNION ELEMENTARY SCHOOL DISTRICT; LITTLE SHASTA ELEMENTARY SCHOOL DISTRICT; MCCLOUD UNION ELEMENTARY SCHOOL DISTRICT; MONTAGUE ELEMENTARY SCHOOL DISTRICT; MT. SHASTA UNION ELEMENTARY SCHOOL DISTRICT; SCOTT VALLEY UNIFIED SCHOOL DISTRICT; SEIAD

ELEMENTARY SCHOOL DISTRICT; SISKIYOU UNION HIGH
SCHOOL DISTRICT; WEED UNION ELEMENTARY SCHOOL
DISTRICT; WILLOW CREEK ELEMENTARY SCHOOL DISTRICT;
YREKA UNION ELEMENTARY SCHOOL DISTRICT; YREKA UNION
HIGH SCHOOL DISTRICT; BENICIA UNIFIED SCHOOL DISTRICT;
DIXON UNIFIED SCHOOL DISTRICT; FAIRFIELD-SUISUN UNIFIED
SCHOOL DISTRICT; TRAVIS UNIFIED SCHOOL DISTRICT;
VACAVILLE UNIFIED SCHOOL DISTRICT; VALLEJO CITY UNIFIED
SCHOOL DISTRICT; ALEXANDER VALLEY UNION ELEMENTARY
SCHOOL DISTRICT; BELLEVUE UNION SCHOOL DISTRICT;
BENNETT VALLEY UNION ELEMENTARY SCHOOL DISTRICT;
CINNABAR ELEMENTARY SCHOOL DISTRICT; CLOVERDALE
UNIFIED SCHOOL DISTRICT; COTATI-ROHNERT PARK UNIFIED
SCHOOL DISTRICT; DUNHAM ELEMENTARY SCHOOL DISTRICT;
FORESTVILLE UNION ELEMENTARY SCHOOL DISTRICT; FORT
ROSS ELEMENTARY SCHOOL DISTRICT; GEYSERVILLE UNIFIED
SCHOOL DISTRICT; GRAVENSTEIN UNION ELEMENTARY SCHOOL
DISTRICT; GUERNEVILLE ELEMENTARY SCHOOL DISTRICT;
HARMONY UNION ELEMENTARY SCHOOL DISTRICT;
HEALDSBURG UNIFIED SCHOOL DISTRICT; HORICON
ELEMENTARY SCHOOL DISTRICT; KASHIA ELEMENTARY
SCHOOL DISTRICT; KENWOOD SCHOOL DISTRICT; LIBERTY
ELEMENTARY SCHOOL DISTRICT; MARK WEST UNION
ELEMENTARY SCHOOL DISTRICT; MONTE RIO UNION
ELEMENTARY SCHOOL DISTRICT; MONTGOMERY ELEMENTARY
SCHOOL DISTRICT; OAK GROVE UNION ELEMENTARY SCHOOL
DISTRICT; OLD ADOBE UNION SCHOOL DISTRICT; PETALUMA
CITY ELEMENTARY SCHOOL DISTRICT; PETALUMA CITY
ELEMENTARY/JOINT UNION HIGH SCHOOL DISTRICT;
PETALUMA JOINT UNION HIGH SCHOOL DISTRICT; PINER-
OLIVET UNION ELEMENTARY SCHOOL DISTRICT; RINCON
VALLEY UNION ELEMENTARY SCHOOL DISTRICT; ROSELAND
SCHOOL DISTRICT; SANTA ROSA CITY SCHOOLS; SANTA ROSA
ELEMENTARY SCHOOL DISTRICT; SANTA ROSA HIGH SCHOOL
DISTRICT; SEBASTOPOL UNION ELEMENTARY SCHOOL
DISTRICT; SONOMA VALLEY UNIFIED SCHOOL DISTRICT; TWIN
HILLS UNION ELEMENTARY SCHOOL DISTRICT; TWO ROCK
UNION SCHOOL DISTRICT; WAUGH ELEMENTARY SCHOOL

DISTRICT; WEST SIDE UNION ELEMENTARY SCHOOL DISTRICT;
WEST SONOMA COUNTY UNION HIGH SCHOOL DISTRICT;
WILMAR UNION ELEMENTARY SCHOOL DISTRICT; WINDSOR
UNIFIED SCHOOL DISTRICT; WRIGHT ELEMENTARY SCHOOL
DISTRICT; CERES UNIFIED SCHOOL DISTRICT; CHATOM UNION
SCHOOL DISTRICT; DENAIR UNIFIED SCHOOL DISTRICT; EMPIRE
UNION ELEMENTARY SCHOOL DISTRICT; GRATTON
ELEMENTARY SCHOOL DISTRICT; HART-RANSOM UNION
ELEMENTARY SCHOOL DISTRICT; HICKMAN COMMUNITY
CHARTER SCHOOL DISTRICT; HUGHSON UNIFIED SCHOOL
DISTRICT; KEYES UNION SCHOOL DISTRICT; KNIGHTS FERRY
ELEMENTARY SCHOOL DISTRICT; MODESTO CITY ELEMENTARY
SCHOOL DISTRICT; MODESTO CITY HIGH SCHOOL DISTRICT;
MODESTO CITY SCHOOLS; NEWMAN-CROWS LANDING UNIFIED
SCHOOL DISTRICT; OAKDALE JOINT UNIFIED SCHOOL DISTRICT;
PARADISE ELEMENTARY SCHOOL DISTRICT; PATTERSON JOINT
UNIFIED SCHOOL DISTRICT; RIVERBANK UNIFIED SCHOOL
DISTRICT; ROBERTS FERRY UNION ELEMENTARY SCHOOL
DISTRICT; SALIDA UNION ELEMENTARY SCHOOL DISTRICT;
SHILOH ELEMENTARY SCHOOL DISTRICT; STANISLAUS UNION
ELEMENTARY SCHOOL DISTRICT; SYLVAN UNION ELEMENTARY
SCHOOL DISTRICT; TURLOCK UNIFIED SCHOOL DISTRICT;
VALLEY HOME JOINT ELEMENTARY SCHOOL DISTRICT;
WATERFORD UNIFIED SCHOOL DISTRICT; BRITTAN
ELEMENTARY SCHOOL DISTRICT; BROWNS ELEMENTARY
SCHOOL DISTRICT; EAST NICOLAUS JOINT UNION HIGH SCHOOL
DISTRICT; FRANKLIN ELEMENTARY SCHOOL DISTRICT; LIVE
OAK UNIFIED SCHOOL DISTRICT; MARCUM-ILLINOIS UNION
ELEMENTARY SCHOOL DISTRICT; MERIDIAN ELEMENTARY
SCHOOL DISTRICT; NUESTRO ELEMENTARY SCHOOL DISTRICT;
PLEASANT GROVE JOINT UNION SCHOOL DISTRICT; SUTTER
UNION HIGH SCHOOL DISTRICT; WINSHIP-ROBBINS SCHOOL
DISTRICT; YUBA CITY UNIFIED SCHOOL DISTRICT; ANTELOPE
ELEMENTARY SCHOOL DISTRICT; CORNING UNION
ELEMENTARY SCHOOL DISTRICT; CORNING UNION HIGH
SCHOOL DISTRICT; EVERGREEN UNION SCHOOL DISTRICT;
FLOURNOY UNION ELEMENTARY SCHOOL DISTRICT; GERBER
UNION ELEMENTARY SCHOOL DISTRICT; KIRKWOOD

