# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE HOWARD MARTINEZ, et.al.<br><br>                                    Plaintiff(s)<br>v.<br><br>GAVIN NEWSOM, et.al.<br><br>                                    Defendant(s). | CASE NUMBER<br><br>ED CV 20-1796-DMG (KKx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Price, Andrew M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(719) 424-6774      n/a
*Telephone Number*       *Fax Number*

Andrew.price@spplaw.us
*E-Mail Address*

of  Andrew M. Price
   8290 Clifton Dr.
   Colorado Springs, CO 80920
   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Danielle Howard Martinez, D.P., K.P., Amber Wood, T.W., LaShonda Hubbard, P.C. (and all Plaintiffs similarly Situated)

*Name(s) of Party(ies) Represent*    ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Munir, Fazil A.
*Designee's Name (Last Name, First Name & Middle Initial)*

277108          (949)636-6994
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

Fazil@autismlaws.com
*E-Mail Address*

of  Law Offices of Fazil A Munir, Esq.
   4000 MacArthur Blvd
   East Tower, #600
   Newport Beach, CA 92660
   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: September 14, 2020**

_____
Dolly M. Gee, U.S. District Judge