1

**OLIVAREZ MADRUGA LEMIEUX O'NEILL, LLP**
Thomas M. Madruga – SBN 160421

2

tmadruga@omlolaw.com
Edward B. Kang – SBN 237751

3

ekang@omlolaw.com
500 South Grand Avenue – 12th Floor

4

Los Angeles, CA 90071
Tel: (213) 744-0099

5

Fax: (213) 744-0093

6

Attorneys for Defendant,
ETIWANDA SCHOOL DISTRICT

7

8

9

**UNITED STATES DISTRICT COURT**

10

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12

DANIELLE HOWARD MARTINEZ,  )   Case No.: 5:20-cv-01796-DMG-KK

13

an individual and guardian ad litem on  )   Hon. Dolly M. Gee
behalf of D.P., a minor, K.P., a minor,  )   Courtroom 8C

14

and T.W., a minor, individually and on  )
behalf of all others similarly situated;  )

15

et al.,  )   **NOTICE OF RELATED CASE**
    )

16

            Plaintiffs,  )
    )

17

    vs.  )
    )

18

    )
GAVIN NEWSOM, in his official  )

19

capacity as Governor of California; et  )
al.,  )

20

    )

21

            Defendants.  )   Complaint Served: October 1, 2020

22

23

24

25

26

27

28

1    Pursuant to Local Rule 83-1.3, counsel for defendant Etiwanda School District

2 ("Defendant") hereby notifies the Court of a related case currently pending in the

3 United States District Court, Central District entitled *Matthew Brach, et al. v. Gavin*

4 *Newsom, et al.,* U.S.D.C. Case No. 2:20-cv-06472-SVW-AFM (the "Brach Action").

5 The Brach Action was filed on July 21, 2020 and is assigned to the Honorable Steven

6 V. Wilson.

7    The Brach Action appears to arise from the same or a closely related transaction,

8 happening or event as the current action (e.g., the Governor's School Reopening

9 Framework and alleged violations of the Individual with Disabilities Education Act

10 ("IDEA"), and further calls for  determination of the same or substantially related or

11 similar questions of law and fact (e.g., the legality of the State's stay-at-home orders

12 and the impact on special education students in the state).

13    Indeed, many of the same issues and legal questions posed in the instant action

14 have already been addressed and raised in the Brach Action such as whether plaintiffs

15 are required to exhaust their administrative remedies under the IDEA prior to filing a

16 lawsuit.  Litigating this threshold jurisdictional issue would arguably entail substantial

17 duplication of labor if heard by different judges.  Additionally, having both cases

18 determined by the same judge would eliminate the potential for inconsistent rulings on

19 an issue of significant public interest within the State.

20    Accordingly, for the foregoing reasons, Defendant respectfully submits that the

21 instant action and the Brach Action should be deemed related.

22

23 Dated: October 26, 2020          **OLIVAREZ MADRUGA LEMIEUX
                                    O'NEILL, LLP**

24

25                                 By:   /s/ Edward B. Kang

26                                       Edward B. Kang
                                   Attorneys for Defendant, ETIWANDA
27                                 SCHOOL DISTRICT

28

**PROOF OF SERVICE**

**By Electronic Filing**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and am not a party to the within action.  My business address is 500 South Grand Avenue - 12th Floor, Los Angeles, CA 90071.

      On October 27, 2020, I served a true and correct copy of the foregoing document entitled:

**NOTICE OF RELATED CASE**

☒     Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

☒     **As Indicated on the following Service List, by Electronic Filing and Service Pursuant to General Rule Order 10-07:** I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Rule Order 08-02 of the above-titled Court, upon the counsel on service the list.

☒     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose discretion the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on October 27, 2020, at Los Angeles, CA.

| Vianey Benavides | /s/ Vianey Benavides |
|---|---|
| Printed Name | Signature |

**NOTICE OF RELATED CASE**