Fazil A. Munir, Esq. (Bar # 277108)
Diana Renteria, Esq. (Bar # 192009)
Andrew Price, Esq. (Pro Hac Vice)
LAW OFFICES OF FAZIL A. MUNIR, ESQ.
4000 MacArthur Blvd.,
East Tower, Suite #600
Newport Beach, CA 92660
Telephone: (949) 636-6994
Facsimile: (714) 276-6437
fazil@autismlaws.com
diana@autismlaws.com
andrew@autismlaws.com

Deborah S. Reisdorph, Esq. (Bar # 164066)
SKANADORE REISDORPH LAW OFFICE
16541 Gothard St, #208
Huntington Beach, CA 92647
Telephone: (714) 375-1529
Deborah@ladylawca.com

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE HOWARD MARTINEZ**, et al., | CASE NO. 5:20-cv-01796-SVW-AFM |
| Plaintiffs, | JUDGE: The Honorable Steven V. Wilson |
| v. | PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS OF CALIFORNIA DEPARTMENT OF EDUCATION, TONY THURMOND, CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA SCHOOL FOR THE BLIND, AND DIAGNOSTIC CENTERS OF CALIFORNIA |
| **GAVIN NEWSOM**, et al., | |
| Defendants. | |

1
*MARTINEZ, et al. v. NEWSOM, et al., Plaintiffs' Request for Judicial Notice*

COME NOW the Plaintiffs in the above-referenced action and request that judicial notice be taken of the attached document, pursuant to Fed. R. Evid. 201. Under Fed. R. Evid. 201, a court may take judicial notice of "matters of public record." *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). The attached document is a public record, being a copy of a bill passed by the California Legislature, designated Senate Bill No. 98, and signed by Governor Newsom into law on June 29, 2020. Attached is a true and correct copy of Senate Bill No. 98.

I declare under penalty of perjury that the foregoing is true and correct, this 8th day of November 2020.

BY: _____
Fazil A. Munir, Esq. (Bar # 277108)
Diana Renteria, Esq. (Bar # 192009)
Andrew Price, Esq. (Pro Hac Vice)

4000 MacArthur Blvd.,
East Tower, Suite #600
Newport Beach, CA 92660
Telephone: (949) 636-6994
Facsimile: (714) 276-6437

Email: fazil@autismlaws.com
Email: diana@autismlaws.com
Email: andrew@autismlaws.com

Deborah S. Reisdorph, Esq. (Bar # 164066)
SKANADORE REISDORPH LAW OFFICE
16541 Gothard St, #208
Huntington Beach, CA 92647
Telephone: (714) 375-1529

Email: Deborah@ladylawca.com

**Attorneys for Plaintiffs**

3
*MARTINEZ, et al. v. NEWSOM, et al., Plaintiffs' Request for Judicial Notice*