1  KEITH YAMANAKA, Calif. State Bar. No. 78971
   General Counsel
2  AMY BISSON HOLLOWAY, Calif. State Bar. No. 163731
   Assistant General Counsel
3  LEN GARFINKEL, Calif. State Bar No. 114815
   Deputy General Counsel
4  California Department of Education
   1430 N Street, Suite 5320
5  Sacramento, California 95814
   Telephone: 916-319-0860
6  Facsimile: 916-322-2549
   lgarfinkel@cde.ca.gov
7  Attorneys for Defendants California Department of Education, Tony Thurmond, California School for the Deaf, California School for the Blind, and Diagnostic Centers of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DANIELLE HOWARD MARTINEZ, et al., | ) | Case No. 5:20-cv-01796-SVW-AFM |
|---|---|---|
| Plaintiffs, | ) | REPLY RE: MOTION TO DISMISS OF CALIFORNIA DEPARTMENT OF EDUCATION, TONY THURMOND, CALIFORNIA SCHOOL FOR THE DEAF, CALIFORNIA SCHOOL FOR THE BLIND, AND DIAGNOSTIC CENTERS OF CALIFORNIA |
| vs. | ) | |
| GAVIN NEWSOM, et al., | ) | |
| Defendants. | ) | |
| | ) | Hearing Date: November 23, 2020 |
| | ) | Time: 1:30 p.m. |
| | ) | Courtroom: 10A |
| | ) | Judge: Hon. Stephen V. Wilson |

The hearing on the motion to dismiss of defendants the California Department of Education, State Superintendent of Public Instruction Tony Thurmond, the California School for the Deaf, the California School for the Blind, and the Diagnostic Centers of California (Dkt. #53) is set for November 23, 2020. Pursuant to Local Rule 7-9, any Opposition to the Motion was due by November 2, 2020. Plaintiffs failed to file an Opposition by that date.

This morning, on November 9, 2020, Plaintiffs filed a 5-page Response (Dkt. #72), a 25-page Opposition (Dkt. #72-1), a Request for Judicial Notice (Dkt. #73) and a Proposed Order (Dkt. #74). By filing all of these documents one week after the deadline, Plaintiffs failed to comply with Local Rule 7-9. In addition, by filing a 5-page Response brief in addition to a 25-page Opposition brief, for a

1  total of 30 pages, Plaintiffs failed to comply with Local Rule 11-6, which limits Opposition briefs to 25
2  pages.
3     Defendants are prejudiced by Plaintiffs' failure to comply with the Local Rules in that pursuant
4  to Local Rule 7-10, Defendants' Reply is due today.  Because Plaintiffs' Opposition was filed this
5  morning, Defendants do not have an opportunity to reply in a meaningful way by today's deadline.
6  Defendants make this submission in acknowledgment of the deadline.
7     Defendants submitted a timely, meritorious motion to dismiss (Dkt. #53) and Plaintiffs failed to
8  file a timely Opposition.  Pursuant to Local Rule 7-12, Defendants request that the Court: decline to
9  consider Plaintiffs' late-filed Opposition and supporting documents; deem Plaintiffs' failure to meet the
10 deadline as consent to the granting of the motion to dismiss; and grant Defendants' motion.  In the
11 alternative, for equity, Defendants request that the Court extend Defendants' time to reply, and
12 disregard 5 of the 30 total pages in the Opposition and Response.

13 Dated:  November 9, 2020              Respectfully submitted,
                                         KEITH YAMANAKA
14                                       General Counsel
                                         AMY BISSON HOLLOWAY
15                                       Assistant General Counsel
16
17                               By: /s/Len Garfinkel_____
                                         LEN GARFINKEL
18                                       Deputy General Counsel