Fazil A. Munir, Esq. (Bar # 277108)
Diana Renteria, Esq. (Bar # 192009)
Andrew Price, Esq. (Pro Hac Vice)
LAW OFFICES OF FAZIL A. MUNIR, ESQ.
4000 MacArthur Blvd.,
East Tower, Suite #600
Newport Beach, CA 92660
Telephone: (949) 636-6994
Facsimile: (714) 276-6437
fazil@autismlaws.com
diana@autismlaws.com
andrew@autismlaws.com

Deborah S. Reisdorph, Esq. (Bar # 164066)
SKANADORE REISDORPH LAW OFFICE
16541 Gothard St, #208
Huntington Beach, CA 92647
Telephone: (714) 375-1529
Deborah@ladylawca.com

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE HOWARD MARTINEZ**, et al., | CASE NO. 5:20-cv-01796-SVW-AFM |
| Plaintiffs, | JUDGE: The Honorable Steven V. Wilson |
| v. | PLAINTIFFS' OPPOSITION TO EX PARTE APPLICATION TO STAY RESPONSIVE PLEADINGS |
| **GAVIN NEWSOM**, et al., | |
| Defendants. | |

## PLAINTIFFS' OPPOSITION TO EX PARTE APPLICATION TO STAY RESPONSIVE PLEADINGS

1
*MARTINEZ, et al. v. NEWSOM, et al., Declaration of Andrew Price*

COME NOW the Plaintiffs in the above-referenced action and oppose the Ex Parte Application To Stay Responsive Pleadings filed by 20 District Defendants in this matter. Plaintiffs oppose that application for the following reasons:

1.   The application is unclear as to which Defendants would be covered by the proposed stay and whether or not it would apply just to the Defendants named in the motion or whether it would also include all Defendants, even those who have not yet submitted a notice of appearance.

2.   Regardless of which Defendants would be covered, an open-ended stay until after the Court issued a decision on the motion to dismiss filed by Defendants California Department of Education, Tony Thurmond, California School for the Deaf, California School for the Blind and Diagnostic Centers of California, prejudices the Plaintiffs in that it lets the Defendants withhold any claims challenging service. If those are brought up in a timely manner, Plaintiffs can correct any issues that have arisen in a timely manner. By granting the stay, Plaintiffs would be unaware of those issues until potentially after the deadline for service, and the ability to correct them, has passed.

3.   The request is also prejudicial because allowing the stay would essentially give the Defendants, who could have joined in the current motion to

dismiss, a second bite at the apple by allowing them to wait to see how the Court rules on the current motion to dismiss of Defendants California Department of Education, Tony Thurmond, California School for the Deaf, California School for the Blind and Diagnostic Centers of California, and then filing a similar motion to dismiss after the end of the stay challenging the same issues for a second time.

    For these reasons, the Plaintiffs respectfully request that the Defendants' application be denied.

DATED: November 12, 2020

                          Respectfully submitted,

BY: _____
Fazil A. Munir, Esq. (Bar # 277108)
Diana Renteria, Esq. (Bar # 192009)
Andrew Price, Esq. (Pro Hac Vice)

4000 MacArthur Blvd.,
East Tower, Suite #600
Newport Beach, CA 92660
Telephone: (949) 636-6994
Facsimile: (714) 276-6437

Email: fazil@autismlaws.com
Email: diana@autismlaws.com
Email: andrew@autismlaws.com

Deborah S. Reisdorph, Esq. (Bar # 164066)
SKANADORE REISDORPH LAW OFFICE
16541 Gothard St, #208
Huntington Beach, CA 92647
Telephone: (714) 375-1529

Email: Deborah@ladylawca.com

**Attorneys for Plaintiffs**