**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
LYNN A. GARCIA, SBN: 131196
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888
domenics@sdnlaw.com
lynng@sdnlaw.com

Attorneys for Defendants
SAN JUAN UNIFIED SCHOOL DISTRICT and
HAYWARD UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HOWARD MARTINEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No.: 5:20-cv-01796-DMG-KK<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(b)(6) ON BEHALF OF SAN JUAN UNIFIED SCHOOL DISTRICT AND HAYWARD UNIFIED SCHOOL DISTRICT**<br><br>Date:    December 18, 2020<br>Time:   9:30 a.m.<br>Judge:  Hon. Dolly M. Gee<br>Dept:    8C |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 18, 2020 at 9:30 a.m., or soon thereafter as the matter may be heard in Courtroom 8C of the above-entitled Court, at the United States District Court in and for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendants SAN JUAN UNIFIED SCHOOL DISTRICT and HAYWARD UNIFIED SCHOOL DISTRICT will move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the

complaint herein without leave to amend. This motion is made following the meet and confer letter from counsel for moving defendants dated November 9, 2020 pursuant to L.R. 7-3 which took place on November 9, 2020. See declaration of Domenic D. Spinelli.

    This motion will be based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, Declaration of Counsel (Domenic D. Spinelli), Request for Judicial Notice and exhibits thereto, and any and all other pleadings and papers on file herein. A [Proposed] Order is submitted with this motion.

Dated: November 12, 2020        SPINELLI, DONALD & NOTT

                                        By: */s/ Domenic D. Spinelli*
                                              DOMENIC D. SPINELLI
                                              LYNN A. GARCIA
                                              Attorneys for Defendants
                                              SAN JUAN UNIFIED SCHOOL DISTRICT and HAYWARD UNIFIED SCHOOL DISTRICT