**SPINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN: 131192
LYNN A. GARCIA, SBN: 131196
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile:  (916) 448-6888
domenics@sdnlaw.com
lynng@sdnlaw.com

Attorneys for Defendants
SAN JUAN UNIFIED SCHOOL DISTRICT and
HAYWARD UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HOWARD MARTINEZ, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No.: 5:20-cv-01796-SVW (AFMx)<br><br>**SECOND DECLARATION OF DOMENIC D. SPINELLI IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FRCP 12(b)(6) ON BEHALF OF SAN JUAN UNIFIED SCHOOL DISTRICT AND HAYWARD UNIFIED SCHOOL DISTRICT**<br><br>Date:        December 21, 2020<br>Time:       9:30 a.m.<br>Judge:      Hon. Stephen V. Wilson<br>Dept:        10A |

I, DOMENIC D. SPINELLI, declare as follows:

1.      I am an attorney at law, duly licensed to practice before all courts of the State of California, and a Partner in the law firm of Spinelli, Donald & Nott, and counsel of record for Defendants San Juan Unified School District and Hayward Unified School District.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed

and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2.     I make this declaration to set forth the facts regarding the meet and confer process in complying with the local rules before the filing of this motion as well as to authenticate exhibits attached hereto and to the Request for Judicial Notice Number Two submitted in support of this motion to dismiss.

3.     Attached to moving defendants' Request for Judicial Notice Number Two as **Exhibit 4**, is a true and correct copy of Judge McMahan's 86-page Order and Opinion in the case of *J.T., et al. v. Bill de Blasio, et al.*, a purported national IDEA class action.   This opinion and order severs and dismisses all claims against out-of-state school district defendants as well as New York's district defendants except the New York City School District.  The Court's ruling and order is based on many grounds including failure to exhaust administrative remedies and Eleventh Amendment Immunity. It bears noting that Judge McMahan stated at page 55, "This is not really a class action but a large number of individual cases."

4.     It should also be noted that lead Plaintiffs' counsel in the *J.T.* case is Andrew Price, is also co-counsel for plaintiffs in the case before this court pursuant to a *pro hac vice* order.

I declare under penalty of perjury in the State of California that the foregoing is true and correct.  Executed this 17th day of November, 2020 at Sacramento, California.


    */s/ Domenic D. Spinelli*
    DOMENIC D. SPINELLI