UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-01796-SVW-AFM | Date | January 15, 2021 |
|---|---|---|---|
| Title | Danielle Howard Martinez v. Gavin Newsom, et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER ADMINISTRATIVELY CLOSING CASE

On November 24, 2020, the Court granted a motion to dismiss claims two through four of the complaint. Dkt. 103. On December 22, 2020, Plaintiffs voluntarily dismissed the only Defendant named in claim one. Dkt. 126. Because all claims have now been dismissed, the Court will administratively close the case.

:

Initials of Preparer   PMC