**ELEMENTARY SCHOOL DISTRICT; LASSEN VIEW UNION ELEMENTARY SCHOOL DISTRICT; LOS MOLINOS UNIFIED SCHOOL DISTRICT; RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT; RED BLUFF UNION ELEMENTARY SCHOOL DISTRICT; REEDS CREEK ELEMENTARY SCHOOL DISTRICT; RICHFIELD ELEMENTARY SCHOOL DISTRICT; BURNT RANCH ELEMENTARY SCHOOL DISTRICT; COFFEE CREEK ELEMENTARY SCHOOL DISTRICT; DOUGLAS CITY ELEMENTARY SCHOOL DISTRICT; JUNCTION CITY ELEMENTARY SCHOOL DISTRICT; LEWISTON ELEMENTARY SCHOOL DISTRICT; MOUNTAIN VALLEY UNIFIED SCHOOL DISTRICT; SOUTHERN TRINITY JOINT UNIFIED SCHOOL DISTRICT; TRINITY ALPS UNIFIED SCHOOL DISTRICT; TRINITY CENTER ELEMENTARY SCHOOL DISTRICT; ALLENSWORTH ELEMENTARY SCHOOL DISTRICT; ALPAUGH UNIFIED SCHOOL DISTRICT; ALTA VISTA ELEMENTARY SCHOOL DISTRICT; BUENA VISTA ELEMENTARY SCHOOL DISTRICT; BURTON ELEMENTARY SCHOOL DISTRICT; COLUMBINE ELEMENTARY SCHOOL DISTRICT; CUTLER-OROSI JOINT UNIFIED SCHOOL DISTRICT; DINUBA UNIFIED SCHOOL DISTRICT; DUCOR UNION ELEMENTARY SCHOOL DISTRICT; EARLIMART ELEMENTARY SCHOOL DISTRICT; EXETER UNIFIED SCHOOL DISTRICT; FARMERSVILLE UNIFIED SCHOOL DISTRICT; HOPE ELEMENTARY SCHOOL DISTRICT; HOT SPRINGS ELEMENTARY SCHOOL DISTRICT; KINGS RIVER UNION ELEMENTARY SCHOOL DISTRICT; LIBERTY ELEMENTARY SCHOOL DISTRICT; LINDSAY UNIFIED SCHOOL DISTRICT; MONSON-SULTANA JOINT UNION ELEMENTARY SCHOOL DISTRICT; OAK VALLEY UNION ELEMENTARY SCHOOL DISTRICT; OUTSIDE CREEK ELEMENTARY SCHOOL DISTRICT; PALO VERDE UNION ELEMENTARY SCHOOL DISTRICT; PIXLEY UNION ELEMENTARY SCHOOL DISTRICT; PLEASANT VIEW ELEMENTARY SCHOOL DISTRICT; PORTERVILLE UNIFIED SCHOOL DISTRICT; RICHGROVE ELEMENTARY SCHOOL DISTRICT; ROCKFORD ELEMENTARY SCHOOL DISTRICT; SAUCELITO ELEMENTARY SCHOOL DISTRICT; SEQUOIA UNION ELEMENTARY SCHOOL DISTRICT; SPRINGVILLE UNION ELEMENTARY SCHOOL DISTRICT; STONE CORRAL ELEMENTARY SCHOOL DISTRICT; STRATHMORE UNION ELEMENTARY SCHOOL DISTRICT;**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SUNDALE UNION ELEMENTARY SCHOOL DISTRICT; SUNNYSIDE UNION ELEMENTARY SCHOOL DISTRICT; TERRA BELLA UNION ELEMENTARY SCHOOL DISTRICT; THREE RIVERS UNION ELEMENTARY SCHOOL DISTRICT; TIPTON ELEMENTARY SCHOOL DISTRICT; TRAVER JOINT ELEMENTARY SCHOOL DISTRICT; TULARE CITY SCHOOL DISTRICT; TULARE JOINT UNION HIGH SCHOOL DISTRICT; VISALIA UNIFIED SCHOOL DISTRICT; WAUKENA JOINT UNION ELEMENTARY; WOODLAKE UNIFIED SCHOOL DISTRICT; WOODVILLE UNION ELEMENTARY SCHOOL DISTRICT; BELLEVIEW ELEMENTARY SCHOOL DISTRICT; BIG OAK FLAT-GROVELAND UNIFIED SCHOOL DISTRICT; COLUMBIA UNION SCHOOL DISTRICT; CURTIS CREEK ELEMENTARY SCHOOL DISTRICT; JAMESTOWN ELEMENTARY SCHOOL DISTRICT; SONORA ELEMENTARY SCHOOL DISTRICT; SONORA UNION HIGH SCHOOL DISTRICT; SOULSBYVILLE ELEMENTARY SCHOOL DISTRICT; SUMMERVILLE ELEMENTARY SCHOOL DISTRICT; SUMMERVILLE UNION HIGH SCHOOL DISTRICT; TWAIN HARTE SCHOOL DISTRICT; BRIGGS ELEMENTARY SCHOOL DISTRICT; CONEJO VALLEY UNIFIED SCHOOL DISTRICT; FILLMORE UNIFIED SCHOOL DISTRICT; HUENEME ELEMENTARY SCHOOL DISTRICT; MESA UNION ELEMENTARY SCHOOL DISTRICT; MOORPARK UNIFIED SCHOOL DISTRICT; MUPU ELEMENTARY SCHOOL DISTRICT; OAK PARK UNIFIED SCHOOL DISTRICT; OCEAN VIEW SCHOOL DISTRICT; OJAI UNIFIED SCHOOL DISTRICT; OXNARD SCHOOL DISTRICT; OXNARD UNION HIGH SCHOOL DISTRICT; PLEASANT VALLEY SCHOOL DISTRICT; RIO ELEMENTARY SCHOOL DISTRICT; SANTA CLARA ELEMENTARY SCHOOL DISTRICT; SANTA PAULA UNIFIED SCHOOL DISTRICT; SIMI VALLEY UNIFIED SCHOOL DISTRICT; SOMIS UNION SCHOOL DISTRICT; VENTURA UNIFIED SCHOOL DISTRICT; DAVIS JOINT UNIFIED SCHOOL DISTRICT; ESPARTO UNIFIED SCHOOL DISTRICT; WASHINGTON UNIFIED SCHOOL DISTRICT; WINTERS JOINT UNIFIED SCHOOL DISTRICT; WOODLAND JOINT UNIFIED SCHOOL DISTRICT; CAMPTONVILLE ELEMENTARY SCHOOL DISTRICT; MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT; PLUMAS LAKE ELEMENTARY SCHOOL DISTRICT; WHEATLAND SCHOOL DISTRICT; WHEATLAND UNION**

**HIGH SCHOOL DISTRICT**, as public entities organized and existing pursuant to the laws of the State of California and doing business as public school districts

## ATTACHMENT TO SUMMONS
### TO: (Defendants continued)

**TONY THURMOND**, in his official capacity as State Superintendent of Public Education and Director of Education; **CALIFORNIA DEPARTMENT OF EDUCATION**; **STATE BOARD OF EDUCATION**; **SONIA Y. ANGELL**, in her official capacity as the State Public Health Officer and Department of Public Health Director; **CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; CALIFORNIA DEPARTMENT OF PUBLIC HEALTH; ALAMEDA COUNTY STUDENT EXCHANGE PROG.; ALAMEDA UNIFIED SCHOOL DISTRICT; ALBANY CITY UNIFIED SCHOOL DISTRICT; BERKELEY UNIFIED SCHOOL DISTRICT; CALIFORNIA SCHOOL FOR THE BLIND (STATE SPECIAL SCHOOL); CALIFORNIA SCHOOL FOR THE DEAF-FREMONT (STATE SPECIAL SCHOOL); CASTRO VALLEY UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, NORTHERN CALIFORNIA (STATE SPECIAL SCHOOL); DUBLIN UNIFIED SCHOOL DISTRICT; EMERY UNIFIED SCHOOL DISTRICT; FREMONT UNIFIED SCHOOL DISTRICT; HAYWARD UNIFIED SCHOOL DISTRICT; LIVERMORE VALLEY JOINT UNIFIED SCHOOL DISTRICT; MOUNTAIN HOUSE ELEMENTARY SCHOOL DISTRICT; NEW HAVEN UNIFIED SCHOOL DISTRICT; NEWARK UNIFIED SCHOOL DISTRICT; OAKLAND UNIFIED SCHOOL DISTRICT; PIEDMONT CITY UNIFIED SCHOOL DISTRICT; PLEASANTON UNIFIED SCHOOL DISTRICT; SAN LEANDRO UNIFIED SCHOOL DISTRICT; SAN LORENZO UNIFIED SCHOOL DISTRICT; SBE - LATITUDE 37.8 HIGH SCHOOL; SUNOL GLEN UNIFIED SCHOOL DISTRICT; ALPINE COUNTY UNIFIED SCHOOL DISTRICT; AMADOR; COUNTY UNIFIED SCHOOL DISTRICT; BANGOR UNION ELEMENTARY SCHOOL DISTRICT; BIGGS UNIFIED SCHOOL DISTRICT; CHICO UNIFIED SCHOOL DISTRICT; DURHAM UNIFIED SCHOOL DISTRICT; GOLDEN FEATHER UNION; ELEMENTARY SCHOOL DISTRICT; GRIDLEY UNIFIED SCHOOL DISTRICT; MANZANITA ELEMENTARY SCHOOL DISTRICT; OROVILLE CITY ELEMENTARY SCHOOL DISTRICT; OROVILLE UNION HIGH SCHOOL DISTRICT; PALERMO UNION ELEMENTARY SCHOOL DISTRICT; PARADISE UNIFIED SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; THERMALITO UNION ELEMENTARY SCHOOL DISTRICT; BRET HARTE UNION HIGH SCHOOL DISTRICT; CALAVERAS UNIFIED SCHOOL DISTRICT; MARK TWAIN UNION ELEMENTARY SCHOOL DISTRICT;**

**VALLECITO UNION SCHOOL DISTRICT; COLUSA UNIFIED SCHOOL DISTRICT; MAXWELL UNIFIED SCHOOL DISTRICT; PIERCE JOINT UNIFIED SCHOOL DISTRICT; WILLIAMS UNIFIED SCHOOL DISTRICT; ACALANES UNION HIGH SCHOOL DISTRICT; ANTIOCH UNIFIED SCHOOL DISTRICT; BRENTWOOD UNION ELEMENTARY SCHOOL DISTRICT; BYRON UNION ELEMENTARY SCHOOL DISTRICT; CANYON ELEMENTARY SCHOOL DISTRICT; CONTRA COSTA SELPA SCHOOL DISTRICT; JOHN SWETT UNIFIED SCHOOL DISTRICT; KNIGHTSEN ELEMENTARY SCHOOL DISTRICT; LAFAYETTE ELEMENTARY SCHOOL DISTRICT; LIBERTY UNION HIGH SCHOOL DISTRICT; MARTINEZ UNIFIED SCHOOL DISTRICT; MORAGA ELEMENTARY SCHOOL DISTRICT; MT. DIABLO UNIFIED SCHOOL DISTRICT; OAKLEY UNION ELEMENTARY SCHOOL DISTRICT; ORINDA UNION ELEMENTARY SCHOOL DISTRICT; PITTSBURG UNIFIED SCHOOL DISTRICT; SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT; SBE - JOHN HENRY HIGH SCHOOL DISTRICT; SBE - ROCKETSHIP FUTURO ACADEMY; WALNUT CREEK ELEMENTARY SCHOOL DISTRICT; WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT; DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT; BLACK OAK MINE UNIFIED SCHOOL DISTRICT; BUCKEYE UNION ELEMENTARY SCHOOL DISTRICT; CAMINO UNION ELEMENTARY SCHOOL DISTRICT; EL DORADO UNION HIGH SCHOOL DISTRICT; GOLD OAK UNION ELEMENTARY SCHOOL DISTRICT; GOLD TRAIL UNION ELEMENTARY SCHOOL DISTRICT; INDIAN DIGGINGS ELEMENTARY SCHOOL DISTRICT; LAKE TAHOE UNIFIED SCHOOL DISTRICT; LATROBE SCHOOL DISTRICT SCHOOL DISTRICT; MOTHER LODE UNION ELEMENTARY SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; PLACERVILLE UNION ELEMENTARY SCHOOL DISTRICT; POLLOCK PINES ELEMENTARY SCHOOL DISTRICT; RESCUE UNION ELEMENTARY SCHOOL DISTRICT; SILVER FORK ELEMENTARY SCHOOL DISTRICT; ALVINA ELEMENTARY SCHOOL DISTRICT; BIG CREEK ELEMENTARY SCHOOL DISTRICT; BURREL UNION ELEMENTARY SCHOOL DISTRICT; CARUTHERS UNIFIED SCHOOL DISTRICT; CENTRAL UNIFIED SCHOOL DISTRICT; CLAY JOINT ELEMENTARY SCHOOL DISTRICT; CLOVIS UNIFIED SCHOOL DISTRICT; COALINGA-HURON UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, CENTRAL CALIFORNIA (STATE SPECIAL SCHOOL); FIREBAUGH-LAS DELTAS UNIFIED SCHOOL DISTRICT; FOWLER UNIFIED SCHOOL DISTRICT; FRESNO UNIFIED**

SCHOOL DISTRICT; GOLDEN PLAINS UNIFIED SCHOOL DISTRICT; KERMAN UNIFIED SCHOOL DISTRICT; KINGS CANYON JOINT UNIFIED SCHOOL DISTRICT; KINGSBURG ELEMENTARY CHARTER SCHOOL DISTRICT; KINGSBURG JOINT UNION HIGH SCHOOL DISTRICT; LATON JOINT UNIFIED SCHOOL DISTRICT; MENDOTA UNIFIED SCHOOL DISTRICT; MONROE ELEMENTARY SCHOOL DISTRICT; ORANGE CENTER SCHOOL DISTRICT; PACIFIC UNION ELEMENTARY SCHOOL DISTRICT; PARLIER UNIFIED SCHOOL DISTRICT; PINE RIDGE ELEMENTARY SCHOOL DISTRICT; RAISIN CITY ELEMENTARY SCHOOL DISTRICT; RIVERDALE JOINT UNIFIED SCHOOL DISTRICT; SANGER UNIFIED SCHOOL DISTRICT; SELMA UNIFIED SCHOOL DISTRICT; SIERRA UNIFIED SCHOOL DISTRICT; WASHINGTON COLONY ELEMENTARY SCHOOL DISTRICT; WASHINGTON UNIFIED SCHOOL DISTRICT; WEST PARK ELEMENTARY SCHOOL DISTRICT; WESTSIDE ELEMENTARY SCHOOL DISTRICT; CAPAY JOINT UNION ELEMENTARY SCHOOL DISTRICT; HAMILTON UNIFIED SCHOOL DISTRICT SCHOOL DISTRICT; LAKE ELEMENTARY SCHOOL DISTRICT; ORLAND JOINT UNIFIED SCHOOL DISTRICT; PLAZA ELEMENTARY SCHOOL DISTRICT; PRINCETON JOINT UNIFIED SCHOOL DISTRICT; STONY CREEK JOINT UNIFIED SCHOOL DISTRICT; WILLOWS UNIFIED SCHOOL DISTRICT; ARCATA ELEMENTARY SCHOOL DISTRICT; BIG LAGOON UNION ELEMENTARY SCHOOL DISTRICT; BLUE LAKE UNION ELEMENTARY SCHOOL DISTRICT; BRIDGEVILLE ELEMENTARY SCHOOL DISTRICT; CUDDEBACK UNION ELEMENTARY SCHOOL DISTRICT; CUTTEN ELEMENTARY SCHOOL DISTRICT; EUREKA CITY SCHOOLS SCHOOL DISTRICT; FERNDALE UNIFIED SCHOOL DISTRICT; FIELDBROOK ELEMENTARY SCHOOL DISTRICT; FORTUNA ELEMENTARY SCHOOL DISTRICT; FORTUNA UNION HIGH SCHOOL DISTRICT; FRESHWATER ELEMENTARY SCHOOL DISTRICT; GARFIELD ELEMENTARY SCHOOL DISTRICT; GREEN POINT ELEMENTARY SCHOOL DISTRICT; HYDESVILLE ELEMENTARY SCHOOL DISTRICT; JACOBY CREEK ELEMENTARY SCHOOL DISTRICT; KLAMATH-TRINITY JOINT UNIFIED SCHOOL DISTRICT; KNEELAND ELEMENTARY SCHOOL DISTRICT; LOLETA UNION ELEMENTARY SCHOOL DISTRICT; MAPLE CREEK ELEMENTARY SCHOOL DISTRICT; MATTOLE UNIFIED SCHOOL DISTRICT; MCKINLEYVILLE UNION ELEMENTARY SCHOOL DISTRICT; NORTHERN HUMBOLDT UNION HIGH SCHOOL DISTRICT; ORICK

**ELEMENTARY SCHOOL DISTRICT; PACIFIC UNION ELEMENTARY SCHOOL DISTRICT; PENINSULA UNION SCHOOL DISTRICT; RIO DELL ELEMENTARY SCHOOL DISTRICT; SCOTIA UNION ELEMENTARY SCHOOL DISTRICT; SOUTH BAY UNION ELEMENTARY SCHOOL DISTRICT; SOUTHERN HUMBOLDT JOINT UNIFIED SCHOOL DISTRICT; TRINIDAD UNION ELEMENTARY SCHOOL DISTRICT; BRAWLEY ELEMENTARY SCHOOL DISTRICT; BRAWLEY UNION HIGH SCHOOL DISTRICT; CALEXICO UNIFIED SCHOOL DISTRICT; CALIPATRIA UNIFIED SCHOOL DISTRICT; CENTRAL UNION HIGH SCHOOL DISTRICT; EL CENTRO ELEMENTARY SCHOOL DISTRICT; HEBER ELEMENTARY SCHOOL DISTRICT; HOLTVILLE UNIFIED SCHOOL DISTRICT; IMPERIAL UNIFIED SCHOOL DISTRICT; MAGNOLIA UNION ELEMENTARY SCHOOL DISTRICT; MCCABE UNION ELEMENTARY SCHOOL DISTRICT; MEADOWS UNION ELEMENTARY SCHOOL DISTRICT; MULBERRY ELEMENTARY SCHOOL DISTRICT; SAN PASQUAL VALLEY UNIFIED SCHOOL DISTRICT; SEELEY UNION ELEMENTARY SCHOOL DISTRICT; WESTMORLAND UNION ELEMENTARY SCHOOL DISTRICT; BIG PINE UNIFIED SCHOOL DISTRICT; BISHOP UNIFIED SCHOOL DISTRICT; DEATH VALLEY UNIFIED SCHOOL DISTRICT; INYO COUNTY CAREER TECHNICAL EDUCATION; LONE PINE UNIFIED SCHOOL DISTRICT; OWENS VALLEY UNIFIED SCHOOL DISTRICT; ROUND VALLEY JOINT ELEMENTARY SCHOOL DISTRICT; ARVIN UNION SCHOOL DISTRICT; BAKERSFIELD CITY SCHOOL DISTRICT;  BEARDSLEY ELEMENTARY SCHOOL DISTRICT; BELRIDGE ELEMENTARY SCHOOL DISTRICT; BLAKE ELEMENTARY SCHOOL DISTRICT; BUTTONWILLOW UNION ELEMENTARY SCHOOL DISTRICT; CALIENTE UNION ELEMENTARY SCHOOL DISTRICT; DELANO JOINT UNION HIGH SCHOOL DISTRICT; DELANO UNION ELEMENTARY SCHOOL DISTRICT; DI GIORGIO ELEMENTARY SCHOOL DISTRICT; EDISON ELEMENTARY SCHOOL DISTRICT; EL TEJON UNIFIED SCHOOL DISTRICT; ELK HILLS ELEMENTARY SCHOOL DISTRICT; FAIRFAX ELEMENTARY SCHOOL DISTRICT; FRUITVALE ELEMENTARY SCHOOL DISTRICT; GENERAL SHAFTER ELEMENTARY SCHOOL DISTRICT; GREENFIELD UNION SCHOOL DISTRICT; KERN HIGH SCHOOL DISTRICT; KERNVILLE UNION ELEMENTARY SCHOOL DISTRICT; LAKESIDE UNION SCHOOL DISTRICT; LAMONT ELEMENTARY SCHOOL DISTRICT; LINNS VALLEY-POSO FLAT UNION SCHOOL DISTRICT; LOST HILLS**

UNION ELEMENTARY SCHOOL DISTRICT; MAPLE ELEMENTARY SCHOOL DISTRICT; MARICOPA UNIFIED SCHOOL DISTRICT; MCFARLAND UNIFIED SCHOOL DISTRICT; MCKITTRICK ELEMENTARY SCHOOL DISTRICT; MIDWAY ELEMENTARY SCHOOL DISTRICT; MOJAVE UNIFIED SCHOOL DISTRICT; MUROC JOINT UNIFIED SCHOOL DISTRICT; NORRIS ELEMENTARY SCHOOL DISTRICT; PANAMA-BUENA VISTA UNION SCHOOL DISTRICT; POND UNION ELEMENTARY SCHOOL DISTRICT; RAND JOINT ELEMENTARY SCHOOL DISTRICT; RICHLAND UNION ELEMENTARY SCHOOL DISTRICT; RIO BRAVO-GREELEY UNION ELEMENTARY SCHOOL DISTRICT; ROSEDALE UNION ELEMENTARY SCHOOL DISTRICT; SEMITROPIC ELEMENTARY SCHOOL DISTRICT; SIERRA SANDS UNIFIED SCHOOL DISTRICT; SOUTH FORK UNION SCHOOL DISTRICT; SOUTHERN KERN UNIFIED SCHOOL DISTRICT; STANDARD ELEMENTARY SCHOOL DISTRICT; TAFT CITY SCHOOL DISTRICT; TAFT UNION HIGH SCHOOL DISTRICT; TEHACHAPI UNIFIED SCHOOL DISTRICT; VINELAND ELEMENTARY SCHOOL DISTRICT; WASCO UNION ELEMENTARY SCHOOL DISTRICT; WASCO UNION HIGH SCHOOL DISTRICT; ARMONA UNION ELEMENTARY SCHOOL DISTRICT; CENTRAL UNION ELEMENTARY SCHOOL DISTRICT; CORCORAN JOINT UNIFIED SCHOOL DISTRICT; HANFORD ELEMENTARY SCHOOL DISTRICT; HANFORD JOINT UNION HIGH SCHOOL DISTRICT; ISLAND UNION ELEMENTARY SCHOOL DISTRICT; KINGS RIVER-HARDWICK UNION ELEMENTARY SCHOOL DISTRICT; KIT CARSON UNION ELEMENTARY SCHOOL DISTRICT; LAKESIDE UNION ELEMENTARY SCHOOL DISTRICT; LEMOORE UNION ELEMENTARY SCHOOL DISTRICT; LEMOORE UNION HIGH SCHOOL DISTRICT; PIONEER UNION ELEMENTARY SCHOOL DISTRICT; REEF-SUNSET UNIFIED SCHOOL DISTRICT; KELSEYVILLE UNIFIED SCHOOL DISTRICT; KONOCTI UNIFIED SCHOOL DISTRICT; LAKEPORT UNIFIED SCHOOL DISTRICT; LUCERNE ELEMENTARY SCHOOL DISTRICT; MIDDLETOWN UNIFIED SCHOOL DISTRICT; UPPER LAKE UNIFIED SCHOOL DISTRICT; BIG VALLEY JOINT UNIFIED SCHOOL DISTRICT; FORT SAGE UNIFIED SCHOOL DISTRICT; JANESVILLE UNION ELEMENTARY SCHOOL DISTRICT; JOHNSTONVILLE ELEMENTARY SCHOOL DISTRICT; LASSEN UNION HIGH SCHOOL DISTRICT; RAVENDALE-TERMO ELEMENTARY SCHOOL DISTRICT; RICHMOND ELEMENTARY SCHOOL DISTRICT; SHAFFER UNION

ELEMENTARY SCHOOL DISTRICT; SUSANVILLE ELEMENTARY SCHOOL DISTRICT; WESTWOOD UNIFIED SCHOOL DISTRICT; ABC UNIFIED SCHOOL DISTRICT; ACTON-AGUA DULCE UNIFIED SCHOOL DISTRICT; ALHAMBRA UNIFIED SCHOOL DISTRICT; ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT; ARCADIA UNIFIED SCHOOL DISTRICT; AZUSA UNIFIED SCHOOL DISTRICT; BALDWIN PARK UNIFIED SCHOOL DISTRICT; BASSETT UNIFIED SCHOOL DISTRICT; BELLFLOWER UNIFIED SCHOOL DISTRICT; BEVERLY HILLS UNIFIED SCHOOL DISTRICT; BONITA UNIFIED SCHOOL DISTRICT; BURBANK UNIFIED SCHOOL DISTRICT; CASTAIC UNION SCHOOL DISTRICT; CENTINELA VALLEY UNION HIGH SCHOOL DISTRICT; CHARTER OAK UNIFIED SCHOOL DISTRICT; CLAREMONT UNIFIED SCHOOL DISTRICT; COMPTON UNIFIED SCHOOL DISTRICT; COVINA-VALLEY UNIFIED SCHOOL DISTRICT; CULVER CITY UNIFIED SCHOOL DISTRICT; DIAGNOSTIC CENTER, SOUTHERN CALIFORNIA (STATE SPECIAL SCHOOL); DOWNEY UNIFIED SCHOOL DISTRICT; DUARTE UNIFIED SCHOOL DISTRICT; EAST WHITTIER CITY ELEMENTARY SCHOOL DISTRICT; EASTSIDE UNION ELEMENTARY SCHOOL DISTRICT; EL MONTE CITY SCHOOL DISTRICT; EL MONTE UNION HIGH SCHOOL DISTRICT; EL RANCHO UNIFIED SCHOOL DISTRICT; EL SEGUNDO UNIFIED SCHOOL DISTRICT; GARVEY ELEMENTARY SCHOOL DISTRICT; GLENDALE UNIFIED SCHOOL DISTRICT; GLENDORA UNIFIED SCHOOL DISTRICT; GORMAN JOINT SCHOOL DISTRICT HACIENDA LA PUENTE UNIFIED SCHOOL DISTRICT; HAWTHORNE SCHOOL DISTRICT; HERMOSA BEACH CITY ELEMENTARY SCHOOL DISTRICT; HUGHES-ELIZABETH LAKES UNION ELEMENTARY SCHOOL DISTRICT; INGLEWOOD UNIFIED SCHOOL DISTRICT; KEPPEL UNION ELEMENTARY SCHOOL DISTRICT; LA CANADA UNIFIED SCHOOL DISTRICT; LANCASTER ELEMENTARY SCHOOL DISTRICT; LAS VIRGENES UNIFIED SCHOOL DISTRICT; LAWNDALE ELEMENTARY SCHOOL DISTRICT; LENNOX SCHOOL DISTRICT; LITTLE LAKE CITY ELEMENTARY SCHOOL DISTRICT; LONG BEACH UNIFIED SCHOOL DISTRICT; LOS ANGELES COUNTY OFFICE OF EDUCATION; LOS ANGELES UNIFIED SCHOOL DISTRICT; LOS NIETOS SCHOOL DISTRICT; LOWELL JOINT SCHOOL DISTRICT; LYNWOOD UNIFIED SCHOOL DISTRICT; MANHATTAN BEACH UNIFIED SCHOOL DISTRICT ; MONROVIA UNIFIED SCHOOL DISTRICT; MONTEBELLO UNIFIED SCHOOL DISTRICT; MOUNTAIN VIEW ELEMENTARY SCHOOL DISTRICT;

NEWHALL SCHOOL DISTRICT; NORWALK-LA MIRADA UNIFIED
SCHOOL DISTRICT; PALMDALE ELEMENTARY SCHOOL DISTRICT;
PALOS VERDES PENINSULA UNIFIED SCHOOL DISTRICT;
PARAMOUNT UNIFIED SCHOOL DISTRICT; PASADENA UNIFIED
SCHOOL DISTRICT; POMONA UNIFIED SCHOOL DISTRICT;
REDONDO BEACH UNIFIED SCHOOL DISTRICT; ROSEMEAD
ELEMENTARY SCHOOL DISTRICT; ROWLAND UNIFIED SCHOOL
DISTRICT; SAN GABRIEL UNIFIED SCHOOL DISTRICT; SAN
MARINO UNIFIED SCHOOL DISTRICT; SANTA MONICA-MALIBU
UNIFIED SCHOOL DISTRICT; SAUGUS UNION SCHOOL DISTRICT;
SBE - ACADEMIA AVANCE CHARTER; SBE - CELERITY HIMALIA;
SBE - LOS ANGELES COLLEGE PREP ACADEMY; SBE - NEW WEST
CHARTER; SBE - PREPA TEC LOS ANGELES HIGH; SBE - THE
SCHOOL OF ARTS AND ENTERPRISE; SOUTH PASADENA UNIFIED
SCHOOL DISTRICT; SOUTH WHITTIER ELEMENTARY SCHOOL
DISTRICT; SULPHUR SPRINGS UNION SCHOOL DISTRICT; TEMPLE
CITY UNIFIED SCHOOL DISTRICT; TORRANCE UNIFIED SCHOOL
DISTRICT; VALLE LINDO ELEMENTARY SCHOOL DISTRICT;
WALNUT VALLEY UNIFIED SCHOOL DISTRICT; WEST COVINA
UNIFIED SCHOOL DISTRICT; WESTSIDE UNION ELEMENTARY
SCHOOL DISTRICT; WHITTIER CITY ELEMENTARY SCHOOL
DISTRICT; WHITTIER UNION HIGH SCHOOL DISTRICT; WILLIAM S.
HART UNION HIGH SCHOOL DISTRICT; WILSONA ELEMENTARY
SCHOOL DISTRICT; WISEBURN UNIFIED SCHOOL DISTRICT;
ALVIEW-DAIRYLAND UNION ELEMENTARY SCHOOL DISTRICT;
BASS LAKE JOINT UNION ELEMENTARY SCHOOL DISTRICT;
CHAWANAKEE UNIFIED SCHOOL DISTRICT; CHOWCHILLA
ELEMENTARY SCHOOL DISTRICT; CHOWCHILLA UNION HIGH
SCHOOL DISTRICT; GOLDEN VALLEY UNIFIED SCHOOL DISTRICT;
MADERA UNIFIED SCHOOL DISTRICT; RAYMOND-KNOWLES
UNION ELEMENTARY SCHOOL DISTRICT; YOSEMITE UNIFIED
SCHOOL DISTRICT; BOLINAS-STINSON UNION SCHOOL DISTRICT;
KENTFIELD ELEMENTARY SCHOOL DISTRICT; LAGUNA JOINT
ELEMENTARY SCHOOL DISTRICT; LAGUNITAS ELEMENTARY
SCHOOL DISTRICT; LARKSPUR-CORTE MADERA SCHOOL
DISTRICT; LINCOLN ELEMENTARY SCHOOL DISTRICT; MILL
VALLEY ELEMENTARY SCHOOL DISTRICT; MILLER CREEK
ELEMENTARY SCHOOL DISTRICT; NICASIO SCHOOL DISTRICT;
NOVATO UNIFIED SCHOOL DISTRICT; REED UNION ELEMENTARY
SCHOOL DISTRICT; ROSS ELEMENTARY SCHOOL DISTRICT; ROSS

VALLEY ELEMENTARY SCHOOL DISTRICT; SAN RAFAEL CITY
ELEMENTARY SCHOOL DISTRICT; SAN RAFAEL CITY HIGH
SCHOOL DISTRICT; SAUSALITO MARIN CITY SCHOOL DISTRICT;
SBE - ROSS VALLEY ELEMENTARY SCHOOL DISTRICT; SHORELINE
UNIFIED SCHOOL DISTRICT; TAMALPAIS UNION HIGH SCHOOL
DISTRICT; MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT;
ANDERSON VALLEY UNIFIED SCHOOL DISTRICT; ARENA UNION
ELEMENTARY SCHOOL DISTRICT; ARENA UNION
ELEMENTARY/POINT ARENA JOINT UNION HIGH SCHOOL
DISTRICT; FORT BRAGG UNIFIED SCHOOL DISTRICT;
LAYTONVILLE UNIFIED SCHOOL DISTRICT; LEGGETT VALLEY
UNIFIED SCHOOL DISTRICT; MANCHESTER UNION ELEMENTARY
SCHOOL DISTRICT; MENDOCINO UNIFIED SCHOOL DISTRICT;
POINT ARENA JOINT UNION HIGH SCHOOL DISTRICT;
POTTERVALLEY COMMUNITY UNIFIED SCHOOL DISTRICT;
ROUND VALLEY UNIFIED SCHOOL DISTRICT; UKIAH UNIFIED
SCHOOL DISTRICT; WILLITS UNIFIED SCHOOL DISTRICT;
ATWATER ELEMENTARY SCHOOL DISTRICT; BALLICO-CRESSEY
ELEMENTARY SCHOOL DISTRICT SCHOOL DISTRICT; DELHI
UNIFIED SCHOOL DISTRICT;  DOS PALOS ORO LOMA JOINT
UNIFIED SCHOOL DISTRICT; EL NIDO ELEMENTARY SCHOOL
DISTRICT;  GUSTINE UNIFIED SCHOOL DISTRICT; HILMAR
UNIFIED SCHOOL DISTRICT; LE GRAND UNION ELEMENTARY
SCHOOL DISTRICT; LE GRAND UNION HIGH SCHOOL DISTRICT;
LIVINGSTON UNION SCHOOL DISTRICT; LOS BANOS UNIFIED
SCHOOL DISTRICT; MCSWAIN UNION ELEMENTARY SCHOOL
DISTRICT; MERCED CITY ELEMENTARY SCHOOL DISTRICT;
MERCED RIVER UNION ELEMENTARY SCHOOL DISTRICT;
MERCED UNION HIGH SCHOOL DISTRICT; PLAINSBURG UNION
ELEMENTARY SCHOOL DISTRICT; PLANADA ELEMENTARY
SCHOOL DISTRICT; SNELLING-MERCED FALLS UNION
ELEMENTARY SCHOOL DISTRICT; WEAVER UNION SCHOOL
DISTRICT; WINTON SCHOOL DISTRICT; MODOC JOINT UNIFIED
SCHOOL DISTRICT; SURPRISE VALLEY JOINT UNIFIED SCHOOL
DISTRICT; TULELAKE BASIN JOINT UNIFIED SCHOOL DISTRICT;
EASTERN SIERRA UNIFIED SCHOOL DISTRICT; MAMMOTH
UNIFIED SCHOOL DISTRICT; ALISAL UNION SCHOOL DISTRICT;
BIG SUR UNIFIED SCHOOL DISTRICT; BRADLEY UNION
ELEMENTARY SCHOOL DISTRICT; CARMEL UNIFIED SCHOOL
DISTRICT; CHUALAR UNION SCHOOL DISTRICT; GONZALES

UNIFIED SCHOOL DISTRICT; GRAVES ELEMENTARY SCHOOL DISTRICT; GREENFIELD UNION ELEMENTARY SCHOOL DISTRICT; KING CITY UNION SCHOOL DISTRICT; LAGUNITA ELEMENTARY SCHOOL DISTRICT; MISSION UNION ELEMENTARY SCHOOL DISTRICT; MONTEREY PENINSULA UNIFIED SCHOOL DISTRICT; NORTH MONTEREY COUNTY UNIFIED SCHOOL DISTRICT; PACIFIC GROVE UNIFIED SCHOOL DISTRICT; SALINAS CITY ELEMENTARY SCHOOL DISTRICT; SALINAS UNION HIGH SCHOOL DISTRICT; SAN ANTONIO UNION ELEMENTARY SCHOOL DISTRICT; SAN ARDO UNION ELEMENTARY SCHOOL DISTRICT; SAN LUCAS UNION ELEMENTARY SCHOOL DISTRICT; SANTA RITA UNION ELEMENTARY SCHOOL DISTRICT; SOLEDAD UNIFIED SCHOOL DISTRICT; SOUTH MONTEREY COUNTY JOINT UNION HIGH SCHOOL DISTRICT; SPRECKELS UNION ELEMENTARY SCHOOL DISTRICT; WASHINGTON UNION ELEMENTARY SCHOOL DISTRICT; CALISTOGA JOINT UNIFIED SCHOOL DISTRICT; HOWELL MOUNTAIN ELEMENTARY SCHOOL DISTRICT; NAPA VALLEY UNIFIED SCHOOL DISTRICT; POPE VALLEY UNION ELEMENTARY SCHOOL DISTRICT; SAINT HELENA UNIFIED SCHOOL DISTRICT; CHICAGO PARK ELEMENTARY SCHOOL DISTRICT; CLEAR CREEK ELEMENTARY SCHOOL DISTRICT; GRASS VALLEY ELEMENTARY SCHOOL DISTRICT; NEVADA CITY ELEMENTARY SCHOOL DISTRICT; ;NEVADA JOINT UNION HIGH SCHOOL DISTRICT; PENN VALLEY UNION ELEMENTARY SCHOOL DISTRICT; PLEASANT RIDGE UNION ELEMENTARY SCHOOL DISTRICT; TWIN RIDGES ELEMENTARY SCHOOL DISTRICT; UNION HILL ELEMENTARY SCHOOL DISTRICT; ANAHEIM ELEMENTARY SCHOOL DISTRICT; ANAHEIM UNION HIGH SCHOOL DISTRICT; BREA-OLINDA UNIFIED SCHOOL DISTRICT; BUENA PARK ELEMENTARY SCHOOL DISTRICT; CAPISTRANO UNIFIED SCHOOL DISTRICT; CENTRAL ORANGE COUNTY CTE PARTNERSHIP; CENTRALIA ELEMENTARY SCHOOL DISTRICT; COLLEGE AND CAREER ADVANTAGE; CYPRESS ELEMENTARY SCHOOL DISTRICT; FOUNTAIN VALLEY ELEMENTARY SCHOOL DISTRICT; FULLERTON ELEMENTARY SCHOOL DISTRICT; FULLERTON JOINT UNION HIGH SCHOOL DISTRICT; GARDEN GROVE UNIFIED SCHOOL DISTRICT; HUNTINGTON BEACH CITY ELEMENTARY SCHOOL DISTRICT; HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT; IRVINE UNIFIED SCHOOL DISTRICT; LA HABRA CITY ELEMENTARY SCHOOL DISTRICT; LAGUNA BEACH UNIFIED

SCHOOL DISTRICT; LOS ALAMITOS UNIFIED SCHOOL DISTRICT; MAGNOLIA ELEMENTARY SCHOOL DISTRICT; NEWPORT-MESA UNIFIED SCHOOL DISTRICT; OCEAN VIEW SCHOOL DISTRICT; ORANGE UNIFIED SCHOOL DISTRICT; PLACENTIA-YORBA LINDA UNIFIED SCHOOL DISTRICT; SADDLEBACK VALLEY UNIFIED SCHOOL DISTRICT; SANTA ANA UNIFIED SCHOOL DISTRICT; SAVANNA ELEMENTARY SCHOOL DISTRICT; SBE - MAGNOLIA SCIENCE ACADEMY SANTA ANA; TUSTIN UNIFIED SCHOOL DISTRICT; WESTMINSTER SCHOOL DISTRICT; OUT-OF-STATE, NON-PUBLIC, NON-SECTARIAN SCHOOLS; ACKERMAN CHARTER SCHOOL DISTRICT; ALTA-DUTCH FLAT UNION ELEMENTARY SCHOOL DISTRICT; AUBURN UNION ELEMENTARY SCHOOL DISTRICT; COLFAX ELEMENTARY SCHOOL DISTRICT; DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT; EUREKA UNION SCHOOL DISTRICT; FORESTHILL UNION ELEMENTARY SCHOOL DISTRICT; LOOMIS UNION ELEMENTARY SCHOOL DISTRICT; NEWCASTLE ELEMENTARY SCHOOL DISTRICT; PLACER HILLS UNION ELEMENTARY SCHOOL DISTRICT; PLACER UNION HIGH SCHOOL DISTRICT; ROCKLIN UNIFIED SCHOOL DISTRICT; ROSEVILLE CITY ELEMENTARY SCHOOL DISTRICT; ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT; TAHOE-TRUCKEE UNIFIED SCHOOL DISTRICT; WESTERN PLACER UNIFIED SCHOOL DISTRICT; PLUMAS UNIFIED SCHOOL DISTRICT; ALVORD UNIFIED SCHOOL DISTRICT; BANNING UNIFIED SCHOOL DISTRICT; BEAUMONT UNIFIED SCHOOL DISTRICT; CALIFORNIA SCHOOL FOR THE DEAF-RIVERSIDE (STATE SPECIAL SCHOOL); COACHELLA VALLEY UNIFIED SCHOOL DISTRICT; CORONA-NORCO UNIFIED SCHOOL DISTRICT; DESERT CENTER UNIFIED SCHOOL DISTRICT; DESERT SANDS UNIFIED SCHOOL DISTRICT; HEMET UNIFIED SCHOOL DISTRICT; JURUPA UNIFIED SCHOOL DISTRICT; LAKE ELSINORE UNIFIED SCHOOL DISTRICT; MENIFEE UNION ELEMENTARY SCHOOL DISTRICT; MORENO VALLEY UNIFIED SCHOOL DISTRICT; MURRIETA VALLEY UNIFIED SCHOOL DISTRICT; NUVIEW UNION SCHOOL DISTRICT; PALM SPRINGS UNIFIED SCHOOL DISTRICT; PALO VERDE UNIFIED SCHOOL DISTRICT; PERRIS ELEMENTARY SCHOOL DISTRICT; PERRIS UNION HIGH SCHOOL DISTRICT; RIVERSIDE UNIFIED SCHOOL DISTRICT; ROMOLAND ELEMENTARY SCHOOL DISTRICT; SAN JACINTO UNIFIED SCHOOL DISTRICT; TEMECULA VALLEY UNIFIED SCHOOL DISTRICT; VAL VERDE UNIFIED SCHOOL DISTRICT; ARCOHE UNION

**ELEMENTARY SCHOOL DISTRICT; CENTER JOINT UNIFIED SCHOOL DISTRICT; ELK GROVE UNIFIED SCHOOL DISTRICT; ELVERTA JOINT ELEMENTARY SCHOOL DISTRICT; FOLSOM-CORDOVA UNIFIED SCHOOL DISTRICT; GALT JOINT UNION ELEMENTARY SCHOOL DISTRICT; GALT JOINT UNION HIGH SCHOOL DISTRICT; NATOMAS UNIFIED SCHOOL DISTRICT;  RIVER DELTA JOINT UNIFIED SCHOOL DISTRICT; ROBLA ELEMENTARY SCHOOL DISTRICT; SACRAMENTO CITY UNIFIED SCHOOL DISTRICT; SAN JUAN UNIFIED SCHOOL DISTRICT; TWIN RIVERS UNIFIED SCHOOL DISTRICT; AROMAS - SAN JUAN UNIFIED SCHOOL DISTRICT; BITTERWATER-TULLY ELEMENTARY SCHOOL DISTRICT; CIENEGA UNION ELEMENTARY SCHOOL DISTRICT; HOLLISTER SCHOOL DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT; NORTH COUNTY JOINT UNION ELEMENTARY SCHOOL DISTRICT; PANOCHE ELEMENTARY SCHOOL DISTRICT; SAN BENITO HIGH SCHOOL DISTRICT; SOUTHSIDE ELEMENTARY SCHOOL DISTRICT; TRES PINOS UNION ELEMENTARY SCHOOL DISTRICT; WILLOW GROVE UNION ELEMENTARY SCHOOL DISTRICT; ADELANTO ELEMENTARY SCHOOL DISTRICT; ALTA LOMA ELEMENTARY SCHOOL DISTRICT; APPLE VALLEY UNIFIED SCHOOL DISTRICT; BAKER VALLEY UNIFIED SCHOOL DISTRICT; BARSTOW UNIFIED SCHOOL DISTRICT; BEAR VALLEY UNIFIED SCHOOL DISTRICT; CENTRAL ELEMENTARY SCHOOL DISTRICT; CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT; CHINO VALLEY UNIFIED SCHOOL DISTRICT; COLTON JOINT UNIFIED SCHOOL DISTRICT; CUCAMONGA ELEMENTARY SCHOOL DISTRICT; ETIWANDA ELEMENTARY SCHOOL DISTRICT; FONTANA UNIFIED SCHOOL DISTRICT; HELENDALE ELEMENTARY SCHOOL DISTRICT; HESPERIA UNIFIED SCHOOL DISTRICT; LUCERNE VALLEY UNIFIED SCHOOL DISTRICT; MORONGO UNIFIED SCHOOL DISTRICT; MOUNTAIN VIEW ELEMENTARY SCHOOL DISTRICT; MT. BALDY JOINT ELEMENTARY SCHOOL DISTRICT; NEEDLES UNIFIED SCHOOL DISTRICT; ONTARIO-MONTCLAIR SCHOOL DISTRICT; ORO GRANDE SCHOOL DISTRICT; REDLANDS UNIFIED SCHOOL DISTRICT; RIALTO UNIFIED SCHOOL DISTRICT; RIM OF THE WORLD UNIFIED SCHOOL DISTRICT; SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT; SILVER VALLEY UNIFIED SCHOOL DISTRICT; SNOWLINE JOINT UNIFIED SCHOOL DISTRICT; TRONA JOINT UNIFIED SCHOOL DISTRICT; UPLAND UNIFIED SCHOOL DISTRICT; VICTOR ELEMENTARY SCHOOL DISTRICT; VICTOR**

VALLEY UNION HIGH SCHOOL DISTRICT; YUCAIPA CALIMESA JOINT UNIFIED SCHOOL DISTRICT; ALPINE UNION ELEMENTARY SCHOOL DISTRICT; BONSALL UNIFIED SCHOOL DISTRICT; BORREGO SPRINGS UNIFIED SCHOOL DISTRICT; CAJON VALLEY UNION SCHOOL DISTRICT; CARDIFF ELEMENTARY SCHOOL DISTRICT; CARLSBAD UNIFIED SCHOOL DISTRICT; CHULA VISTA ELEMENTARY SCHOOL DISTRICT; CORONADO UNIFIED SCHOOL DISTRICT; DEHESA ELEMENTARY SCHOOL DISTRICT; DEL MAR UNION ELEMENTARY SCHOOL DISTRICT; ENCINITAS UNION ELEMENTARY SCHOOL DISTRICT; ESCONDIDO UNION SCHOOL DISTRICT; ESCONDIDO UNION HIGH SCHOOL DISTRICT; FALLBROOK UNION ELEMENTARY SCHOOL DISTRICT; FALLBROOK UNION HIGH SCHOOL DISTRICT; GROSSMONT UNION HIGH SCHOOL DISTRICT; JAMUL-DULZURA UNION ELEMENTARY SCHOOL DISTRICT; JULIAN UNION ELEMENTARY SCHOOL DISTRICT; JULIAN UNION HIGH SCHOOL DISTRICT; LA MESA-SPRING VALLEY SCHOOL DISTRICT; LAKESIDE UNION ELEMENTARY SCHOOL DISTRICT; LEMON GROVE SCHOOL DISTRICT; MOUNTAIN EMPIRE UNIFIED SCHOOL DISTRICT; NATIONAL ELEMENTARY SCHOOL DISTRICT; OCEANSIDE UNIFIED SCHOOL DISTRICT; POWAY UNIFIED SCHOOL DISTRICT; RAMONA CITY UNIFIED SCHOOL DISTRICT; RANCHO SANTA FE ELEMENTARY SCHOOL DISTRICT; SAN DIEGO UNIFIED SCHOOL DISTRICT; SAN DIEGUITO UNION HIGH SCHOOL DISTRICT; SAN MARCOS UNIFIED SCHOOL DISTRICT; SAN PASQUAL UNION ELEMENTARY SCHOOL DISTRICT; SAN YSIDRO ELEMENTARY SCHOOL DISTRICT; SANTEE SCHOOL DISTRICT; SBC - HIGH TECH HIGH SCHOOL DISTRICT; SBE - AUDEO CHARTER II SCHOOL DISTRICT; SBE - BAYPOINT PREPARATORY ACADEMY SAN DIEGO; SBE - COLLEGE PREPARATORY MIDDLE; SBE - GROSSMONT SECONDARY; SBE - SWEETWATER SECONDARY; SBE - VISTA SPRINGS CHARTER; SOLANA BEACH ELEMENTARY SCHOOL DISTRICT; SOUTH BAY UNION SCHOOL DISTRICT; SPENCER VALLEY ELEMENTARY SCHOOL DISTRICT; SWEETWATER UNION HIGH SCHOOL DISTRICT; VALLECITOS ELEMENTARY SCHOOL DISTRICT; VALLEY CENTER-PAUMA UNIFIED SCHOOL DISTRICT; VISTA UNIFIED SCHOOL DISTRICT; WARNER UNIFIED SCHOOL DISTRICT; SAN FRANCISCO UNIFIED SCHOOL DISTRICT; ;SBE - KIPP BAYVIEW ELEMENTARY SCHOOL DISTRICT; SBE - THE NEW SCHOOL OF SAN FRANCISCO SCHOOL DISTRICT; BANTA

ELEMENTARY SCHOOL DISTRICT; ESCALON UNIFIED SCHOOL
DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT;
LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT; LINCOLN
UNIFIED SCHOOL DISTRICT; LINDEN UNIFIED SCHOOL DISTRICT;
LODI UNIFIED SCHOOL DISTRICT; MANTECA UNIFIED SCHOOL
DISTRICT; NEW HOPE ELEMENTARY SCHOOL DISTRICT; NEW
JERUSALEM ELEMENTARY SCHOOL DISTRICT; OAK VIEW UNION
ELEMENTARY SCHOOL DISTRICT; RIPON UNIFIED SCHOOL
DISTRICT; STOCKTON UNIFIED SCHOOL DISTRICT; TRACY JOINT
UNIFIED SCHOOL DISTRICT; ATASCADERO UNIFIED SCHOOL
DISTRICT; CAYUCOS ELEMENTARY SCHOOL DISTRICT; COAST
UNIFIED SCHOOL DISTRICT; LUCIA MAR UNIFIED SCHOOL
DISTRICT; PASO ROBLES JOINT UNIFIED SCHOOL DISTRICT;
PLEASANT VALLEY JOINT UNION ELEMENTARY SCHOOL
DISTRICT; SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT; SAN
MIGUEL JOINT UNION SCHOOL DISTRICT; SHANDON JOINT
UNIFIED SCHOOL DISTRICT; TEMPLETON UNIFIED SCHOOL
DISTRICT; BAYSHORE ELEMENTARY SCHOOL DISTRICT;
BELMONT-REDWOOD SHORES ELEMENTARY SCHOOL DISTRICT;
BRISBANE ELEMENTARY SCHOOL DISTRICT; BURLINGAME
ELEMENTARY SCHOOL DISTRICT; CABRILLO UNIFIED SCHOOL
DISTRICT; HILLSBOROUGH CITY ELEMENTARY SCHOOL
DISTRICT; JEFFERSON ELEMENTARY SCHOOL DISTRICT;
JEFFERSON UNION HIGH SCHOOL DISTRICT; LA HONDA-
PESCADERO UNIFIED SCHOOL DISTRICT; LAS LOMITAS
ELEMENTARY SCHOOL DISTRICT; MENLO PARK CITY
ELEMENTARY SCHOOL DISTRICT; MILLBRAE ELEMENTARY
SCHOOL DISTRICT; PACIFICA SCHOOL DISTRICT; PORTOLA
VALLEY ELEMENTARY SCHOOL DISTRICT; RAVENSWOOD CITY
ELEMENTARY SCHOOL DISTRICT; REDWOOD CITY ELEMENTARY
SCHOOL DISTRICT; SAN BRUNO PARK ELEMENTARY SCHOOL
DISTRICT; SAN CARLOS ELEMENTARY SCHOOL DISTRICT; SAN
MATEO UNION HIGH SCHOOL DISTRICT; SAN MATEO-FOSTER
CITY SCHOOL DISTRICT; SEQUOIA UNION HIGH SCHOOL
DISTRICT; SOUTH SAN FRANCISCO UNIFIED SCHOOL DISTRICT;
WOODSIDE ELEMENTARY SCHOOL DISTRICT; BALLARD
ELEMENTARY SCHOOL DISTRICT; BLOCHMAN UNION
ELEMENTARY SCHOOL DISTRICT; BUELLTON UNION
ELEMENTARY SCHOOL DISTRICT; CARPINTERIA UNIFIED SCHOOL
DISTRICT; COLD SPRING ELEMENTARY SCHOOL DISTRICT;

COLLEGE ELEMENTARY SCHOOL DISTRICT; CUYAMA JOINT
UNIFIED SCHOOL DISTRICT; GOLETA UNION ELEMENTARY
SCHOOL DISTRICT; GUADALUPE UNION ELEMENTARY SCHOOL
DISTRICT; HOPE ELEMENTARY SCHOOL DISTRICT; LOMPOC
UNIFIED SCHOOL DISTRICT; LOS OLIVOS ELEMENTARY SCHOOL
DISTRICT; MONTECITO UNION ELEMENTARY SCHOOL DISTRICT;
ORCUTT UNION ELEMENTARY SCHOOL DISTRICT; SANTA
BARBARA UNIFIED SCHOOL DISTRICT; SANTA MARIA JOINT
UNION HIGH SCHOOL DISTRICT; SANTA MARIA-BONITA SCHOOL
DISTRICT; SANTA YNEZ VALLEY UNION HIGH SCHOOL DISTRICT;
SBE - OLIVE GROVE CHARTER – BUELLTON; SBE - OLIVE GROVE
CHARTER – LOMPOC; SBE - OLIVE GROVE CHARTER -
ORCUTT/SANTA MARIA; SBE - OLIVE GROVE CHARTER - SANTA
BARBARA; SOLVANG ELEMENTARY SCHOOL DISTRICT; VISTA
DEL MAR UNION SCHOOL DISTRICT; ALUM ROCK UNION
ELEMENTARY SCHOOL DISTRICT; BERRYESSA UNION
ELEMENTARY SCHOOL DISTRICT; CAMBRIAN SCHOOL DISTRICT;
CAMPBELL UNION SCHOOL DISTRICT; CAMPBELL UNION HIGH
SCHOOL DISTRICT; CUPERTINO UNION SCHOOL DISTRICT; EAST
SIDE UNION HIGH SCHOOL DISTRICT; EVERGREEN ELEMENTARY
SCHOOL DISTRICT; FRANKLIN-MCKINLEY ELEMENTARY SCHOOL
DISTRICT; FREMONT UNION HIGH SCHOOL DISTRICT; GILROY
UNIFIED SCHOOL DISTRICT; LAKESIDE JOINT SCHOOL DISTRICT;
LOMA PRIETA JOINT UNION ELEMENTARY SCHOOL DISTRICT;
LOS ALTOS ELEMENTARY SCHOOL DISTRICT; LOS GATOS UNION
ELEMENTARY SCHOOL DISTRICT; LOS GATOS-SARATOGA UNION
HIGH SCHOOL DISTRICT; LUTHER BURBANK SCHOOL DISTRICT;
METRO EDUCATION SCHOOL DISTRICT; METROPOLITAN
EDUCATION SCHOOL DISTRICT; MILPITAS UNIFIED SCHOOL
DISTRICT; MORELAND SCHOOL DISTRICT; MORGAN HILL
UNIFIED SCHOOL DISTRICT; MOUNT PLEASANT ELEMENTARY
SCHOOL DISTRICT; MOUNTAIN VIEW WHISMAN SCHOOL
DISTRICT; MOUNTAIN VIEW-LOS ALTOS UNION HIGH SCHOOL
DISTRICT; OAK GROVE ELEMENTARY SCHOOL DISTRICT;
ORCHARD ELEMENTARY SCHOOL DISTRICT; PALO ALTO UNIFIED
SCHOOL DISTRICT; SAN JOSE UNIFIED SCHOOL DISTRICT; SANTA
CLARA UNIFIED SCHOOL DISTRICT; SARATOGA UNION
ELEMENTARY SCHOOL DISTRICT; SBE - KIPP NAVIGATE COLLEGE
PREP; SBE - PERSEVERANCE PREPARATORY; SUNNYVALE SCHOOL
DISTRICT; UNION ELEMENTARY SCHOOL DISTRICT; BONNY DOON

UNION ELEMENTARY SCHOOL DISTRICT; HAPPY VALLEY
ELEMENTARY SCHOOL DISTRICT; LIVE OAK ELEMENTARY
SCHOOL DISTRICT; MOUNTAIN ELEMENTARY SCHOOL DISTRICT;
NORTH SANTA CRUZ COUNTY SELPA SCHOOL DISTRICT; PACIFIC
ELEMENTARY SCHOOL DISTRICT; PAJARO VALLEY UNIFIED
SCHOOL DISTRICT; SAN LORENZO VALLEY UNIFIED SCHOOL
DISTRICT; SANTA CRUZ CITY ELEMENTARY SCHOOL DISTRICT;
SANTA CRUZ CITY ELEMENTARY/HIGH SCHOOL DISTRICT; SANTA
CRUZ CITY HIGH SCHOOL DISTRICT; SBE - WATSONVILLE PREP
SCHOOL DISTRICT; SCOTTS VALLEY UNIFIED SCHOOL DISTRICT;
SOQUEL UNION ELEMENTARY SCHOOL DISTRICT; ANDERSON
UNION HIGH SCHOOL DISTRICT; BELLA VISTA ELEMENTARY
SCHOOL DISTRICT; BLACK BUTTE UNION ELEMENTARY SCHOOL
DISTRICT; CASCADE UNION ELEMENTARY SCHOOL DISTRICT;
CASTLE ROCK UNION ELEMENTARY SCHOOL DISTRICT;
COLUMBIA ELEMENTARY SCHOOL DISTRICT; COTTONWOOD
UNION ELEMENTARY SCHOOL DISTRICT;  ENTERPRISE
ELEMENTARY SCHOOL DISTRICT; FALL RIVER JOINT UNIFIED
SCHOOL DISTRICT; FRENCH GULCH-WHISKEYTOWN
ELEMENTARY SCHOOL DISTRICT; GATEWAY UNIFIED SCHOOL
DISTRICT; GRANT ELEMENTARY SCHOOL DISTRICT; HAPPY
VALLEY UNION ELEMENTARY SCHOOL DISTRICT; IGO, ONO,
PLATINA UNION ELEMENTARY SCHOOL DISTRICT; INDIAN
SPRINGS ELEMENTARY SCHOOL DISTRICT; JUNCTION
ELEMENTARY SCHOOL DISTRICT; MILLVILLE ELEMENTARY
SCHOOL DISTRICT; MOUNTAIN UNION ELEMENTARY SCHOOL
DISTRICT; MOUNTAIN VALLEY SPECIAL EDUCATION JPA; NORTH
COW CREEK ELEMENTARY SCHOOL DISTRICT; OAK RUN
ELEMENTARY SCHOOL DISTRICT; PACHECO UNION ELEMENTARY
SCHOOL DISTRICT; REDDING ELEMENTARY SCHOOL DISTRICT;
SHASTA UNION ELEMENTARY SCHOOL DISTRICT; SHASTA UNION
HIGH SCHOOL DISTRICT; WHITMORE UNION ELEMENTARY
SCHOOL DISTRICT; SIERRA-PLUMAS JOINT UNIFIED SCHOOL
DISTRICT; WILLIAM (R) ROUSE ROP SCHOOL DISTRICT; BIG
SPRINGS UNION ELEMENTARY SCHOOL DISTRICT; BOGUS
ELEMENTARY SCHOOL DISTRICT; BUTTE VALLEY UNIFIED
SCHOOL DISTRICT; BUTTEVILLE UNION ELEMENTARY SCHOOL
DISTRICT; DELPHIC ELEMENTARY SCHOOL DISTRICT; DUNSMUIR
ELEMENTARY SCHOOL DISTRICT; DUNSMUIR JOINT UNION HIGH
SCHOOL DISTRICT; FORKS OF SALMON ELEMENTARY SCHOOL

DISTRICT; GAZELLE UNION ELEMENTARY SCHOOL DISTRICT;
GRENADA ELEMENTARY SCHOOL DISTRICT; HAPPY CAMP UNION
ELEMENTARY SCHOOL DISTRICT; HORNBROOK ELEMENTARY
SCHOOL DISTRICT; JUNCTION ELEMENTARY SCHOOL DISTRICT;
KLAMATH RIVER UNION ELEMENTARY SCHOOL DISTRICT;
LITTLE SHASTA ELEMENTARY SCHOOL DISTRICT; MCCLOUD
UNION ELEMENTARY SCHOOL DISTRICT; MONTAGUE
ELEMENTARY SCHOOL DISTRICT; MT. SHASTA UNION
ELEMENTARY SCHOOL DISTRICT; SCOTT VALLEY UNIFIED
SCHOOL DISTRICT; SEIAD ELEMENTARY SCHOOL DISTRICT;
SISKIYOU UNION HIGH SCHOOL DISTRICT; WEED UNION
ELEMENTARY SCHOOL DISTRICT; WILLOW CREEK ELEMENTARY
SCHOOL DISTRICT; YREKA UNION ELEMENTARY SCHOOL
DISTRICT; YREKA UNION HIGH SCHOOL DISTRICT; BENICIA
UNIFIED SCHOOL DISTRICT; DIXON UNIFIED SCHOOL DISTRICT;
FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT; TRAVIS UNIFIED
SCHOOL DISTRICT; VACAVILLE UNIFIED SCHOOL DISTRICT;
VALLEJO CITY UNIFIED SCHOOL DISTRICT; ALEXANDER VALLEY
UNION ELEMENTARY SCHOOL DISTRICT; BELLEVUE UNION
SCHOOL DISTRICT; BENNETT VALLEY UNION ELEMENTARY
SCHOOL DISTRICT; CINNABAR ELEMENTARY SCHOOL DISTRICT;
CLOVERDALE UNIFIED SCHOOL DISTRICT; COTATI-ROHNERT
PARK UNIFIED SCHOOL DISTRICT; DUNHAM ELEMENTARY
SCHOOL DISTRICT; FORESTVILLE UNION ELEMENTARY SCHOOL
DISTRICT; FORT ROSS ELEMENTARY SCHOOL DISTRICT;
GEYSERVILLE UNIFIED SCHOOL DISTRICT; GRAVENSTEIN UNION
ELEMENTARY SCHOOL DISTRICT; GUERNEVILLE ELEMENTARY
SCHOOL DISTRICT; HARMONY UNION ELEMENTARY SCHOOL
DISTRICT; HEALDSBURG UNIFIED SCHOOL DISTRICT; HORICON
ELEMENTARY SCHOOL DISTRICT; KASHIA ELEMENTARY SCHOOL
DISTRICT; KENWOOD SCHOOL DISTRICT; LIBERTY ELEMENTARY
SCHOOL DISTRICT; MARK WEST UNION ELEMENTARY SCHOOL
DISTRICT; MONTE RIO UNION ELEMENTARY SCHOOL DISTRICT;
MONTGOMERY ELEMENTARY SCHOOL DISTRICT; OAK GROVE
UNION ELEMENTARY SCHOOL DISTRICT; OLD ADOBE UNION
SCHOOL DISTRICT; PETALUMA CITY ELEMENTARY SCHOOL
DISTRICT; PETALUMA CITY ELEMENTARY/JOINT UNION HIGH
SCHOOL DISTRICT; PETALUMA JOINT UNION HIGH SCHOOL
DISTRICT; PINER-OLIVET UNION ELEMENTARY SCHOOL
DISTRICT; RINCON VALLEY UNION ELEMENTARY SCHOOL

DISTRICT; ROSELAND SCHOOL DISTRICT; SANTA ROSA CITY
SCHOOLS; SANTA ROSA ELEMENTARY SCHOOL DISTRICT; SANTA
ROSA HIGH SCHOOL DISTRICT; SEBASTOPOL UNION
ELEMENTARY SCHOOL DISTRICT; SONOMA VALLEY UNIFIED
SCHOOL DISTRICT; TWIN HILLS UNION ELEMENTARY SCHOOL
DISTRICT; TWO ROCK UNION SCHOOL DISTRICT; WAUGH
ELEMENTARY SCHOOL DISTRICT; WEST SIDE UNION
ELEMENTARY SCHOOL DISTRICT; WEST SONOMA COUNTY UNION
HIGH SCHOOL DISTRICT; WILMAR UNION ELEMENTARY SCHOOL
DISTRICT; WINDSOR UNIFIED SCHOOL DISTRICT; WRIGHT
ELEMENTARY SCHOOL DISTRICT; CERES UNIFIED SCHOOL
DISTRICT; CHATOM UNION SCHOOL DISTRICT; DENAIR UNIFIED
SCHOOL DISTRICT; EMPIRE UNION ELEMENTARY SCHOOL
DISTRICT; GRATTON ELEMENTARY SCHOOL DISTRICT; HART-
RANSOM UNION ELEMENTARY SCHOOL DISTRICT; HICKMAN
COMMUNITY CHARTER SCHOOL DISTRICT; HUGHSON UNIFIED
SCHOOL DISTRICT; KEYES UNION SCHOOL DISTRICT; KNIGHTS
FERRY ELEMENTARY SCHOOL DISTRICT; MODESTO CITY
ELEMENTARY SCHOOL DISTRICT; MODESTO CITY HIGH SCHOOL
DISTRICT; MODESTO CITY SCHOOLS; NEWMAN-CROWS LANDING
UNIFIED SCHOOL DISTRICT; OAKDALE JOINT UNIFIED SCHOOL
DISTRICT; PARADISE ELEMENTARY SCHOOL DISTRICT;
PATTERSON JOINT UNIFIED SCHOOL DISTRICT; RIVERBANK
UNIFIED SCHOOL DISTRICT; ROBERTS FERRY UNION
ELEMENTARY SCHOOL DISTRICT; SALIDA UNION ELEMENTARY
SCHOOL DISTRICT; SHILOH ELEMENTARY SCHOOL DISTRICT;
STANISLAUS UNION ELEMENTARY SCHOOL DISTRICT; SYLVAN
UNION ELEMENTARY SCHOOL DISTRICT; TURLOCK UNIFIED
SCHOOL DISTRICT; VALLEY HOME JOINT ELEMENTARY SCHOOL
DISTRICT; WATERFORD UNIFIED SCHOOL DISTRICT; BRITTAN
ELEMENTARY SCHOOL DISTRICT; BROWNS ELEMENTARY
SCHOOL DISTRICT; EAST NICOLAUS JOINT UNION HIGH SCHOOL
DISTRICT; FRANKLIN ELEMENTARY SCHOOL DISTRICT; LIVE OAK
UNIFIED SCHOOL DISTRICT; MARCUM-ILLINOIS UNION
ELEMENTARY SCHOOL DISTRICT; MERIDIAN ELEMENTARY
SCHOOL DISTRICT; NUESTRO ELEMENTARY SCHOOL DISTRICT;
PLEASANT GROVE JOINT UNION SCHOOL DISTRICT; SUTTER
UNION HIGH SCHOOL DISTRICT; WINSHIP-ROBBINS SCHOOL
DISTRICT; YUBA CITY UNIFIED SCHOOL DISTRICT; ANTELOPE
ELEMENTARY SCHOOL DISTRICT; CORNING UNION ELEMENTARY

**SCHOOL DISTRICT; CORNING UNION HIGH SCHOOL DISTRICT; EVERGREEN UNION SCHOOL DISTRICT; FLOURNOY UNION ELEMENTARY SCHOOL DISTRICT; GERBER UNION ELEMENTARY SCHOOL DISTRICT; KIRKWOOD ELEMENTARY SCHOOL DISTRICT; LASSEN VIEW UNION ELEMENTARY SCHOOL DISTRICT; LOS MOLINOS UNIFIED SCHOOL DISTRICT; RED BLUFF JOINT UNION HIGH SCHOOL DISTRICT; RED BLUFF UNION ELEMENTARY SCHOOL DISTRICT; REEDS CREEK ELEMENTARY SCHOOL DISTRICT; RICHFIELD ELEMENTARY SCHOOL DISTRICT; BURNT RANCH ELEMENTARY SCHOOL DISTRICT; COFFEE CREEK ELEMENTARY SCHOOL DISTRICT; DOUGLAS CITY ELEMENTARY SCHOOL DISTRICT; JUNCTION CITY ELEMENTARY SCHOOL DISTRICT; LEWISTON ELEMENTARY SCHOOL DISTRICT; MOUNTAIN VALLEY UNIFIED SCHOOL DISTRICT; SOUTHERN TRINITY JOINT UNIFIED SCHOOL DISTRICT; TRINITY ALPS UNIFIED SCHOOL DISTRICT; TRINITY CENTER ELEMENTARY SCHOOL DISTRICT; ALLENSWORTH ELEMENTARY SCHOOL DISTRICT; ALPAUGH UNIFIED SCHOOL DISTRICT; ALTA VISTA ELEMENTARY SCHOOL DISTRICT; BUENA VISTA ELEMENTARY SCHOOL DISTRICT; BURTON ELEMENTARY SCHOOL DISTRICT; COLUMBINE ELEMENTARY SCHOOL DISTRICT; CUTLER-OROSI JOINT UNIFIED SCHOOL DISTRICT; DINUBA UNIFIED SCHOOL DISTRICT; DUCOR UNION ELEMENTARY SCHOOL DISTRICT; EARLIMART ELEMENTARY SCHOOL DISTRICT; EXETER UNIFIED SCHOOL DISTRICT; FARMERSVILLE UNIFIED SCHOOL DISTRICT; HOPE ELEMENTARY SCHOOL DISTRICT; HOT SPRINGS ELEMENTARY SCHOOL DISTRICT; KINGS RIVER UNION ELEMENTARY SCHOOL DISTRICT; LIBERTY ELEMENTARY SCHOOL DISTRICT; LINDSAY UNIFIED SCHOOL DISTRICT; MONSON-SULTANA JOINT UNION ELEMENTARY SCHOOL DISTRICT; OAK VALLEY UNION ELEMENTARY SCHOOL DISTRICT; OUTSIDE CREEK ELEMENTARY SCHOOL DISTRICT; PALO VERDE UNION ELEMENTARY SCHOOL DISTRICT; PIXLEY UNION ELEMENTARY SCHOOL DISTRICT; PLEASANT VIEW ELEMENTARY SCHOOL DISTRICT; PORTERVILLE UNIFIED SCHOOL DISTRICT; RICHGROVE ELEMENTARY SCHOOL DISTRICT; ROCKFORD ELEMENTARY SCHOOL DISTRICT; SAUCELITO ELEMENTARY SCHOOL DISTRICT; SEQUOIA UNION ELEMENTARY SCHOOL DISTRICT; SPRINGVILLE UNION ELEMENTARY SCHOOL DISTRICT; STONE CORRAL ELEMENTARY SCHOOL DISTRICT; STRATHMORE**

**UNION ELEMENTARY SCHOOL DISTRICT; SUNDALE UNION ELEMENTARY SCHOOL DISTRICT; SUNNYSIDE UNION ELEMENTARY SCHOOL DISTRICT; TERRA BELLA UNION ELEMENTARY SCHOOL DISTRICT; THREE RIVERS UNION ELEMENTARY SCHOOL DISTRICT; TIPTON ELEMENTARY SCHOOL DISTRICT; TRAVER JOINT ELEMENTARY SCHOOL DISTRICT; TULARE CITY SCHOOL DISTRICT; TULARE JOINT UNION HIGH SCHOOL DISTRICT; VISALIA UNIFIED SCHOOL DISTRICT; WAUKENA JOINT UNION ELEMENTARY; WOODLAKE UNIFIED SCHOOL DISTRICT; WOODVILLE UNION ELEMENTARY SCHOOL DISTRICT; BELLEVIEW ELEMENTARY SCHOOL DISTRICT; BIG OAK FLAT-GROVELAND UNIFIED SCHOOL DISTRICT; COLUMBIA UNION SCHOOL DISTRICT; CURTIS CREEK ELEMENTARY SCHOOL DISTRICT; JAMESTOWN ELEMENTARY SCHOOL DISTRICT; SONORA ELEMENTARY SCHOOL DISTRICT; SONORA UNION HIGH SCHOOL DISTRICT; SOULSBYVILLE ELEMENTARY SCHOOL DISTRICT; SUMMERVILLE ELEMENTARY SCHOOL DISTRICT; SUMMERVILLE UNION HIGH SCHOOL DISTRICT; TWAIN HARTE SCHOOL DISTRICT; BRIGGS ELEMENTARY SCHOOL DISTRICT; CONEJO VALLEY UNIFIED SCHOOL DISTRICT; FILLMORE UNIFIED SCHOOL DISTRICT; HUENEME ELEMENTARY SCHOOL DISTRICT; MESA UNION ELEMENTARY SCHOOL DISTRICT; MOORPARK UNIFIED SCHOOL DISTRICT; MUPU ELEMENTARY SCHOOL DISTRICT; OAK PARK UNIFIED SCHOOL DISTRICT; OCEAN VIEW SCHOOL DISTRICT; OJAI UNIFIED SCHOOL DISTRICT; OXNARD SCHOOL DISTRICT; OXNARD UNION HIGH SCHOOL DISTRICT; PLEASANT VALLEY SCHOOL DISTRICT; RIO ELEMENTARY SCHOOL DISTRICT; SANTA CLARA ELEMENTARY SCHOOL DISTRICT; SANTA PAULA UNIFIED SCHOOL DISTRICT; SIMI VALLEY UNIFIED SCHOOL DISTRICT; SOMIS UNION SCHOOL DISTRICT; VENTURA UNIFIED SCHOOL DISTRICT; DAVIS JOINT UNIFIED SCHOOL DISTRICT; ESPARTO UNIFIED SCHOOL DISTRICT; WASHINGTON UNIFIED SCHOOL DISTRICT; WINTERS JOINT UNIFIED SCHOOL DISTRICT; WOODLAND JOINT UNIFIED SCHOOL DISTRICT; CAMPTONVILLE ELEMENTARY SCHOOL DISTRICT; MARYSVILLE JOINT UNIFIED SCHOOL DISTRICT; PLUMAS LAKE ELEMENTARY SCHOOL DISTRICT; WHEATLAND SCHOOL DISTRICT; WHEATLAND UNION HIGH SCHOOL DISTRICT**,
as public entities organized and existing pursuant to the laws of the State of California and doing business as public school districts, Defendants.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:20-cv-01796-DMG-KK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: